# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ADR
E-FILING

MANUEL G. FAUSTO, AND LUZ FAUSTO

v.

CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 05658 JW RS

TO: (Name and address of defendant)

Credigy Receivables Inc., c/o Pacific Corporate & Title Services, 914 S. Street, Sacramento, CA 95814.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BALAM O. LETONA
LAW OFFICE OF BALAM O. LETONA
1347 PACIFIC AVENUE, SUITE 203
SANTA CRUZ, CA 95060

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV - 7 2007
DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Balam O Letona, 229642<br>LAW OFFICES OF BALAM O. LETONA<br>1347 Pacific Ave Ste 203<br>Santa Cruz, CA 95060<br>TELEPHONE NO.: (831) 421-0200<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF/PETITIONER: Fausto, et al.

DEFENDANT/RESPONDENT: Credigy Services Corporation, et al.

CASE NUMBER: C07-05658

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: none

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, First Amended Complaint, Order Setting Initial Case Management Conference and ADR Deadlines Standing Order Regarding Case Management in Civil Cases, ADR Information Packet

3. a. Party served: Credigy Receivables Inc.
   b. Person Served: Angelina Velasquez, Pacific Corp. & Title Services - Person authorized to accept service of process

4. Address where the party was served: 914 S. Street
   Sacramento, CA 95814

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): December 24, 2007    (2) at (time): 11:52 am

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Credigy Receivables Inc.

   under: CCP 416.10 (corporation)

7. Person who served papers
   a. Name: Tyler Dimaria
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 2006-06
          (iii) County SACRAMENTO

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 24, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6653955