IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Manuel G. Fausto, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>Credigy Services Corporation, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | NO. C 07-05658 JW<br>NO. C 07-06428 JF<br><br>**ORDER DENYING MOTION TO RELATE CASES** |

Manuel G. Fausto and Luz Fausto ("Plaintiffs") bring this action against Defendants, alleging, *inter alia*, violations of Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and various state law claims. Before the Court is Plaintiffs' motion to consider whether a later filed case, Pintor v. Credigy, NO. C 07-6428 JF, should be related to this one. (Docket Item No. 5.)

Under Civ. L.R. 3-12(a), cases are related if: 1) they "concern substantially the same parties, property, transaction, or events" and 2) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

As pleaded, both cases involve the same Defendants and both allege abusive debt collection practices. However, while each case alleges causes of action under the same federal statute, the alleged factual circumstances that each set of Plaintiffs contend were violative of the statute are entirely distinct; the only common feature is that the Defendants in each case made contacts with the Plaintiffs which were allegedly of a harassing nature. Since each case will require consideration of

1  Defendants' specific conduct toward each individual Plaintiff, it does not appear likely that there
2  will be an unduly burdensome duplication of labor and expense if the matters are considered by
3  different Judges.
4      The Court finds that these cases do not concern substantially the same parties, property,
5  transaction, or events within the meaning of Local Rule 3-12(a) and that judicial economy will not
6  be achieved by relating these cases.  Accordingly, the Court DENIES Plaintiffs' Motion to Relate
7  Cases.

Dated:  February 14, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Balam Osberto Letona letonalaw@gmail.com
David J. Kaminski kaminskd@cmtlaw.com
Ronald  Wilcox ronaldwilcox@post.harvard.edu

**Dated:  February 14, 2008**                    **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California