1  Ronald Wilcox SBN 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San José, CA 95126-1001
3  Tel:  (408) 296-0400
   Fax: (408) 296-0486
4  Email: ronaldwilcox@yahoo.com

5
   Balám O. Letona SBN 229642
6  LAW OFFICE OF BALÁM O. LETONA, INC.
   1347 Pacific Avenue, Suite 203
7  Santa Cruz, CA 95060-3940
   Tel: (831) 421-0200
8  Fax: (831) 621-9659
   Email: letonalaw@gmail.com
9
   **Attorney for Plaintiffs**
10

11                       **UNITED STATES DISTRICT COURT**
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  MANUEL G. FAUSTO, AND LUZ FAUSTO, | **Case# 07-05658 JW RS** |
| 13              Plaintiffs, | |
|      v. | |
| 14 | |
|     CREDIGY SERVICES CORPORATION, | **STIPULATION TO MEDIATE and** |
| 15  CREDIGY RECEIVABLES INC., | **[PROPOSED] ORDER** |
|     CREDIGY SOLUTIONS INC., RYAN | |
| 16  MILLER, RICARDO VENTURA, BRETT | **JURY TRIAL DEMANDED** |
|     BOYDE, PAULO PERES, THOMPSON, | |
| 17  and DOES 1-10, inclusive, | |
|                 Defendant(s). | |
| 18 | |
| 19 | **JURY TRIAL DEMANDED** |

20

21      The parties hereby stipulate to mediate the above-captioned matter through the Court's

22  Alternative Dispute Resolution Program

23  DATED: 2/14/08                    /s/Ronald Wilcox
                                      Ronald Wilcox, Counsel for Plaintiffs
24
    DATED: 2/17/08                    /s/David Kaminski
25                                    David Kaminski, Counsel for Defendants
                                      Credigy Solutions, Inc., Credigy Receivables,
26                                    Inc. and Credigy Service Corp.

                    **STIPULATION TO MEDIATE AND [PROPOSED] ORDER**
                                       Page 1

1
2
3    **[PROPOSED] ORDER**
4
   The parties shall mediate the above-captioned matter through the Court's
5
Alternative Dispute Resolution Program.
6
7  Date:
8
   _____
9  HON. JAMES WARE
   U.S. DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**STIPULATION TO MEDIATE AND [PROPOSED] ORDER**
Page 2