Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel:  (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

**Attorney for Plaintiffs**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>                    Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>                    Defendant(s). | Case# 07-05658 JW RS<br><br>**STIPULATION TO MEDIATE and [PROPOSED] ORDER**<br><br>**JURY TRIAL DEMANDED**<br><br><br><br>**JURY TRIAL DEMANDED** |

The parties hereby stipulate to mediate the above-captioned matter through the Court's Alternative Dispute Resolution Program

DATED: 2/14/08                           /s/Ronald Wilcox
                                         Ronald Wilcox, Counsel for Plaintiffs

DATED: 2/17/08                           /s/David Kaminski
                                         David Kaminski, Counsel for Defendants
                                         Credigy Solutions, Inc., Credigy Receivables,
                                         Inc. and Credigy Service Corp.

**STIPULATION TO MEDIATE AND [PROPOSED] ORDER**
Page 1

[PROPOSED] ORDER

The parties shall mediate the above-captioned matter through the Court's Alternative Dispute Resolution Program.  The parties are to contact the Court's Alternatve Dispute Resolution Program within 90 days from the date of this order.

Date:    February 22, 2008

_____
HON. JAMES WARE
U.S. DISTRICT JUDGE

**STIPULATION TO MEDIATE AND [PROPOSED] ORDER**
Page 2