# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Fausto, | 07-05658 JW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Credigy Services Corporation, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Carol Webster Millie**
> Corporate Advisory Law Group
> 40 Main St.
> Los Altos, CA 94022
> 650-947-9199

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: February 27, 2008

5                                    RICHARD W. WIEKING
                                      Clerk
6                                    by:    Claudia M. Forehand

7                                    

8                                    _____
                                      ADR Case Administrator
9                                    415-522-2059
                                      Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05658 JW MED                    - 2 -