Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@post.harvard.edu

Balam O. Letona, State Bar No. 229642
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel:  (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO AND LUZ FAUSTO, <br><br> Plaintiffs, <br><br> v. <br><br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive, <br><br> Defendants. | CIV. NO.  C07-05658 JW <br><br> **MOTION TO ALLOW EXTENSION OF TIME TO SERVE DEFENDANTS RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, AND PAULO PERES AND [PROPOSED] ORDER** |

## I. INTRODUCTION

Under Federal Rule of Civil Procedure 6(b) and 6(b)(1), the court for cause shown, may act ex parte, with or without motion or notice to extend the time to serve the Defendant. Schwarzer, Tashima and Wagstaff, FEDERAL CIVIL PROCEDURE BEFORE TRIAL [5:299] (The Rutter

- 1 -

Motion to Allow Extension of Time to Serve Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres and [Proposed] Order

Group). Thus, Plaintiffs bring this ex parte motion under Federal Rule of Civil Procedure 6(b)(1) and N.D. Cal. Local Rule 7-10.

Plaintiffs have made diligent attempts to locate Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres, current and/or former employees of the corporate defendants above, so that Plaintiffs may serve these Defendants with the Summons and First Amended Complaint. *Declaration of Ronald Wilcox in Support of Motion to Allow Extension of Time to Serve Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres ("Wilcox Decl.)*, ¶2. However, Plaintiffs have yet to receive confirmation of their wherabouts.

## II. REPEATED MEET AND CONFER ATTEMPTS

Plaintiffs communicated with counsel for Credigy Services, Corp., Credigy Receivables, Inc., and Credigy Solutions, Inc., on: February 14, 15, 21, 25, 26, and 27, 2008, requesting they simply provide the full legal name, last known addresses, and telephone numbers, for the individual defendants. They have failed to do so. *Wilcox Decl.*, ¶3.

In light of Defendants' lack of cooperation Plaintiffs respectfully requests the Court to grant an Order allowing an extension of 150 days to serve Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres with the Summons and First Amended Complaint. If Defendants were to cooperate Plaintiffs may have requested a shorter extension. However, Defendants have not been forthcoming in providing the location information sought. *Wilcox Decl.*, ¶4.

Plaintiffs served written discovery on February 15, 2008, and are simultaneously serving a notice of deposition (along with a request to bring any documents that contain the individual defendants' location information) today. *Wilcox Decl.*, ¶5. Nevertheless, in light of Defendants' unwillingness to cooperate, Plaintiffs anticipate motion practice will be necessary to obtain the information they are entitled. Thus, the timeline for these events warrant a 150-day extension, as is explained below:

- 2 -

Motion to Allow Extension of Time to Serve Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres and [Proposed] Order

**2/15/08** Written discovery served, responses expected on or about 3/22/08.  Based on the above meet and confer attempts defendants will likely object and refuse to provide the information.

**4/1/08** After the required meet and confer, Plaintiffs serve and file Motion to Compel Further Responses, (which requires at least 35-days notice) to be heard about 5/15/08.

**5/15/08** Magistrate Judge Seeborg orders defendants to produce further responses by 6/5/08.

**6/10/08** Plaintiffs finally receive the location information (which the corporate defendants have the ability to produce right now).

*Wilcox Decl.*, ¶6

Under the timeline above, granting Plaintiffs a 150-day extension will actually leave Plaintiffs with approximately one month to serve the individual defendants from the time the corporate defendants produce the information Plaintiffs are entitled.   Thus, any shorter extension of time would reward the corporate defendants for their intentional delays, would prejudice the Plaintiffs, and would not serve the interests of justice. *Wilcox Decl.*, ¶7

## III.  INDEPENDENT INVESTIGATION AND EFFORTS

Through their own investigation Plaintiffs have recently located possible addresses for Defendants Ryan Miller, Ricardo Ventura, and Brett Boyde.  It is possible Brett Boyde and Ryan Miller have already been served. *See Wilcox Decl.*, ¶8 *and the attached service of process order confirmations (***Exhibit 1)**.   However, the corporate defendants have yet to admit the correct individuals have been served, and Plaintiffs have yet to hear from the individuals served. Additionally, Plaintiffs are still attempting to locate an address for Defendant Paulo Peres, who is believed to reside in the country of Brazil. *Wilcox Decl.*, ¶9.

## IV.  REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANTS RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, AND PAULO PERES

- 3 -

Motion to Allow Extension of Time to Serve Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres and [Proposed] Order

Despite Plaintiffs' diligent attempts to locate Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres, the whereabouts of these Defendants has yet to be confirmed. Thus, for the reasons stated above, Plaintiffs respectfully request a 150-day extension of time in which to serve Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres, or an order that the corporate defendants produce the full legal name, last known address and telephone number of these individual defendants (all current and/or former employees of defendants), forthwith.

Dated: February 29, 2008                              /s/Ronald Wilcox
                                                     Ronald Wilcox, Counsel for Plaintiffs

## [PROPOSED] ORDER

For GOOD CAUSE, Plaintiffs are hereby be granted a 150-day extension of time to serve Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                         HON. JAMES WARE
                                         U.S. DISTRICT JUDGE

Motion to Allow Extension of Time to Serve Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres and [Proposed] Order