1

2

Ronald Wilcox, Esq., State Bar No. 176601

2160 The Alameda, Suite F, First Floor

3
San Jose, CA 95126

Tel: (408) 296-0400

4
Fax: (408) 296-0486

Email: ronaldwilcox@post.harvard.edu

5

6
Balam O. Letona, State Bar No. 229642

LAW OFFICE OF BALAM O. LETONA, INC.

7
1347 Pacific Avenue, Suite 203

Santa Cruz, CA 95060-3940

8
Tel:  (831) 421-0200

Fax: (831) 621-9659

9
Email: letonalaw@gmail.com

10
ATTORNEYS FOR PLAINTIFFS

11

**UNITED STATES DISTRICT COURT**

12
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

13
_____

14
MANUEL G. FAUSTO AND LUZ )

FAUSTO,                                              )          CIV. NO.  C07-05658 JW

15                                                             )

Plaintiffs,            )          **DECLARATION OF RONALD WILCOX**

16                                                             )          **IN SUPPORT OF MOTION TO ALLOW**
                                                             )          **EXTENSION OF TIME TO SERVE**

17        v.                                              )          **DEFENDANTS RYAN MILLER,**
                                                             )          **RICARDO VENTURA, BRETT BOYDE,**

18                                                             )          **AND PAULO PERES**

CREDIGY SERVICES CORPORATION,   )

19   CREDIGY RECEIVABLES INC.,              )

CREDIGY SOLUTIONS INC., RYAN       )

20   MILLER, RICARDO VENTURA, BRETT    )

BOYDE, PAULO PERES, THOMPSON,    )

21   and DOES 1-10, inclusive,                     )

                                                             )

22                Defendants.            )

23   _____)

24   I, RONALD WILCOX, HEREBY ATTEST:

25        1.   I am Plaintiffs' attorney in the above-mentioned matter.

26

27

28

- 1 -

Declaration of Ronald Wilcox in Support of Motion to Allow Extension of Time to
Serve Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2. Plaintiffs have made diligent attempts to locate Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres so that Plaintiffs may serve these Defendants with the Summons and First Amended Complaint.

3. Plaintiffs communicated with counsel for Credigy Services, Corp., Credigy Receivables, Inc., and Credigy Solutions, Inc., on: February 14, 15, 21, 25, 26, and 27, 2008, requesting they simply provide the full legal name, last known addresses, and telephone numbers, for the individual defendants.  They have failed to do so.

4. Defendants have not been forthcoming in providing the location information sought.

5. Plaintiffs served written discovery on February 15, 2008, and are simultaneously serving a notice of deposition (along with a request to bring any documents that contain the individual defendants' location information) today.

6. Nevertheless, in light of Defendants' unwillingness to cooperate, Plaintiffs anticipate motion practice will be necessary to obtain the information they are entitled.  Thus, the timeline for these events warrant a 150-day extension, as is explained below:

**2/15/08** Written discovery served, responses expected on or about 3/22/08.  Based on the above meet and confer attempts defendants will likely object and refuse to provide the information.

**4/1/08** After the required meet and confer, Plaintiffs serve and file Motion to Compel Further Responses, (which requires at least 35-days notice) to be heard about 5/15/08.

**5/15/08** Magistrate Judge Seeborg orders defendants to produce further responses by 6/5/08.

**6/10/08** Plaintiffs finally receive the location information (which the corporate defendants have the ability to produce right now).

7. Under the timeline above, granting Plaintiffs a 150-day extension will actually leave Plaintiffs with approximately one month to serve the individual defendants from the time the corporate defendants produce the information Plaintiffs are entitled.   Thus, any shorter extension of time

- 2 -

Declaration of Ronald Wilcox in Support of Motion to Allow Extension of Time to
Serve Defendants Ryan Miller, Ricardo Ventura, Brett Boyde, and Paulo Peres

1    would reward the corporate defendants for their intentional delays, would prejudice the

2    Plaintiffs, and would not serve the interests of justice.

3  8. Through their own investigation Plaintiffs have recently located possible addresses for

4    Defendants Ryan Miller, Ricardo Ventura, and Brett Boyde.  It is possible Brett Boyde and

5

6    Ryan Miller have already been served. *See the attached service of process order confirmations*

7    *(**Exhibit 1**)*.

8  9. However, the corporate defendants have yet to admit the correct individuals have been served,

9    and Plaintiffs have yet to hear from the individuals served.  Additionally, Plaintiffs are still

10   attempting to locate an address for Defendant Paulo Peres, who is believed to reside in the

11   country of Brazil.

12

13

14   Under 28 U.S.C. § 1746, I, RONALD WILCOX, certify under penalties of perjury, that the

15 above statements are true and correct.

16

17   Dated: 2/29/08                              /s/Ronald Wilcox
                                                   Ronald Wilcox
18

19

20

21

22

23

24

25

26

27

28

- 3 -