# Exhibit 1

***Attorneys' Personal Services, Inc.***
Post Office Box 7710 • Atlanta, GA 30357-0710
404-872-1200 • fax: 404-872-4578 • 800-245-0122



## Thursday, February 21, 2008

# CONFIRMATION OF RECEIPT OF SERVICE PAPERS:
# YOU WILL NEED THIS INFORMATION IF YOU CALL FOR STATUS:

| | | |
|---|---|---|
| **TO:** | RONALD WILCOX | **FAX#** (408) 296-0486 |
| | MARION RAMEL | |
| **FROM:** | ELIZABETH SMITH, OFFICE MANAGER | |
| **SUBJECT:** | RYAN MILLER | |

CLIENT MATTER

TYPE SERVICE:   Non-Rush   PROCESS TO BE SERVED BY: 02/28/08

SERVICE WILL BE ATTEMPTED ON:   **RYAN MILLER**

|   | **RESIDENCE** |   | **BUSINESS** |
|---|---|---|---|
| **AT:** | 2612 COLLINS PORT COVE, SUWANEE, GA 30024 | **AND/OR** | NO BUSINESS ADDRESS WAS PROVIDED |

**PLEASE REVIEW THE SUBJECT AND ADDRESS INFORMATION. INCORRECT/INSUFFICIENT INFORMATION MAY RESULT IN ADDITIONAL CHARGES**

THANK YOU FOR YOUR SERVICE REQUEST. YOUR PROCESS SERVER IS:

## CHRISTOPHER STANTON

WHO WILL CONTACT YOU WHEN SERVICE IS COMPLETED

PLEASE DIRECT ANY QUESTIONS TO YOUR PROCESS SERVER AT EXTENSION   201

REFER TO INVOICE NUMBER          308092

***Attorneys' Personal Services, Inc.***
Post Office Box 7710 • Atlanta, GA 30357-0710
404-872-1200 • fax: 404-872-4578 • 800-245-0122



Thursday, February 21, 2008

# CONFIRMATION OF RECEIPT OF SERVICE PAPERS:
# YOU WILL NEED THIS INFORMATION IF YOU CALL FOR STATUS:

**TO:** RONALD WILCOX       FAX# (408) 296-0486
      MARION RAMEL

**FROM:** ELIZABETH SMITH, OFFICE MANAGER

**SUBJECT:** RICARDO VENTURA

**CLIENT MATTER**

**TYPE SERVICE:** Non-Rush  **PROCESS TO BE SERVED BY:** 02/28/08

**SERVICE WILL BE ATTEMPTED ON:** **RICARDO VENTURA**

**AT:** RESIDENCE: 1441 OMIE WAY, LAWRENCEVILLE, GA 30043  AND/OR  BUSINESS: NO BUSINESS ADDRESS WAS PROVIDED

PLEASE REVIEW THE SUBJECT AND ADDRESS INFORMATION. INCORRECT/INSUFFICIENT INFORMATION MAY RESULT IN ADDITIONAL CHARGES

THANK YOU FOR YOUR SERVICE REQUEST. YOUR PROCESS SERVER IS:

**CHRISTOPHER STANTON**

WHO WILL CONTACT YOU WHEN SERVICE IS COMPLETED

PLEASE DIRECT ANY QUESTIONS TO YOUR PROCESS SERVER AT EXTENSION  201

REFER TO INVOICE NUMBER  308091

Case 5:07-cv-05658-JW   Document 14-2   Filed 02/29/2008   Page 4 of

**Attorneys' Personal Services, Inc.**
Post Office Box 7710 • Atlanta, GA 30357-0710
404-872-1200 • fax: 404-872-4578 • 800-245-0122



Thursday, February 21, 2008

# CONFIRMATION OF RECEIPT OF SERVICE PAPERS:
# YOU WILL NEED THIS INFORMATION IF YOU CALL FOR STATUS:

**TO:** RONALD WILCOX     FAX# (408) 296-0486
MARION RAMEL

**FROM:** ELIZABETH SMITH, OFFICE MANAGER

**SUBJECT:** BRETT BOYDE

CLIENT MATTER

TYPE SERVICE: Non-Rush   PROCESS TO BE SERVED BY: 02/28/08

SERVICE WILL BE ATTEMPTED ON: **BRETT BOYDE**

RESIDENCE                                   BUSINESS
AT: 1532 TOWNE PARK CT,   AND/OR   NO BUSINESS ADDRESS WAS
LAWRENCEVILLE, GA 30044              PROVIDED

PLEASE REVIEW THE SUBJECT AND ADDRESS INFORMATION. INCORRECT/INSUFFICIENT INFORMATION MAY RESULT IN ADDITIONAL CHARGES

THANK YOU FOR YOUR SERVICE REQUEST. YOUR PROCESS SERVER IS:

**CHRISTOPHER STANTON**

WHO WILL CONTACT YOU WHEN SERVICE IS COMPLETED

PLEASE DIRECT ANY QUESTIONS TO YOUR PROCESS SERVER AT EXTENSION   201

REFER TO INVOICE NUMBER        308090