Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel:  (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

**Attorney for Plaintiffs**

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*2/29/2008*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>                    Plaintiffs,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>                    Defendant(s). | **Case# 07-05658 JW RS**<br><br>**STIPULATION TO MEDIATE and [~~PROPOSED~~] ORDER**<br><br>**JURY TRIAL DEMANDED**<br><br><br><br>**JURY TRIAL DEMANDED** |

The parties hereby stipulate to mediate the above-captioned matter through the Court's Alternative Dispute Resolution Program

DATED: 2/14/08             /s/Ronald Wilcox
                           Ronald Wilcox, Counsel for Plaintiffs

DATED: 2/17/08             /s/David Kaminski
                           David Kaminski, Counsel for Defendants
                           Credigy Solutions, Inc., Credigy Receivables,
                           Inc. and Credigy Service Corp.

**STIPULATION TO MEDIATE AND [PROPOSED] ORDER**
Page 1

1
2
3     **[PROPOSED] ORDER**
4
   The parties shall mediate the above-captioned matter through the Court's
5
Alternative Dispute Resolution Program.
6  The Parties are to contact ADR immediately and conduct their mediation session in accordance with ADR Local Rule 6.
7  Date: 2/29/2008

8  _____
9  HON. JAMES WARE
   U.S. DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**STIPULATION TO MEDIATE AND [PROPOSED] ORDER**
Page 2