Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

**Attorney for Plaintiffs**

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br>            Plaintiffs,<br>v.<br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>            Defendant(s). | Case# 07-05658 JW RS<br><br>**STIPULATION REGARDING SERVICE ON CERTAIN INDIVIDUAL DEFENDANTS** |
| MARTHA VASQUEZ PINTOR,<br>            Plaintiffs,<br>v.<br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive,<br>            Defendant(s). | Case# 07-06428 JF HRL |

**STIPULATION REGARDING SERVICE ON CERTAIN INDIVIDUAL DEFEDANTS**
Page 1

David Kaminski, Counsel for Credigy Services Corp., Credigy Receivables, Inc., and Credigy Solutions, Inc. agrees to accept service on March 14, 2008, via fax of the Summons and Complaint on behalf of defendants RG Oncalve ("Thompson", as named in the *Fausto v. Credigy et al.*, complaint), Ricardo Ventura as named in the *Fausto v. Credigy et al.*, complaint, and Mark De Luca Ferrao ("Mark Doe" as named in the *Pintor v. Credigy et al.*, complaint).

Additionally, Mr. Kaminski has already accepted fax service for Paulo Peres, Luis Renato Silva Nunez (a.k.a Ryan Miller), in the *Fausto v. Credigy et al.*, matter, and will answer on their behalf, as well as Brett Boyde (who was personally served), in both the *Fausto v. Credigy et al.* matter, and *Pintor v. Credigy, et al.*, matter.

The six individual defendants above shall answer the complaints by March 28, 2008.

DATED: 3/14/08

_____
Ronald Wilcox, Counsel for Plaintiffs

DATED:

_____
David Kaminski, Counsel for Defendants
Credigy Solutions, Inc., Credigy Receivables,
Inc. and Credigy Service Corp., RG Olcave
(a.k.a Thompson), Ricardo Ventura, Mark De
Luca Ferrao (a.k.a Mark Doe), Brett Boyde,
Paulo Peres, Luis Renato Silva Nunez (a.k.a
Ryan Miller

*** ORDER ***

This Stipulation renders Plaintiffs' Motion to Allow Extension of Time to Serve Defendants moot. This Order terminates Docket Item No. 13.

Dated: March 21, 2008

_____
JAMES WARE
United States District Judge

**STIPULATION REGARDING SERVICE ON CERTAIN INDIVIDUAL DEFEDANTS**
Page 2