1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   STEPHEN A. WATKINS, ESQ., (SBN #205175)
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendants,
   CREDIGY SERVICES CORPORATION, CREDIGY
6  RECEIVABLES INC., CREDIGY SOLUTIONS INC.
   and BRETT BOYDE
7

8                UNITED STATES DISTRICT COURT

9      FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11  MANUEL G. FAUSTO AND LUZ            ) CASE NO. C07 05658 JW (RS)
    FAUSTO,                             )
12                                      ) [Complaint Filed:  12/20/07
                                        ) 1st Amended Complaint Filed: 1/14/08]
13              Plaintiffs,             )
                                        ) **NOTICE OF CERTIFICATE OF**
14      vs.                             ) **INTERESTED PARTIES PURSUANT TO**
                                        ) **F.R. C.P. 7.1 AND LOCAL RULE 3-16**
15  CREDIGY SERVICES CORPORATION;       )
    CREDIGY RECEIVABLES INC.;           )
16  CREDIGY SOLUTIONS INC.; RYAN        )
    MILLER; RICARDO VENTURA;            )
17  BRETT BOYDE; PAULO PERES;           )
    THOMPSON; and DOES 1-10, inclusive, )
18                                      )
                                        )
19              Defendants.             )
                                        )
20

21      TO THE UNITED DISTRICT COURT FOR THE NORTHERN DISTRICT OF

22  CALIFORNIA:

23      Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons,

24  associations of persons, firms, partnerships, corporations (including parent corporations) or other

25  entities (1) have a financial interest in the subject matter in controversy or in a party to the

26  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

27  substantially affected by the outcome of this proceeding:

28      1.   Plaintiff MANUEL G. FAUSTO

---

05712.00:142926                          1
**NOTICE OF CERTIFICATE OF INTERESTED PARTIES**          CASE NO. C07 05658 JW RS

| | | |
|---|---|---|
| 2. | Plaintiff LUZ FAUSTO |
| 3. | Defendant CREDIGY SERVICES CORPORATION |
| 4. | Defendant CREDIGY RECEIVABLES INC. |
| 5. | Defendant CREDIGY SOLUTIONS INC. |
| 6. | Defendant RYAN MILLER (a.k.a Luis Renato Silva Nunez) |
| 7. | Defendant RICARDO VENTURA |
| 8. | Defendant BRETT BOYDE |
| 9. | Defendant PAULO PERES |
| 10. | Defendant THOMPSON (a.k.a. R.G Oncalve) |
| 11. | American International Specialty Insurance Company (Insurance for Defendants) |

These representations are made to enable judges of the Court to evaluate possible recusal.

DATED: March 26, 2008

CARLSON & MESSER LLP

By _____
David J. Kaminski, Esq.
Stephen A. Watkins, Esq.
Attorneys for Defendant,
CREDIGY SERVICE CORPORATION,
CREDIGY RECEIVABLES INC.,
CREDIGY SOLUTIONS, INC., and
BRETT BOYDE