Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiffs MANUEL G. FAUSTO and LUZ FAUSTO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSÉ DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>  Plaintiffs,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>  Defendant(s). | Case No. C07-05658 JW<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO BE EXCUSED FROM MEDIATION** |

**ORDER DENYING DEFENDANTS' REQUEST TO BE EXCUSED FROM MEDIATION**

The request to be excused from any participation in the Mediation session by Defendants Paulo Peres and Ryan Miller (a.k.a. Rentao Luis Silva Nunez) is DENIED, since it does not comply with ADR LR 6-9(e). However, the court notes Plaintiffs' non-opposition to their telephone participation. Thus, these individual Defendants shall participate via telephone. ADR LR 6-9(e).

ORDER DENYING DEFENDANTS' REQUEST TO BE EXCUSED FROM MEDIATION    1

1  The request to be excused from personally appearing at the Mediation by Brett Boyde is

2  DENIED, since this Defendant has failed to demonstrate an extraordinary or otherwise

3  unjustifiable hardship.

4  Plaintiffs shall serve a copy of this Order on Defendants, the Mediator and the ADR Unit,

5  via fax.

Dated: 4-9-08

ADR Magistrate Judge Brazil

ORDER DENYING DEFENDANTS' REQUEST TO BE EXCUSED FROM MEDIATION    2