Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-621-9659
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiffs

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br>    Plaintiffs,<br><br>    v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON and DOES 1-10, inclusive,<br>    Defendants. | Case No.: C07-05658 JW RS<br><br>**DECLARATION OF BALÁM LETONA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** |

I, Balám Letona, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. section 1746, that the following statements are true:

1. I am one of the Plaintiffs' attorneys in the matter above-captioned.

2. I make this declaration in support of Plaintiffs' Notice and Motion to Compel Discovery.

3. Defendants refused to provide complete initial disclosures; refused to respond to

PLAINTIFFS' MOTION TO COMPEL, Case No.: C07-05658 JW RS

1

certain written discovery, failed to timely move the Court for a protective order before the discovery responses were due, failed to produce any privilege log, and failed to supplement its discovery.  Plaintiffs seek an order requiring Defendant to comply with the Federal Rules of Civil Procedure (FRCP), including FRCP 26, 30 and 34.

4. Plaintiff has met and conferred in an attempt to resolve these issues, including a lengthy conversation on April 15, 2008, between Balám Letona, Ronald Wilcox, plaintiff's counsel, and David Kaminski, defendants' counsel.

5. On March 24, 2008, Defendants served Initial Disclosures. In its initial disclosures Defendants have failed to provide the last known home addresses and telephone numbers for Defendants Ryan Miller (a.k.a. Luis Renato Silva Nunez, Paulo Peres, Ricardo Ventura, Brett Boyde, and Thompson. **Exhibit 1**, pp. 2-3.  A true and correct copy is attached as **Exhibit 1**.

6. On March 21, 2008, Plaintiffs served their first set of written discovery.

8. <u>Interrogatories 4-9, Set 2,</u> also request the last know home address and telephone number for individual defendants and other debt collector employees who worked on plaintiffs' file. A true and correct copy of Defendants' response to such is attached as **Exhibit 2**.

7. <u>Request for Production of Documents Set 1</u>, Numbers 22-28 sought personnel files for those collectors who worked on Plaintiffs' account. A true and correct copy of Defendants' response to such is attached as **Exhibit 3**.

8. Request for Production of Documents, Set 2 Numbers 6-14 sought financial information related to Defendants' net worth.  Request for Production of

PLAINTIFFS' MOTION TO COMPEL, Case No.: C07-05658 JW RS

Documents, Set 2, Number 15 seeks all documents Defendants submitted to any credit reporting agencies with respect to the debt. A true and correct copy of Defendants' response to such is attached as **Exhibit 4.**

9. A true and correct copy of the *Lucas v. G.C. Services*, 226 F.R.D. 328, 336 (N.D. IN 2005) is attached as **Exhibit 5.**

Respectfully submitted and executed this 16th day of April 2008,

/s/ Balám Letona

Balám Letona