Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-621-9659
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiffs

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSÉ DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, <br>    Plaintiffs, <br><br> v. <br><br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON and DOES 1-10, inclusive, <br>    Defendants. | Case No.: C07-05658 JW RS <br><br> **ERRATA TO THE DECLARATION OF BALÁM LETONA IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL AND DECLARATION IN SUPPORT** |

**To All Parties and Their Attorneys of Record:**

Exhibit 2 to the Declaration of Balám O. Letona was filed in error. All references made to Exhibit 2, Plaintiff's Interrogatories 4-9, in Plaintiff's Motion to Compel should be directed to Exhibit 3 where the interrogatory requests can be found.

//

//

ERRATA TO THE DECLARATION OF BALÁM LETONA IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL Case No.: C07-05658 JW RS

1

1  Dated: April 17, 2008           LAW OFFICE OF BALÁM O. LETONA, INC.

2

3                                  /s/__Balám Letona_____
                                   Balám Letona, Esq.
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Declaration in Support:**

I, Balám Letona, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. section 1746, that the following statements are true:

1. I am one of the Plaintiffs' attorneys in the matter above-captioned.

2. I make this declaration in support of errata to the Declaration of Balám O. Letona filed in support of Plaintiffs' Motion to Compel filed on April 16, 2008.

3. Exhibit 2 to the Declaration of Balám O. Letona was filed in error.

4. All references made to Exhibit 2, Plaintiff's Interrogatories 4-9, in Plaintiff's Motion to Compel should be directed to Exhibit 3, where the interrogatory requests are found.

Respectfully submitted and executed this 17th day of April 2008,

/s/ Balám Letona
Balám Letona