1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   STEPHEN A. WATKINS, ESQ., (SBN #205175)
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendants,
   CREDIGY SERVICES CORPORATION, CREDIGY
6  RECEIVABLES INC., CREDIGY SOLUTIONS INC.,
   RYAN MILLER, BRETT BOYDE, and PAULO PERES

7

8                   UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 | MANUEL G. FAUSTO AND LUZ        ) CASE NO. C07 05658 JW (RS)
   | FAUSTO,                         )
12 |                                 ) [Complaint Filed:  12/20/07
   |                                 ) 1st Amended Complaint Filed: 1/14/08]
13 |        Plaintiffs,              )
   |                                 ) Magistrate Judge: Hon. Richard Seeborg
14 |    vs.                          )
   |                                 )
15 | CREDIGY SERVICES CORPORATION;   ) **DEFENDANTS CREDIGY SERVICES**
   | CREDIGY RECEIVABLES INC.;       ) **CORPORATION, CREDIGY**
16 | CREDIGY SOLUTIONS INC.; RYAN    ) **RECEIVABLES INC., AND CREDIGY**
   | MILLER; RICARDO VENTURA;        ) **SOLUTIONS INC.'S OPPOSITION TO**
17 | BRETT BOYDE; PAULO PERES;       ) **MOTION TO COMPEL; DECLARATION**
   | THOMPSON; and DOES 1-10, inclusive, ) **OF DAVID J. KAMINSKI**
18 |                                 )
   |                                 ) Date: May 21, 2008
19 |        Defendants.              ) Time: 9:30 a.m.
   |                                 ) Location: U.S. District Court,
20 |                                 ) 280 S. 1st. Street, San Jose, CA
   |                                 )

21 _____

22

   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
23
          PLEASE TAKE NOTICE THAT CREDIGY SERVICES CORPORATION, CREDIGY
24
   RECEIVABLES INC., and CREDIGY SOLUTIONS INC ("Defendants") hereby submits its
25
   Opposition to Plaintiffs MANUEL G. FAUSTO AND LUZ FAUSTO's ("Plaintiffs") Motion to
26
   Compel.
27

28

05712.00:143983                            1
OPPOSITION TO MOTION TO COMPEL                          Case No. C07 05658 JW RS

## I. INTRODUCTION

This action arises from a dispute regarding debt collection. Plaintiffs Miguel and Luz Fausto ("Plaintiffs") allege that Defendants Credigy Services Corporation, Credigy Receivable Inc., and Credigy Solutions Inc.("Credigy")'s collection efforts with regard to Plaintiffs' debt violated the Fair Debt Collection Practices Act and the Rosenthal Act, among other laws. Plaintiffs also sued individual defendants Luis Renato Silva Nunes, (erroneously sued and served as Ryan Miller), Paulo Peres, Brett Boyde, Ricardo Ventura, and "Thompson" in their individual capacity as employees of Credigy (together with Credigy "Defendants") during the times alleged in their First Amended Complaint ("FAC").

Plaintiffs' Motion seeks to compel Defendants to produce four distinct categories of documents.

1. Contact information for Individual Defendants;
2. Employee records for Individual Defendants;
3. Financial information for Credigy; and
4. Information showing that Credigy reported Plaintiffs' debt to the credit reporting agencies.

As of the date of this Opposition, Defendants have already provided the majority of the information sought by Plaintiffs' Motion. Defendants reminded Plaintiffs of that fact in their correspondence dated April 28, 2008. A true and correct copy of this letter is attached to the Declaration of David J. Kaminski as Exhibit "A" and is incorporated herein by reference. As shown in greater detail below, Defendants' prior and future actions will render Plaintiffs' Motion moot by the date of its hearing.

## II. DEFENDANTS HAVE ALREADY PROVIDED CONTACT INFORMATION FOR THE INDIVIDUAL DEFENDANTS

Plaintiffs' Motion claims that Defendants have failed to provide the last known home address and telephone numbers for these Individual Defendants. However, prior to Plaintiffs filing their Motion, Defendants sent them letters dated March 27, 2008 and April 8, 2008 which included address information for the Individual Defendants. True and correct copies of this correspondence

are attached to the Declaration of David J. Kaminski as Exhibits "B" and "C" respectively, and are incorporated herein by reference. Moreover, prior to mediation on April 24, 2008, Defendants provided Plaintiffs with employee records of the Individual Defendants, which included address and telephone information to the extent it was contained within those documents.

