1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO AND LUZ FAUSTO,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION; CREDIGY RECEIVABLES INC.; CREDIGY SOLUTIONS INC.; RYAN MILLER; RICARDO VENTURA; BRETT BOYDE; PAULO PERES; THOMPSON; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. C07 05658 JW (RS)<br><br>[Complaint Filed: 12/20/07<br>1st Amended Complaint Filed: 1/14/08]<br><br>Magistrate Judge: Hon. Richard Seeborg<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Date: June 4, 2008<br>Time: 9:30 a.m.<br>Location: U.S. District Court,<br>280 S. 1st. Street, San Jose, CA |

05712.00:144016

1

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR PROTECTIVE ORDER**　　　　　　　　　　Case No. C07 05658 JW RS

1  Based upon the Motion of Defendants CREDIGY SERVICES CORPORATION,
2  CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC, LUIS RENATO SILVA
3  NUNES erroneously sued and served as RYAN MILLER, BRETT BOYDE, and PAULO PERES,
4  the Declaration of their counsel, David J. Kaminski, Esq., and good cause having been shown,
5  Defendants' Motion for Protective Order is hereby granted.
6      IT IS HEREBY ORDERED that the following Depositions currently noticed by Plaintiffs
7  MANUEL G. FAUSTO and LUZ FAUSTO ("Plaintiffs") are taken off calendar and the
8  Defendants noticed are excused from appearance:
9      The Deposition of Thompson (aka Rita de Cassia Goncalves), set for May 2, 2008 in
10 Atlanta, Georgia;
11     The Deposition of Ricardo Ventura, set for May 1, 2008 in Atlanta, Georgia.;
12     The Deposition of Paulo Peres, set for May 2, 2008 in Atlanta, Georgia; and
13     The Deposition of Ryan Miller (aka Luis Renato Silva Nunes), set for May 1, 2008 in
14     Atlanta, Georgia.
15 IT IS SO ORDERED.
16
17
18 DATED:_____    _____
19                                  Honorable Richard Seeborg
                                    United States Magistrate Judge
20
21
22
23
24
25
26
27
28

05712.00:144016                                2
[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR PROTECTIVE ORDER          Case No. C07 05658 JW RS