# UNITED STATES DISTRICT COURT

## Northern District of California

Fausto,

    Plaintiff(s),

v.

Credigy Services Corporation,

    Defendant(s).

No. C 07-05658 JW MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 4/24/08

2. Did the case settle? ☐ fully ☐ partially ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED? ☒ YES ☐ NO

Dated: 5/5/08

Carol Webster Millie

Mediator, Carol Webster Millie
Corporate Advisory Law Group
40 Main St.
Los Altos, CA 94022

Certification of ADR Session
07-05658 JW MED