Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-621-9659
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiffs

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br>　　Plaintiffs,<br><br>　　v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON and DOES 1-10, inclusive,<br>　　Defendants. | Case No.: C07-05658 JW RS<br><br>**DECLARATION OF BALÁM LETONA IN SUPPORT OF REPLY REGARDING PLAINTIFFS' MOTION TO COMPEL** |

　　I, Balám Letona, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. section 1746, that the following statements are true:

1. I am one of the Plaintiffs' attorneys in the matter above-captioned.

2. I make this declaration in support of Plaintiffs' Notice and Motion to Compel Discovery.

3. On April 4, 2008, Plaintiffs' served Notices of Deposition with respect to certain

Credigy employees. The depositions were to be conducted at Defendant Credigy's corporate headquarters in Atlanta, GA. Defendants failed to appear for the duly noticed depositions on May 1st and 2nd of 2008. Defendants did not obtain an Order from the Court excusing their attendance. Moreover, at an earlier deposition of Defendant Credigy's PMK, Defendant Credigy refused to answer any questions regarding entire topic areas at its F.R.C.P. 30(b)(6) deposition, including any questions regarding their financial condition.

4. In its initial disclosures Defendants failed to provide the *last known* home addresses and telephone numbers for Defendants Ryan Miller (a.k.a. Luis Renato Silva Nunez), Paulo Peres, Ricardo Ventura, Brett Boyde, and Thompson. In the initial disclosures, Defendants produced only a Credigy business address (or former business address) for these witnesses.

5. Later Defendants produced some addresses and **NO** telephone numbers.

6. With the exception of Ricardo Ventura, Defendants have failed to indicate whether it has provided the *last known* address of the only other collector's address it has provided, Defendant Thompson. It has provided no addresses with respect to the others.

7. Defendants Credigy refuse to accept service for the person it has now identifies as Defendant Thompson, a.k.a Rita Goncalves, despite its earlier Stipulation relied on by Judge Ware that it would answer for that person.

8. In addition, despite its earlier Stipulation relied on by Judge Ware, Defendants Credigy have reneged on their stipulation to accept service and answer for other collectors too, including Ricardo Ventura, and Mark Doe (a.k.a Mark De Luca

Ferrao).

9. At the PMK deposition Defendants provided documents that have a 2008 address for Thompson (a.k.a Rita Goncalves), and an old 2005 address that may be for Paulo Peres.

10. Most of the documents produced at the PMK deposition with respect to the employee files were in Portuguese. I read through these files and I did not find a residential telephone, or any telephone number for that matter, with respect to any collector.

11. At the PMK deposition Plaintiffs attempted to inquire about financial documents and Defendants' financial condition. However, Defendants' counsel refused to let the corporate designee testify about financial condition in any regard, and refused to produce any financial documents at the deposition

12. Defendants Credigy Receivables, Inc and Credigy Services Corp. Inc provided an unsigned, un-audited, 2006 tax returns that included the name of their accountant. This national Big-5 accounting firm should have the financial statements, tax returns, etc., Plaintiffs have demanded.

13. Defendants have made no affirmative statements that they have inquired about financial documents with any of their agents or affiliates.

Respectfully submitted and executed this 7th day of May 2008,

/s/ Balám Letona
Balám Letona