1  Balám O. Letona, Bar No. 229642
   LAW OFFICE OF BALÁM O. LETONA, INC.
2  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
3  Tel: 831-421-0200
   Fax: 831-621-9659
4  Email: letonalaw@gmail.com

5  Ronald Wilcox, Bar No. 176601
   LAW OFFIC OF RONALD WILCOX
6  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
7  Tel: 408-296-0400
   Fax: 408-296-0486
8  Email: ronaldwilcox@post.harvard.edu

9  Attorneys for Plaintiffs

10                    **U.S. DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
11                  **SAN JOSÉ DIVISION**

12  MANUEL G. FAUSTO and LUZ FAUSTO,    )
            Plaintiffs,                 )    Case No.: C07-05658 JW RS
                                        )
13          v.                          )    **DECLARATION OF LUZ FAUSTO IN**
                                        )    **SUPPORT OF REPLY REGARDING**
14  CREDIGY SERVICES CORPORATION,       )    **PLAINTIFFS' MOTION TO COMPEL**
    CREDIGY RECEIVABLES INC., CREDIGY   )
15  SOLUTIONS INC., RYAN MILLER,        )
    RICARDO VENTURA, BRETT BOYDE,       )
16  PAULO PERES, THOMPSON and DOES 1-   )
    10, inclusive,                      )
17          Defendants.                 )
                                        )
18                                      )
                                        )
19  _____  )

20         I, Luz Fausto, declare under penalty of perjury, as provided for by the laws of the United

21  States, 28 U.S.C. section 1746, that the following statements are true:

22      1.  I am one of the Plaintiffs in the matter above-captioned.

23      2.  I make this declaration in support of Plaintiffs' Reply Regarding Plaintiff's Motion

24          to Compel Discovery.

25      3.  Defendants called my husband and I on repeated occasions.  They harassed and

intimidated us, trying to get us to make payments on a debt that was almost ten years old and that we disputed.

4.   Two of the collectors that called and abused us identified themselves as Moises Motelli and Ralph Phillips.  They identified themselves as employees of Defendants.

Respectfully submitted and executed this 7th day of May 2008,

/s/ Luz Fausto
Luz Fausto