1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
10

11 | MANUEL G. FAUSTO AND LUZ FAUSTO, ) CASE NO. C07 05658 JW (RS)
12 | ) [Complaint Filed: 12/20/07
   | ) 1st Amended Complaint Filed: 1/14/08]
13 | Plaintiffs, )
   | ) Magistrate Judge: Hon. Richard Seeborg
14 | vs. )
   | )
15 | CREDIGY SERVICES CORPORATION; ) **[PROPOSED] ORDER**
   | CREDIGY RECEIVABLES INC.; )
16 | CREDIGY SOLUTIONS INC.; RYAN ) Date: June 18, 2008
   | MILLER; RICARDO VENTURA; ) Time: 9:30 a.m.
17 | BRETT BOYDE; PAULO PERES; ) Location: U.S. District Court,
   | THOMPSON; and DOES 1-10, inclusive, ) 280 S. 1st. Street, San Jose, CA
18 | )
19 | Defendants. )
   | )
20 | )

21
22
23
24
25
26
27
28

05712.00:144016                          1
                              [PROPOSED] ORDER                Case No. C07 05658 JW RS

1  Based upon the MOTION of Defendants CREDIGY SERVICES CORPORATION,
2  CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC, LUIS RENATO SILVA
3  NUNES erroneously sued and served as RYAN MILLER, BRETT BOYDE, and PAULO PERES,
4  the Declaration of their counsel, David J. Kaminski, Esq., and good cause having been shown, the
5  Court Orders as follows:

6  WHEREAS Defendants' counsel Mr. Kaminski agreed to accept service of the Summons
7  and Complaint in this action on behalf of Defendants Thompson and Ricardo Ventura pursuant to a
8  stipulation filed with this Court on March 18, 2008 (the "Stipulation")

9  IT IS HEREBY ORDERED that Defendants' counsel is hereby permitted to withdraw from
10 the Stipulation to the extent he agreed to accept service on behalf of Defendants Thompson and
11 Ricardo Ventura and answer the Complaint on their behalf.

13 DATED:_____        _____
14                                      Honorable Richard Seeborg
                                        United States Magistrate Judge

05712.00:144016                         2
                         [PROPOSED] ORDER            Case No. C07 05658 JW RS