David J. Kaminski (SBN: 128509)
CARLSON & MESSER LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

MANUEL G. FAUSTO AND LUZ FAUSTO

Plaintiff(s)

v.

CREDIGY SERVICES CORPORATION; CREDIGY RECEIVABLES INC.; CREDIGY SOLUTIONS INC.; RYAN MILLER; RICARDO VENTURA; BRETT BOYDE; PAULO PERES; THOMPSON; and DOES 1-10, inclusive

Defendant(s)

CASE NUMBER: C07 05658 JW (RS)

**SUBSTITUTION OF ATTORNEY**

CREDIGY RECEIVABLES INC.
*Name of Party*

[ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby substitutes SIMMONDS & NARITA LLP _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   44 Montgomery Street, Ste. 3010
*Street Address*

San Francisco, CA 94104    415-283-1000    415-352-2625    156576
*City, State, Zip Code*    *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of CARLSON & MESSER LLP
*Present Attorney*

Dated: May 9, 2008

*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: May 8th, 2008

*Signature of Present Attorney*
David J. Kaminski

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: May 9, 2008

*Signature of New Attorney*
Tomio Narita

Substitution of Attorney is hereby [ ] Approved.  [ ] Denied.

Dated: _____

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                                       G01