David J. Kaminski (SBN: 128509)
CARLSON & MESSER LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

MANUEL G. FAUSTO AND LUZ FAUSTO

CASE NUMBER:

C07 05658 JW (RS)

v.

Plaintiff(s)

CREDIGY SERVICES CORPORATION; CREDIGY RECEIVABLES INC.;
CREDIGY SOLUTIONS INC.; RYAN MILLER; RICARDO VENTURA; BRETT
BOYDE; PAULO PERES; THOMPSON; and DOES 1-10, inclusive

**SUBSTITUTION OF ATTORNEY**

Defendant(s)

CREDIGY SERVICES CORPORATION _____ ☐ Plaintiff [X] Defendant ☐ Other _____
Name of Party

hereby substitutes SIMMONDS & NARITA LLP _____ who is

[X] Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per 44 Montgomery Street, Ste. 3010
Street Address

San Francisco, CA 94104         415-283-1000    415-352-2625    156576
City, State, Zip Code            Telephone Number    Facsimile Number    State Bar Number

as attorney of record in the place and stead of CARLSON & MESSER LLP
Present Attorney

Dated: May 9, 2008 _____        _____
                                            Signature of Party

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: May 8th, 2008 _____        _____
                                            Signature of Present Attorney

                                            David J. Kaminski

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: May 9, 2008 _____        _____
                                            Signature of New Attorney

                                            Tomio Narita

Substitution of Attorney is hereby ☐ Approved.    ☐ Denied.

Dated: _____             _____
                                            **United States District Judge / Magistrate Judge**

NOTICE TO COUNSEL:  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address
since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the
proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is
available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                G01