David J. Kaminski (SBN: 128509)
CARLSON & MESSER LLP
5959 W. Century Blvd., Ste. 1214
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

## UNITED STATES DISTRICT COURT
#### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. FAUSTO AND LUZ FAUSTO, | CASE NUMBER: |
| Plaintiff(s) | C07 05658 JW (RS) |
| v. | |
| CREDIGY SERVICES CORPORATION; CREDIGY RECEIVABLES INC.; CREDIGY SOLUTIONS INC.; RYAN MILLER; RICARDO VENTURA; BRETT BOYDE; PAULO PERES; THOMPSON; and DOES 1-10, inclusive | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

CREDIGY SOLUTIONS INC.                              ☐ Plaintiff  ☒ Defendant  ☐ Other _____
_Name of Party_

hereby substitutes SIMMONDS & NARITA LLP                                          who is

☒ Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per  _____
                                                                                    _Street Address_

San Francisco, CA 04104          415-283-1000      415-352-2625      156576
_City, State, Zip Code_          _Telephone Number_  _Facsimile Number_  _State Bar Number_

as attorney of record in the place and stead of CARLSON & MESSER LLP
                                                          _Present Attorney_

Dated: May 9, 2008 _____                    _David J.B_ signature
                                                          _Signature of Party_

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: May 8th, 2008 _____                  _David J. Kaminski_ signature
                                                          _Signature of Present Attorney_
                                             David J. Kaminski

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: May 9, 2008 _____                    _B_ signature
                                                          _Signature of New Attorney_
                                             Tomio Narita

**Substitution of Attorney is hereby** ☐ **Approved.** ☐ **Denied.**

Dated: _____
                                             **United States District Judge / Magistrate Judge**

NOTICE TO COUNSEL:  _If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.caed.uscourts.gov._

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                          G01