1  Balám O. Letona, Bar No. 229642
   LAW OFFICE OF BALÁM O. LETONA, INC.
2  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
3  Tel: 831-421-0200
   Fax: 831-621-9659
4  Email: letonalaw@gmail.com

5  Ronald Wilcox, Bar No. 176601
   LAW OFFIC OF RONALD WILCOX
6  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
7  Tel: 408-296-0400
   Fax: 408-296-0486
8  Email: ronaldwilcox@post.harvard.edu

9  Attorneys for Plaintiffs

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, <br>     Plaintiffs, <br>     v. <br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON and DOES 1-10, inclusive, <br>     Defendants. | Case No.: C07-05658 JW RS <br><br> **DECLARATION OF BALÁM LETONA IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |

I, Balám Letona, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. section 1746, that the following statements are true:

1. I am one of the Plaintiffs' attorneys in the matter above-captioned.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Protective Order.

3. I visited The U.S. Department of State website at

1  http://www.unitedstatesvisas.gov/pdfs/gettingavisa.02.03.pdf and

2  www.unitedstatesvisas.gov., and found a document titled "Obtaining a Visa",

3  which states on page two (2) that a visa one can be issued within a few weeks. A

4  true and correct copy of that document is attached as **Exhibit 4.**

5  Respectfully submitted and executed this 14th day of May 2008,

6

7  /s/ Balám Letona
   Balám Letona