**United States District Court**
For the Northern District of California

**\*E-FILED\***
**May 15, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL FAUSTO, et al., | No. C 07-05658 JW (RS) |
| Plaintiffs, | **CLERK'S NOTICE** |
| v. | |
| CREDIGY SERVICES CORPORATION, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Defendant's motion to compel, docket [28] in the above-captioned matter currently set for **May 21, 2008 at 9:30 a.m.** shall be heard **June 4, 2008** at **9:30 a.m.**

Dated: May 15, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
      Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

David J. Kaminski    kaminskd@cmtlaw.com

Balam Osberto Letona    letonalaw@gmail.com

Tomio Buck Narita    tnarita@snllp.com, sschmitt@snllp.com

Ronald Wilcox    ronaldwilcox@post.harvard.edu

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: May 15, 2008

                                       /s/ BAK
                                       Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California