1 | DAVID J. KAMINSKI, ESQ., (SBN #128509)
    STEPHEN A. WATKINS, ESQ., (SBN #205175)
2 | CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
3 | Los Angeles, California 90045
    (310) 242-2200 Telephone
4 | (310) 242-2222 Facsimile

5 | Attorneys for Defendants,
    CREDIGY SERVICES CORPORATION, CREDIGY
6 | RECEIVABLES INC., CREDIGY SOLUTIONS INC.,
    LUIS RENATO SILVA NUNES erroneously sued and
7 | served as RYAN MILLER, BRETT BOYDE, and
    PAULO PERES

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 | MANUEL G. FAUSTO AND LUZ FAUSTO,    ) CASE NO. C07 05658 JW (RS)
                                         )
12 |                                     ) [Complaint Filed: 12/20/07
                                         ) 1st Amended Complaint Filed: 1/14/08]
13 |           Plaintiffs,                )
                                         ) District Judge: Hon. James Ware
14 |    vs.                               ) Magistrate Judge: Hon. Richard Seeborg
                                         )
15 | CREDIGY SERVICES CORPORATION;       )
     CREDIGY RECEIVABLES INC.;            ) **DEFENDANTS CREDIGY SERVICES
16 | CREDIGY SOLUTIONS INC.; RYAN        ) CORPORATION, CREDIGY
     MILLER; RICARDO VENTURA;             ) RECEIVABLES INC., CREDIGY
17 | BRETT BOYDE; PAULO PERES;            ) SOLUTIONS INC.'S NOTICE OF TAKING
     THOMPSON; and DOES 1-10, inclusive,  ) MOTION OFF CALENDAR**
18 |                                     )
                                         ) Date: June 18, 2008
19 |           Defendants.                ) Time: 9:30 a.m.
                                         ) Location: U.S. District Court,
20 |                                     ) 280 S. 1st. Street, San Jose, CA
                                         ) Courtroom 4
21 |                                     )
                                         )
22

23 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

      PLEASE THAT NOTICE that the Motion to Withdraw From Stipulation filed by

24 | Defendants CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC.,

25 | CREDIGY SOLUTIONS INC, LUIS RENATO SILVA NUNES erroneously sued and served as

26 | RYAN MILLER, BRETT BOYDE, and PAULO PERES ("Defendants"), originally scheduled for

27 | June 18 at 9:30 a.m. before Hon. Judge Seeborg, U.S. District Court, Northern District has been

28 | taken off calendar. Defendants have filed a Motion to Withdraw From Stipulation to be heard

1  before Hon. Judge Ware on June 23, 2008 of the U.S. District Court, Northern District at 9:00 a.m.

2

3
DATED: May 19, 2008                                   CARLSON & MESSER LLP
4

5
                                                      By: /s/ David J. Kaminski
6                                                        David J. Kaminski, Esq.
                                                         Stephen A. Watkins, Esq.
7                                                        Attorneys for Defendant,
                                                         CREDIGY SERVICES CORPORATION,
8                                                        CREDIGY RECEIVABLES INC., CREDIGY
                                                         SOLUTIONS INC., BRETT BOYDE,
9                                                        PAULO PERES, and RYAN MILLER