**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. FAUSTO, ET AL., | No. C 07-05658 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING MOTION HEARING |
| CREDIGY SERVICES CORPORATION, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendants' Motion to Withdraw from Stipulation before Judge James Ware previously noticed for June 23, 2008 at 9:00 AM has been reset to **September 22, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: May 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy