TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 07 05658 JW (RS)<br><br>**DECLARATION OF JEFFREY A. TOPOR RE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER BY DEFENDANTS CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., AND CREDIGY SOLUTIONS INC.**<br><br>Date: June 4, 2008<br>Time: 9:30 a.m.<br><br>The Honorable Richard Seeborg |

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
TOPOR DECLARATION RE REPLY ISO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

I, Jeffrey A. Topor, declare:

1.  I am an attorney duly licensed to practice in this district court and before all courts of the State of California. I am associated with Simmonds & Narita LLP, counsel of record for the defendants Credigy Services Corporation, Credigy Receivables, Inc., and Credigy Solutions, Inc. (collectively, "Credigy") in this action. I make this declaration in support of Credigy's Motion for Protective Order. I have personal knowledge of the facts set forth below, and could and would testify thereto if called upon to do so.

2.  On April 1, 2008, in response to an inquiry from Plaintiffs' counsel, Ron Wilcox, Credigy's former counsel, David Kaminski, sent an e-mail to Mr. Wilcox advising that he would communicate with Credigy regarding potential dates for the depositions of Credigy's employees. That same day, Mr. Wilcox responded by e-mail to Mr. Kaminski and requested that Credigy provide "the available dates and location" by April 4, 2008, and threatened to notice the depositions for May 12 through May 14, 2008, "at a location convenient for Plaintiffs" if he did not receive a timely response. On April 2, 2008, Mr. Kaminski responded that the depositions were "logistically very difficult to schedule" because the individuals were located in Brazil, and advised Mr. Wilcox that he was unavailable from May 12th through May 14th. A true and correct copy of that e-mail string is attached hereto as **Exhibit A**.

3.  On March 27, 2008, Mr. Kaminski sent a letter to Mr. Wilcox advising him that Credigy needed to withdraw from the stipulation filed on March 18, 2008 wherein Credigy agreed to accept service of the summons and complaint on behalf of Ricardo Ventura and Rita de Cassia Goncalves. Mr. Kaminski's letter explained that Credigy had been unsuccessful in its efforts to locate Mr. Ventura and Ms. Goncalves, and thus had not been able to obtain their authority to

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
TOPOR DECLARATION RE REPLY ISO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

1.

accept service on their behalf. A true and correct copy of that letter is attached hereto as **Exhibit B**.

4.	On April 8, 2008, Mr. Kaminski sent a letter to Mr. Wilcox and reminded him that he was not authorized to represent Mr. Ventura or Ms. Goncalves and that he therefore could not produce them for their depositions. A true and correct copy of that letter is attached hereto as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 21st day of May, 2008 at San Francisco, California.

By: _____s/Jeffrey A. Topor_____
　　　　Jeffrey A. Topor

# Exhibit A

**Jeffrey Topor**

---

| | |
|---|---|
| From: | David J. Kaminski [KAMINSKD@cmtlaw.com] |
| Sent: | Tuesday, May 20, 2008 2:24 PM |
| To: | Jeffrey Topor |
| Subject: | Fwd: Re: Fausto v. Credigy, Pintor/Vaszuev. Credigy,depositions |

>>> On 4/2/2008 at 5:30 pm, in message <47F3C2BE.FF66.00DD.0@cmtlaw.com>, David J. Kaminski wrote:

Dear Ron:

After further consulting with my clients, we would like to take the depositions of the plaintiffs before the Mediation set for April 24, 2008. We believe that the taking of their depositions would lead to a more productive mediation. Please let me know what dates in which you and your clients are available. I thank you for your cooperation in this regard.

With regard to dates for the depositions of the individual Credigy defendants in Fausto, I will get back to you in that regard. In light of the fact certain individuals are located in Brazil, it is logistically very difficult to schedule. I have reviewed your suggestion for May 12-14, 2008. I am unavailable on those dates. I will call you tomorrow to discuss alternative dates. Thank you.

Regards, David

David J. Kaminski, Esq.
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200
(310) 242-2204 Direct
(310) 242-2222 Facsimile

E-mail: kaminskid@cmtlaw.com

>>> On 4/1/2008 at 1:03 pm, in message <0F52EBEA-BFBC-4659-82C1-7D78FF72670D@mac.com>, Ronald Wilcox <ronaldwilcox@mac.com> wrote:

David,

When we met and conferred about a CMC statement we discussed depositions, as required, and I asked you where and when the individuals would be available for depositions. Regardless, now that we have already made the request in writing, I appreciate Defendants providing the available dates and location by Friday. Otherwise, we will notice depositions, likely for 5/12/2008-5/14/2008, at a location convenient for Plaintiffs.

