UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO AND LUZ FAUSTO,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION; CREDIGY RECEIVABLES INC.; CREDIGY SOLUTIONS INC.; RYAN MILLER; RICARDO VENTURA; BRETT BOYDE; PAULO PERES; THOMPSON; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. C07 05658 JW (RS)<br><br>[Complaint Filed:   12/20/07<br>1st Amended Complaint Filed: 1/14/08]<br><br>District Judge: Hon. James Ware<br>Magistrate Judge: Hon. Richard Seeborg<br><br>**[PROPOSED] ORDER**<br><br>Date: June 23, 2008<br>Time: 9:00 a.m.<br>Location: U.S. District Court,<br>280 S. 1st Street, San Jose, CA<br>Courtroom 8 |

05712.00:144016

1

[PROPOSED] ORDER　　　　　　　　　　　　　　Case No. C07 05658 JW RS

1  Based upon the MOTION of Defendants CREDIGY SERVICES CORPORATION,
2  CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC, LUIS RENATO SILVA
3  NUNES erroneously sued and served as RYAN MILLER, BRETT BOYDE, and PAULO PERES,
4  the Declaration of their counsel, David J. Kaminski, Esq., and good cause having been shown, the
5  Court Orders as follows:
6  WHEREAS Defendants' counsel Mr. Kaminski agreed to accept service of the Summons
7  and Complaint in this action on behalf of Defendants Thompson and Ricardo Ventura pursuant to a
8  stipulation filed with this Court on March 18, 2008 (the "Stipulation")
9  IT IS HEREBY ORDERED that Defendants' counsel is hereby permitted to withdraw from
10 the Stipulation to the extent he agreed to accept service on behalf of Defendants Thompson and
11 Ricardo Ventura and answer the Complaint on their behalf.

DATED:_____

_____
Honorable James Ware
United States District Judge

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05712.00:144016

2

[PROPOSED] ORDER    Case No. C07 05658 JW RS