Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-621-9659
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiffs

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br>    Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON and DOES 1-10, inclusive,<br>    Defendants. | Case No.: C07-05658 JW RS<br><br>**PLAINTIFFS' ERRATA TO DEFENDANTS' PROPOSED ORDER ON DEFENDANTS' MOTION TO WITHDRAW FROM STIPULATION** |

**To All Parties and Their Attorneys of Record:**

On May 22, 2008, the Court continued Defendants' Motion to Withdraw From Stipulation to September 22, 2008. On May 23, 2008, Defendants file a proposed order with respect to that motion. Out of an abundance of caution, Plaintiffs respectfully request that the Court not rule on Defendants' motion and proposed order until Plaintiffs have had an opportunity

*PLAINTIFFS' ERRATA TO DEFENDANTS' PROPOSED ORDER ON DEFENDANTS' MOTION TO WITHDRAW FROM STIPULATION* Case No.: C07-05658 JW RS
1

1  to be heard.  Plaintiffs will file an opposition before the September 22, 2008, hearing in

2  accordance with the Local Rules.

3                                    Respectfully Submitted,

4  Dated:  May 27, 2008        LAW OFFICE OF BALÁM O. LETONA, INC.

5

6

7                                    /s/Balám Letona_____
                                  Balám Letona, Esq.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*PLAINTIFFS' ERRATA TO DEFENDANTS' PROPOSED ORDER ON DEFENDANTS' MOTION TO WITHDRAW FROM STIPULATION* Case No.: C07-05658 JW RS

2