Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

Balam O. Letona, Bar No. 229642
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiffs

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, <br><br> Plaintiffs, <br> v. <br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: C07-05658 JW RS <br><br> REQUEST FOR SETTLEMENT CONFERENCE and [PROPOSED] ORDER |

Plaintiffs believe the parties would benefit from attending a Settlement Conference with a U.S. Magistrate Judge. Thus, Plaintiffs respectfully request the Court enter an Order directing the parties to contact the Hon. Richard Seeborg, within 5-days, to arrange for a Settlement Conference, to occur within 30-days.

Dated: May 27, 2008                                  /s/Ronald Wilcox
                                                     Ronald Wilcox, Counsel for Plaintiffs

### [PROPOSED] ORDER

The parties shall contact the Chambers of the Hon. Richard Seeborg, within 5-days, to arrange for a Settlement Conference, to occur within 30-days.

IT IS SO ORDERED.

Date:

_____
HON. JAMES WARE
U.S. DISTRICT COURT