1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants
7  Credigy Services Corporation,
   Credigy Receivables, Inc., and
8  Credigy Solutions, Inc.

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13 | MANUEL G. FAUSTO, AND LUZ FAUSTO, | CASE NO.: C 07 05658 JW (RS)
14 |  |
15 |     Plaintiffs, | **RESPONSE BY DEFENDANTS CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., AND CREDIGY SOLUTIONS INC. TO PLAINTIFFS' REQUEST FOR SETTLEMENT CONFERENCE**
16 |  |
17 |     vs. |
18 | CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive, |
21 |  | The Honorable James Ware
22 |     Defendants. |

1  On May 27, 2008, Plaintiffs filed a request for this Court to set a settlement conference before Magistrate Judge Richard Seeborg.  Defendants Credigy Services Corporation, Credigy Receivables, Inc. and Credigy Solutions, Inc. (the "Credigy Defendants") are not opposed to appearing before Magistrate Seeborg in an effort to settle the case, but they object to the timing proposed by Plaintiffs.

In their request, Plaintiffs seek a settlement conference within the next 30 days.  *See* Docket 58.  The Credigy Defendants respectfully request, however, that any settlement conference be postponed until after June 24, 2008.  On that date, Magistrate Seeborg is scheduled to hear motions relating to a significant discovery issue in this case, *i.e.*, whether Plaintiffs will be directed to produce copies of any tape recordings of any phone calls allegedly placed by employees of the Credigy Defendants.  Plaintiffs have refused to turn over the alleged tapes, and have refused to produce any information about their alleged contents.  This is a significant barrier to any resolution of this action.

The parties have already participated in a full-day mediation session on April 24, 2008, but the alleged tapes were not produced, and the case did not settle.  Credigy Defendants respectfully submit that unless and until any such tapes are turned over by Plaintiffs, either voluntarily or at the direction of the Court, the case should not be set for a settlement conference.

DATED: May 28, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR


By:  s/Tomio B. Narita
   Tomio B. Narita
   Attorneys for Defendants
   Credigy Services Corporation,
   Credigy Receivables, Inc., and
   Credigy Solutions, Inc.