1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants
7  Credigy Services Corporation,
   Credigy Receivables, Inc., and
8  Credigy Solutions, Inc.

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13 | MANUEL G. FAUSTO, AND LUZ ) | CASE NO.: C 07 05658 JW (RS)
14 | FAUSTO,                   )
                               )
15 |                           )
   |       Plaintiffs,         ) | **NOTICE OF APPEARANCE OF**
16 |                           ) | **COUNSEL**
   |                           )
17 |       vs.                 )
                               )
18 | CREDIGY SERVICES          )
   | CORPORATION, CREDIGY      )
19 | RECEIVABLES INC., CREDIGY )
   | SOLUTIONS INC., RYAN      )
20 | MILLER, RICARDO VENTURA,  )
   | BRETT BOYDE, PAULO PERES, )
21 | THOMPSON, and DOES 1-10,  )
   | inclusive,                )
22 |                           )
   |       Defendants.         )
23 | _____  )

24

25

26

27

28

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL.  (CASE NO. C 07 05658 JW (RS))
NOTICE OF APPEARANCE OF COUNSEL

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey A. Topor, Esq. of the law firm Simmonds & Narita LLP hereby notes his appearance as additional counsel for defendants Credigy Services Corporation, Credigy Receivables, Inc., and Credigy Solutions, Inc. in this matter.

DATED: May 21, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By:  s/Jeffrey A. Topor
Jeffrey A. Topor
Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.