1  Ronald Wilcox, Bar No. 176601
   LAW OFFIC OF RONALD WILCOX
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: 408-296-0400
   Fax: 408-296-0486
4  Email: ronaldwilcox@post.harvard.edu

5
   Balam O. Letona, Bar No. 229642
6  LAW OFFICE OF BALAM O. LETONA, INC.
   1347 Pacific Avenue, Suite 203
7  Santa Cruz, CA 95060-3940
   Tel: 831-421-0200
8  Fax: 831-621-9659
   Email: letonalaw@gmail.com
9
   Attorneys for Plaintiffs
10

11              U.S. DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
12                SAN JOSE DIVISION

13
   MANUEL G. FAUSTO and LUZ FAUSTO,    )
14                                      )   Case No.: C07-05658 JW RS
           Plaintiffs,                  )
15                                      )   ORDER DENYING PLAINTIFFS'
        v.                              )   REQUEST FOR THE COURT TO DIRECT
16  CREDIGY SERVICES CORPORATION,       )   THE PARTIES TO A SETTLEMENT
    CREDIGY RECEIVABLES INC., CREDIGY   )   CONFERENCE WITH THE ASSIGNED
17  SOLUTIONS INC., RYAN MILLER,        )   MAGISTRATE JUDGE
    RICARDO VENTURA, BRETT BOYDE,       )
18  PAULO PERES, THOMPSON and DOES 1-   )
    10, inclusive,                      )
19                                      )
                                        )
20         Defendants.                  )
                                        )
21  _____)

22
23      Plaintiffs believe the parties would benefit from attending a Settlement Conference with a U.S.

24  Magistrate Judge.  Thus, Plaintiffs respectfully request the Court enter an Order directing the parties

25  to contact the Hon. Richard Seeborg, within 5-days, to arrange for a Settlement Conference, to occur

26  within 30-days.

27
28

DENIED WITHOUT PREJUDICE
*Signature*
Judge James Ware

Dated: May 27, 2008                          /s/Ronald Wilcox
                                             Ronald Wilcox, Counsel for Plaintiffs

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' request for an order directing the parties to the assigned

Magistrate Judge for a settlement conference.  Defendants have filed a response to this request.  (See

Docket Item No. 59.)  While the Court encourages the parties to engage in any type of settlement

discussion, the Court finds that since there are multiple discovery disputes pending, the parties are not

prepared to do so.  Upon the completion of the current discovery disputes, the Court will entertain the

parties' stipulation for a referral to a Magistrate Judge for further settlement conference.

Dated:  June 2, 2008                         _____
                                             JAMES WARE
                                             United States District Judge