UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time in Court: __29 mn__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__  DATE: __6/4/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 07-05658JW(RS)__

CASE TITLE: __MANUEL FAUSTO, ET AL__ VS. __CREDIGY SERVICES CORPORATION__

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

__BALAM LETONA__                              __TOMIO NORITA__

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   { X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| {X} | { } | { } | 1. | TO COMPEL |
| { } | {X} | { } | 2. | FOR PROTECTIVE ORDER |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED    [ ] DENIED    [ ] SUBMITTED    [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: __MATTERS ARE ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.__