### III. DEFENDANTS HAVE ALREADY PROVIDED EMPLOYEE RECORDS FOR THE INDIVIDUAL DEFENDANTS

Although Plaintiffs' Motion requests employee records of the Individual Defendants, Defendants have provided Plaintiffs this information prior to mediation (Bates Nos. FA000099 to FA0000227). Therefore Plaintiffs' Motion is moot in this regard.

Although Plaintiffs also request the personnel files of Moises Moteli and Ralph Phillips (Motion at 6), these individuals were not identified in Plaintiffs' First Amended Complaint nor in their discovery to date. Therefore with respect to these individuals, Defendants stand by the objections set forth in their discovery responses that this request violates of the privacy rights of third parties unrelated to the current litigation, the privacy right in employee records, and it is not relevant and not reasonably calculated to lead to the discovery of admissible evidence.

### IV. DEFENDANTS HAVE ALREADY PROVIDED CREDIGY'S FINANCIAL INFORMATION

Plaintiffs' Motion requests that Defendants be compelled to produce various financial documents, including tax returns, annual reports and financial statements of Credigy. However, Defendants already allowed Plaintiffs to examine unaudited tax return and financial statements information at the mediation of this matter on April 24, 2008. (See Decl. Of David J. Kaminski, ¶6.) After a dutiful search and reasonable inquiry, Defendants were unable to locate any further documents relating to Defendants request. Defendants have produced this information to Plaintiffs again concurrently with the filing of this Opposition, (Bates Nos. FA0000228 to FA0000273). Therefore Plaintiffs' Motion is moot in this regard.

### V. DEFENDANTS WILL PROVIDE INFORMATION REGARDING CREDIGY'S REPORTING OF PLAINTIFFS' DEBT

Plaintiffs' Motion requests that Defendants provide Plaintiffs with documents showing

1 that they submitted Plaintiffs' alleged debt to a credit reporting agency. Defendants had already
2 met and conferred with Plaintiff on April 15, 2008, regarding this issue prior to the filing of the
3 Motion and had agreed to produce this material. Defendants have been diligently attempting to
4 obtain this information and will produce it to Plaintiffs as soon as possible.

## VI. CONCLUSION

The majority of Plaintiffs' Motion seeks documents or material already provided by Defendants. To the extent that it has not already been produced, Defendants are working to provide the information as soon as possible. Therefore, the Court should deny Plaintiffs' Motion.

DATED: April 30, 2008                                CARLSON & MESSER LLP

                                                     By: _____
                                                     David J. Kaminski, Esq.
                                                     Stephen A. Watkins, Esq.
                                                     Attorneys for Defendant,
                                                     CREDIGY SERVICES
                                                     CORPORATION, CREDIGY
                                                     RECEIVABLES INC.,
                                                     CREDIGY SOLUTIONS INC.,
                                                     BRETT BOYDE, PAULO PERES,
                                                     and RYAN MILLER

# DECLARATION OF DAVID J. KAMINSKI

I, David J. Kaminski, declare as follows:

1. I am an attorney at law, licensed to practice before all of the courts of the State of California and a member of the law firm of Carlson & Messer LLP, attorneys of record for CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC, LUIS RENATO SILVA NUNES, erroneously sued and served as RYAN MILLER, BRETT BOYDE, and PAULO PERES ("Defendants") in the above-captioned action brought by Plaintiffs MANUEL G. FAUSTO and LUZ FAUSTO ("Plaintiffs").

2. The facts set forth herein are true to my own personal knowledge, and if called upon, and sworn as a witness, I could and would competently testify thereto.

3. As of the date of this Opposition, Defendants have already provided the majority of the information sought by Plaintiffs' Motion. Defendants reminded Plaintiffs of that fact in their correspondence dated April 28, 2008. A true and correct copy of this letter is attached to this declaration as Exhibit A and is incorporated herein by reference.