Please work with us to move this matter forward in a timely and efficient manner.

Thanks,

Ronald Wilcox

1

Attorney at Law
2160 The Alameda, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@mac.com


On Apr 1, 2008, at 10:31 AM, David J. Kaminski wrote:

**Ron:**

**You have not asked for dates for the individual defendants as we have been working on other matters in the Fausto and Pintor cases. If you would like to discuss deposition dates, we would be glad to do so. I will contact my clients and get back to you in this regard.**

**Regards, David Kaminski**


David J. Kaminski, Esq.
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200
(310) 242-2204 Direct
(310) 242-2222 Facsimile

E-mail: kaminskid@cmtlaw.com

>>> On 4/1/2008 at 9:00 am, in message <9672D624-FB88-491A-973D-60E31E9B3B3B@mac.com>, Ronald Wilcox <ronaldwilcox@mac.com> wrote:

David,

As you know the court has set a strict scheduling order for this case, despite the fact certain parties are in Brazil, making this matter more complicated.
You have yet to respond as to whether the individual Defendants prefer their depositions be taken in Brazil or the U.S. If we do not have an answer and available dates by this Friday, we will be forced to notice their depositions to a date and location without your input. I would prefer that we work together on this.

Ronald Wilcox
Attorney at Law
2160 The Alameda, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@mac.com

2

# Exhibit B

# CARLSON & MESSER LLP
### LAWYERS

JEFFERY J. CARLSON
CHARLES R. MESSER
DAVID J. KAMINSKI
LARISSA G. NEFULDA
EDGAR N. DE VERA
J. GRACE FELIPE
MARTIN SCHANNONG
STEPHEN A. WATKINS
MICHAEL P. LAVIGNE

5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045
TELEPHONE (310) 242-2200
FAX (310) 242-2222
WWW.CMTLAW.COM
E-MAIL: CMT@CMTLAW.COM

OF COUNSEL

JOSEPH R. ZAMORA *
JEANNE L. ZIMMER
W. MICHAEL HARTMAN

*CERTIFIED APPELLATE
LAW SPECIALIST
THE STATE BAR OF
CALIFORNIA
BOARD OF LEGAL
SPECIALIZATION

March 27, 2008

**VIA E-Mail**

Ronald Wilcox, Esq.
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126

    Re:    <u>Fausto, Manuel & Luz v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.</u>
              Case No.: C07-05658 JW RS
              Our File No. 05712.00

Dear Ron:

       As you know, we previously entered into a Stipulation wherein Credigy agreed to accept service on behalf of Defendants Brett Boyde, Luis Renato Silva Nunes (aka Ryan Miller), Paulo A. Peres, Ricardo Ventura, and Rodrigo Goncalves De Pedreira (aka "Thompson").

       As you may recall, Ricardo Ventura and Rodrigo Goncalves De Pedreira are former Credigy employees and no longer work for Credigy. Credigy entered into the subject Stipulation with Plaintiff in an effort to help plaintiff resolve the service of process issues with respect to these former Credigy employees and to help move the case forward since the former employees are located in Brazil. We have attempted to locate these former employees but as of yet we are unsuccessful. In light of this, we have to retract our Stipulation to accept service on their behalf and serve an Answer on their behalf. Since we have not been able to contact them, we have not been able to obtain authority on behalf of these former employees to accept service on their behalf.

       With regard to Ricardo Arantes Boa Ventura, his last known address and contact information is as follows:

       Rue Edmundo de Amicis, 347, Sd Rannel, 05 632-070, Sao Paulo, Brazil.

       With regard to Rodrigo Goncalves De Pedreira, his last known address and contact information is as follows:

       Estr Do Campo Limpo, 6903 C80, Pirajussara, Sao Paulo, SP, Brazil.

05712.00:143100

Ronald Wilcox, Esq.
Re: <u>Fausto, Manuel & Luz v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.</u>
March 27, 2008
Page 2

  With regard to your attempt to serve these individuals, we would gladly stipulate to an extension of time for you to serve these individuals with the Court.

  We apologize for any inconvenience this may have caused.

          Very truly yours,

          David J. Kaminski
          CARLSON & MESSER LLP

DJK:sv


cc: Balam O. Latona (via e-mail).
   Stephen A. Watkins, Esq.