4. Prior to Plaintiffs filing their Motion, Defendants sent them letters dated March 27, 2008 and April 8, 2008 which included address information for the Individual Defendants. True and correct copies of this correspondence are attached to this Declaration as Exhibits B and C respectively, and are incorporated herein by reference. Moreover, prior to mediation on April 24, 2008, Defendants provided Plaintiffs with employee records of the Individual Defendants, which included address and telephone information to the extent it was contained within those documents.

5. Although Plaintiffs also request the personnel files of Moises Moteli and Ralph Phillips (Motion at 6), these individuals were not identified in Plaintiffs' First Amended Complaint nor in their discovery to date and I am currently unaware of who these individuals are.

6. Plaintiffs' Motion requests that Defendants be compelled to produce various financial documents, including tax returns, annual reports and financial statements of Credigy. However, Defendants already allowed Plaintiffs to examine unaudited tax return and financial statements information at the mediation of this matter on April 24, 2008. After a dutiful search and reasonable inquiry, Defendants were unable to locate any further documents relating to Defendants

1   request. Defendants have produced this information to Plaintiffs again concurrently with the filing
2   of this Opposition, (Bates Nos. FA0000228 to FA0000273).
3       7.    Plaintiffs' Motion requests that Defendants provide Plaintiffs with documents
4   showing that they submitted Plaintiffs' alleged debt to a credit reporting agency. Defendants had
5   already met and conferred with Plaintiff on April 15, 2008, regarding this issue prior to the filing of
6   the Motion and had agreed to produce this material. Defendants have been diligently attempting to
7   obtain this information and will produce it to Plaintiffs as soon as possible.
8       I declare under penalty of perjury under the laws of the State of California that the
9   foregoing is true and correct.
10      Executed this __30th__ day of April 2008, at Los Angeles, California.

                                                                      _/s/ David J. Kaminski_

                                                                      David J. Kaminski, Esq.

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

Case 5:07-cv-05658-JW   Document 31   Filed 04/30/2008   Page 7 of 15

EXHIBIT A

CARLSON & MESSER LLP
LAWYERS

JEFFERY J. CARLSON
CHARLES R. MESSER
DAVID J. KAMINSKI
LARISSA G. NEFULDA
EDGAR N. DE VERA
J. GRACE FELIPE
MARTIN SCHANNONG
STEPHEN A. WATKINS
MICHAEL P. LAVIGNE

5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045
TELEPHONE (310) 242-2200
FAX (310) 242-2222
WWW.CMTLAW.COM
E-MAIL: CMT@CMTLAW.COM

OF COUNSEL

JOSEPH R. ZAMORA *
JEANNE L. ZIMMER
W. MICHAEL HARTMAN

*CERTIFIED APPELLATE
LAW SPECIALIST
THE STATE BAR OF
CALIFORNIA
BOARD OF LEGAL
SPECIALIZATION

April 28, 2008

**VIA E-MAIL**

Ronald Wilcox, Esq.
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126

Re:   Fausto, Manuel & Luz Fausto v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.
      Case No.: C07-05658 JW RS
      Our File No. 05712.00

Dear Ron:

This letter serves to meet and confer with regard to the issues raised by your Motion to Compel currently scheduled for May 21, 2008. As shown in greater detail below, the majority of the items sought in Plaintiffs' Motion have already been or will be produced by Defendants, rendering your Motion moot.

1.   **Contact Information for Individual Defendants**

The named individual Defendants in this case are Brett Boyde, Paulo Peres, Ricardo Ventura, Luis Renata Silva Nunes (aka "Ryan Miller"), and Rita De Cassia Goncalves (aka "Thompson")(the "Individual Defendants"). Your Motion states that we have failed to provide the last known home address and telephone numbers for these Individual Defendants. However, prior to your Motion being filed, we sent you letters dated March 27, 2008 and April 8, 2008 which included address information for the Individual Defendants. Moreover, prior to mediation on April 24, 2008, we provided you employee records of the Individual Defendants, which included address and telephone information to the extent it was contained within those documents.

We are currently working to obtain telephone numbers for the Individual Defendants if they have not already been provided. If we are able to locate the relevant information, we will provide it to you as soon as possible.

2.   **Personnel Files of Individual Defendants**

As stated above, we already provided you this information prior to mediation and therefore your Motion is moot in this regard.