05712.00:143100

Exhibit C

CARLSON & MESSER LLP
LAWYERS

JEFFERY J. CARLSON
CHARLES R. MESSER
DAVID J. KAMINSKI
LARISSA G. NEFULDA
EDGAR N. DE VERA
J. GRACE FELIPE
MARTIN SCHANNONG
STEPHEN A. WATKINS
MICHAEL P. LAVIGNE

5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045
TELEPHONE (310) 242-2200
FAX (310) 242-2222
WWW.CMTLAW.COM
E-MAIL: CMT@CMTLAW.COM

OF COUNSEL

JOSEPH R. ZAMORA *
JEANNE L. ZIMMER
W. MICHAEL HARTMAN

*CERTIFIED APPELLATE
LAW SPECIALIST
THE STATE BAR OF
CALIFORNIA
BOARD OF LEGAL
SPECIALIZATION

April 8, 2008

**VIA E-MAIL**

Ronald Wilcox, Esq.
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126

> Re: <u>Fausto, Manuel & Luz Fausto v. Credigy Services Corp.; Credigy Receivables, Inc., et al.</u>
> Case No.: C07-05658 JW RS
> Our File No. 05712.00

Dear Ron:

This letter will discuss various matters in this case.

As you may recall, on April 2, 2008, I wrote an email to you regarding our request to schedule the depositions of Plaintiffs before the Mediation set for April 24, 2008. I have not yet heard back from you in this regard. In light of Plaintiffs' allegations in this case, the Mediation will not be productive if Plaintiffs are not deposed before the Mediation. Thank you for your cooperation in this regard.

With regard to the name "R. Goncalve" the correct "R. Goncalve" is: Rita De Cassia Goncalves. Her address is R. Maria Carlotta, 202 18 41 Sal Paulo, Brazil 03647-000. Ms. Goncalves is not a current employee of Credigy.

You have scheduled the deposition of Ricardo Ventura for Thursday May 1, 2008. As I explained to you in my letter dated March 27, 2008, Credigy cannot get hold of Mr. Ventura and therefore does not have authority to represent him and, therefore, cannot produce him for a deposition scheduled for May 1, 2008. The same is true with respect to the notice of deposition that you have attempted to schedule for May 2, 2008 at 1:00 p.m. as to R. Goncalve aka Rita De Cassia Goncalves (see discussion above). Credigy cannot get in touch with Ms. Goncalves and therefore cannot produce her for a deposition on May 2, 2008.

05712.00:143375

Ronald Wilcox, Esq.
Re: <u>Fausto, Manuel & Luz Fausto v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.</u>
April 8, 2008
Page 2

  With regard to the notices of deposition of Luis Rinato Silva Nines and Paulo Peres, the service of a deposition notice has to comply with the law in Brazil and could take up to several months. Visas have to be obtained, etc. Therefore, the depositions of the Brazil employees cannot go forward on May 1, 2008 and May 2, 2008. This also likely applies to former employees Defendants Ricardo Ventura and Rita de Cassia Goncalves. In addition, and as we discussed on April 7, 2008, I am out of town in Chicago on May 1, 2008.

  During our conference on April 7, 2008, you stated that it is difficult to schedule the depositions of your clients before the Mediation due to your schedule. However, even though you had scheduled the deposition of the Credigy PMK in the Fausto and Pintor cases for April 22, 2008 and April 23, 2008, it may make more sense to have your clients deposed on April 23, 2008 before the April 24, 2008 Mediation.

  With regard to the Initial Disclosures in the *Fausto* case that were required to be served on March 28, 2008, I received Plaintiff's Initial Disclosures on April 7, 2008. I thank you for your cooperation in that regard.

  With regard to the deposition of Brett Boyde, we cannot produce Mr. Boyde on April 23, 2008. We will contact you to propose another deposition date.

  With regard to the appearance of the individual defendants at the Mediation, you understand the individual defendants cannot be available. Judge Brazil may grant excused attendance on behalf of the individual defendants.

  As we discussed, this case is logistically extraordinarily complicated. During our April 7, 2008 conference, we agreed again to work with each other, as we have in the past, to try to resolve and work through all of the logistics with respect to this case.

  I thank you in advance for your anticipated courtesy and cooperation regarding the matters raised herein.

           Very truly yours,

           David J. Kaminski
           CARLSON & MESSER LLP

DJK:am

cc: Balam O. Latona (via e-mail).
   Stephen A. Watkins, Esq.

05712.00:143375