05712.00:143919

Ronald Wilcox, Esq.
Re: <u>Fausto, Manuel & Luz Fausto v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.</u>
April 28, 2008
Page 2

**3.   Documents Regarding the Financial Condition of Credigy**

Your Motion requests that Credigy be compelled to produce various financial documents, including tax returns, annual reports and financial statements of Defendants. We already allowed you to examine unaudited tax return and financial statement information prior to mediation. After a dutiful search and reasonable inquiry, we have been unable to locate any further documents relating to your request. Therefore, we will produce to you only the documents which were provided during mediation.

**4.   Credit Reporting Agency Documents**

Your motion requests that Defendants provide you with documents showing that they submitted Plaintiffs' alleged debt to a credit reporting agency. As per our previous meet and confer of April 15, 2008, Defendants will produce this information.

In light of the foregoing, once we produce credit reporting agency documents, the majority of your Motion will be moot. Therefore we respectfully request that you withdraw your Motion. I thank you in advance for your anticipated courtesy and cooperation regarding the matters raised herein.

Very truly yours,

David J. Kaminski
CARLSON & MESSER LLP

DJK:sw

cc:   Balam O. Letona (via e-mail).
      Stephen A. Watkins, Esq.

05712.00:143919

EXHIBIT B

# CARLSON & MESSER LLP
## LAWYERS

JEFFERY J. CARLSON
CHARLES R. MESSER
DAVID J. KAMINSKI
LARISSA G. NEFULDA
EDGAR N. DE VERA
J. GRACE FELIPE
MARTIN SCHANNONG
STEPHEN A. WATKINS
MICHAEL P. LAVIGNE

5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045
TELEPHONE (310) 242-2200
FAX (310) 242-2222
WWW.CMTLAW.COM
E-MAIL: CMT@CMTLAW.COM

OF COUNSEL

JOSEPH R. ZAMORA *
JEANNE L. ZIMMER
W. MICHAEL HARTMAN

*CERTIFIED APPELLATE
LAW SPECIALIST
THE STATE BAR OF
CALIFORNIA
BOARD OF LEGAL
SPECIALIZATION

March 27, 2008

**VIA E-Mail**

Ronald Wilcox, Esq.
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126

    Re:    <u>Fausto, Manuel & Luz v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.</u>
              Case No.: C07-05658 JW RS
              Our File No. 05712.00

Dear Ron:

      As you know, we previously entered into a Stipulation wherein Credigy agreed to accept service on behalf of Defendants Brett Boyde, Luis Renato Silva Nunes (aka Ryan Miller), Paulo A. Peres, Ricardo Ventura, and Rodrigo Goncalves De Pedreira (aka "Thompson").

      As you may recall, Ricardo Ventura and Rodrigo Goncalves De Pedreira are former Credigy employees and no longer work for Credigy. Credigy entered into the subject Stipulation with Plaintiff in an effort to help plaintiff resolve the service of process issues with respect to these former Credigy employees and to help move the case forward since the former employees are located in Brazil. We have attempted to locate these former employees but as of yet we are unsuccessful. In light of this, we have to retract our Stipulation to accept service on their behalf and serve an Answer on their behalf. Since we have not been able to contact them, we have not been able to obtain authority on behalf of these former employees to accept service on their behalf.

      With regard to Ricardo Arantes Boa Ventura, his last known address and contact information is as follows:

      Rue Edmundo de Amicis, 347, Sd Rannel, 05 632-070, Sao Paulo, Brazil.

      With regard to Rodrigo Goncalves De Pedreira, his last known address and contact information is as follows:

      Estr Do Campo Limpo, 6903 C80, Pirajussara, Sao Paulo, SP, Brazil.

05712.00:143100

Ronald Wilcox, Esq.
Re: <u>Fausto, Manuel & Luz v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.</u>
March 27, 2008
Page 2

With regard to your attempt to serve these individuals, we would gladly stipulate to an extension of time for you to serve these individuals with the Court.

We apologize for any inconvenience this may have caused.

Very truly yours,

*[signature]*

David J. Kaminski
CARLSON & MESSER LLP

DJK:sv

cc:   Balam O. Latona (via e-mail).
      Stephen A. Watkins, Esq.

05712.00:143100

EXHIBIT C

## CARLSON & MESSER LLP
### LAWYERS

JEFFERY J. CARLSON
CHARLES R. MESSER
DAVID J. KAMINSKI
LARISSA G. NEFULDA
EDGAR N. DE VERA
J. GRACE FELIPE
MARTIN SCHANNONG
STEPHEN A. WATKINS
MICHAEL P. LAVIGNE

5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045
TELEPHONE (310) 242-2200
FAX (310) 242-2222
WWW.CMTLAW.COM
E-MAIL: CMT@CMTLAW.COM

OF COUNSEL

JOSEPH R. ZAMORA *
JEANNE L. ZIMMER
W. MICHAEL HARTMAN

*CERTIFIED APPELLATE
LAW SPECIALIST
THE STATE BAR OF
CALIFORNIA
BOARD OF LEGAL
SPECIALIZATION

April 8, 2008

**VIA E-MAIL**

Ronald Wilcox, Esq.
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126

Re:  Fausto, Manuel & Luz Fausto v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.
Case No.: C07-05658 JW RS
Our File No. 05712.00

Dear Ron:

This letter will discuss various matters in this case.

As you may recall, on April 2, 2008, I wrote an email to you regarding our request to schedule the depositions of Plaintiffs before the Mediation set for April 24, 2008. I have not yet heard back from you in this regard. In light of Plaintiffs' allegations in this case, the Mediation will not be productive if Plaintiffs are not deposed before the Mediation. Thank you for your cooperation in this regard.

With regard to the name "R. Goncalve" the correct "R. Goncalve" is: Rita De Cassia Goncalves. Her address is R. Maria Carlotta, 202 18 41 Sal Paulo, Brazil 03647-000. Ms. Goncalves is not a current employee of Credigy.

You have scheduled the deposition of Ricardo Ventura for Thursday May 1, 2008. As I explained to you in my letter dated March 27, 2008, Credigy cannot get hold of Mr. Ventura and therefore does not have authority to represent him and, therefore, cannot produce him for a deposition scheduled for May 1, 2008. The same is true with respect to the notice of deposition that you have attempted to schedule for May 2, 2008 at 1:00 p.m. as to R. Goncalve aka Rita De Cassia Goncalves (see discussion above). Credigy cannot get in touch with Ms. Goncalve and therefore cannot produce her for a deposition on May 2, 2008.

05712.00:143375

Ronald Wilcox, Esq.
Re: Fausto, Manuel & Luz Fausto v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.
April 8, 2008
Page 2

With regard to the notices of deposition of Luis Rinato Silva Nines and Paulo Peres, the service of a deposition notice has to comply with the law in Brazil and could take up to several months. Visas have to be obtained, etc. Therefore, the depositions of the Brazil employees cannot go forward on May 1, 2008 and May 2, 2008. This also likely applies to former employees Defendants Ricardo Ventura and Rita de Cassia Goncalves. In addition, and as we discussed on April 7, 2008, I am out of town in Chicago on May 1, 2008.

During our conference on April 7, 2008, you stated that it is difficult to schedule the depositions of your clients before the Mediation due to your schedule. However, even though you had scheduled the deposition of the Credigy PMK in the Fausto and Pintor cases for April 22, 2008 and April 23, 2008, it may make more sense to have your clients deposed on April 23, 2008 before the April 24, 2008 Mediation.

With regard to the Initial Disclosures in the *Fausto* case that were required to be served on March 28, 2008, I received Plaintiff's Initial Disclosures on April 7, 2008. I thank you for your cooperation in that regard.

With regard to the deposition of Brett Boyde, we cannot produce Mr. Boyde on April 23, 2008. We will contact you to propose another deposition date.

With regard to the appearance of the individual defendants at the Mediation, you understand the individual defendants cannot be available. Judge Brazil may grant excused attendance on behalf of the individual defendants.

As we discussed, this case is logistically extraordinarily complicated. During our April 7, 2008 conference, we agreed again to work with each other, as we have in the past, to try to resolve and work through all of the logistics with respect to this case.

I thank you in advance for your anticipated courtesy and cooperation regarding the matters raised herein.

Very truly yours,

David J. Kaminski
CARLSON & MESSER LLP


DJK:am

cc: Balam O. Latona (via e-mail).
    Stephen A. Watkins, Esq.


05712.00:143375