1  Balám O. Letona, Bar No. 229642
   LAW OFFICE OF BALÁM O. LETONA, INC.
2  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
3  Tel: 831-421-0200
   Fax: 831-621-9659
4  Email: letonalaw@gmail.com

5  Ronald Wilcox, Bar No. 176601
   LAW OFFIC OF RONALD WILCOX
6  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
7  Tel: 408-296-0400
   Fax: 408-296-0486
8  Email: ronaldwilcox@post.harvard.edu

9  Attorneys for Plaintiff

10                         U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11                         SAN JOSÉ DIVISION

12  MANUEL G. FAUSTO and LUZ FAUSTO,    )    Case No. **Case No.: C07-05658 JW RS**
                                         )
13                                       )    **DECLARATION OF BALÁM**
          Plaintiffs,                    )    **LETONA IN SUPPORT OF**
14                                       )    **PLAINTIFFS' REPLY TO**
                                         )    **DEFENDANTS' OPPOSITION TO**
15  v.                                   )    **PLAINTIFFS' MOTION FOR**
                                         )    **PROTECTIVE ORDER**
16                                       )
    CREDIGY SERVICES CORPORATION,        )    Date:  June 25, 2008
17  CREDIGY RECEIVABLES INC.,            )    Time:  9:00 a.m.
    CREDIGYSOLUTIONS INC., RYAN          )    Place: 280 South 1st Street
18  MILLER, RICARDO VENTURA, BRETT       )           San Jose, CA
    BOYDE, PAULO PERES, THOMPSON and     )
19  DOES 1-10, inclusive,                     **JUDGE RICHARD SEEBORG**

20        Defendants.

21  _____

22        I, Balám Letona, declare under penalty of perjury, as provided for by the laws of the

23  United States, 28 U.S.C. section 1746, that the following statements are true:

24     1. I am one of the Plaintiffs' attorneys in the matter above-captioned.

25     2. I make this declaration in support of Plaintiffs' Reply to Defendants' Opposition to

---

*DECLARATION IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PROTECTIVE ORDER, Case No. C07-05658 JW-RS*

1

Plaintiff's Motion for Protective Order.

3. In *Fausto et.al. v. Credigy*, I reviewed Defendants' own collection logs, and those of its agent, Live Vox, Inc. Live Vox, Inc., provides telephone support services to the Credigy Defendants. Defendants Credigy produced collection logs showing only approximately fifty-four (54) collection calls to Plaintiffs. Those records would have been attached to this declaration, however Defendants Credigy classifed them as CONFIDENTIAL, making their submission to the Court cumbersome. But, a true and correct copy of Live Vox, Inc's call logs are attached as Exhibit 1 to this declaration. Those records indicate Defendants made approximately forty-one (41) more phone calls to Plaintiffs, in an attempt to collect an alleged 10 year old debt. Those calls together with Defendants Credigy calls total ninety-five (95) calls made to Plaintiffs, with eighty-four (84) calls occurring after Plaintiff sent a cease and desist order. Also, Defendants records indicate that it sent approximately six collection letters to Plaintiffs after Defendants received a cease and desist order.

4. At Defendants F.R.C.P. 30b(6) deposition, the Defendants produced a witness that was not competent to testify about the relevant phone calls, and their callers.

5. Defendants Credigy produced collection logs showing only approximately fifty-four (54) collection calls to Plaintiff.

6. The Credigy Defendants testified that they hired an independent Brazilian debt collection company to make debt collection calls for them.

Respectfully submitted and executed this 11th day of June 2008,

/s/ Balám Letona
Balám Letona

DECLARATION IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PROTECTIVE ORDER, Case No. C07-05658 JW-RS

2

## Calls to Manuel Fausto (1/1/06 - 4/30/08)

| ACCT_TRANSACTION_ID | ACCOUNT | PATIENT_FIRSTNAME | PATIENT_LASTNAME | PATIENT_PHONE1 | CALL_START_TIME | CALL_FINISH_TIME | CALL_DURATION (Seconds) | TFH_RESULT |
|---|---|---|---|---|---|---|---|---|
| 77766143 | 10742223 | Manuel | Fausto | 8316751698 | 9/30/2006 12:45 | 9/30/2006 12:46 | 70 | Customer Not Available |
| 81981104 | 10742223 | Manuel | Fausto | 8316751698 | 10/10/2006 18:03 | 10/10/2006 18:06 | 145 | Operator Transfer |
| 87146543 | 10742223 | Manuel | Fausto | 8316751698 | 10/28/2006 11:47 | 10/28/2006 11:49 | 34 | Machine, Left Message |
| 88463577 | 10742223 | Manuel | Fausto | 8316751698 | 11/4/2006 12:09 | 11/4/2006 12:11 | 34 | Machine, Left Message |
| 89508566 | 10742223 | Manuel | Fausto | 8316751698 | 11/9/2006 13:59 | 11/9/2006 14:00 | 26 | Hung Up in Opening |
| 92698994 | 10742223 | Manuel | Fausto | 8316751698 | 11/27/2006 17:17 | 11/27/2006 17:18 | 34 | Hung Up in Opening |
| 349391714 | 10662230 | Manuel | Fausto | 8316751698 | 6/18/2007 19:06 | 6/18/2007 19:08 | 32 | Machine, Left Message |
| 353833901 | 10662230 | Manuel | Fausto | 8316751698 | 6/23/2007 13:57 | 6/23/2007 13:59 | 31 | Machine, Left Message |
| 355747752 | 10662230 | Manuel | Fausto | 8316751698 | 6/26/2007 19:52 | 6/26/2007 19:53 | 32 | Machine, Left Message |
| 364819660 | 10662230 | Manuel | Fausto | 8316751698 | 7/10/2007 17:20 | 7/10/2007 17:21 | 3 | Answering Machine (Hung Up) |
| 370160168 | 10662230 | Manuel | Fausto | 8316751698 | 7/16/2007 21:05 | 7/16/2007 21:06 | 3 | Answering Machine (Hung Up) |
| 373076045 | 10662230 | Manuel | Fausto | 8316751698 | 7/18/2007 13:52 | 7/18/2007 13:54 | 31 | Machine, Left Message |
| 373294464 | 10662230 | Manuel | Fausto | 8316751698 | 7/18/2007 15:30 | 7/18/2007 15:31 | 3 | Answering Machine (Hung Up) |
| 378421423 | 10662230 | Manuel | Fausto | 8316751698 | 7/24/2007 20:52 | 7/24/2007 20:54 | - | Listened |
| 379494879 | 10662230 | Manuel | Fausto | 8316751698 | 7/25/2007 15:01 | 7/25/2007 15:01 | - | Busy |
| 379804126 | 10662230 | Manuel | Fausto | 8316751698 | 7/25/2007 19:54 | 7/25/2007 19:55 | 3 | Answering Machine (Hung Up) |
| 393806691 | 10662230 | Manuel | Fausto | 8316751698 | 8/9/2007 14:58 | 8/9/2007 14:59 | - | No Answer |
| 393962209 | 10662230 | Manuel | Fausto | 8316751698 | 8/9/2007 20:27 | 8/9/2007 20:29 | 3 | Answering Machine (Hung Up) |
| 394856340 | 10662230 | Manuel | Fausto | 8316751698 | 8/10/2007 18:13 | 8/10/2007 18:14 | 32 | Machine, Left Message |
| 395464847 | 10662230 | Manuel | Fausto | 8316751698 | 8/11/2007 14:22 | 8/11/2007 14:23 | - | No Answer |
| 396324784 | 10662230 | Manuel | Fausto | 8316751698 | 8/13/2007 13:32 | 8/13/2007 13:33 | 2 | Answering Machine (Hung Up) |
| 396561272 | 10662230 | Manuel | Fausto | 8316751698 | 8/13/2007 17:57 | 8/13/2007 17:58 | 3 | Answering Machine (Hung Up) |
| 399168737 | 10662230 | Manuel | Fausto | 8316751698 | 8/15/2007 17:54 | 8/15/2007 17:55 | 32 | Machine, Left Message |
| 405595908 | 10662230 | Manuel | Fausto | 8316751698 | 8/22/2007 17:44 | 8/22/2007 17:44 | 33 | Hung Up in Opening |
| 406460743 | 10662230 | Manuel | Fausto | 8316751698 | 8/23/2007 15:30 | 8/23/2007 15:30 | 17 | Hung Up in Opening |
| 407678522 | 10662230 | Manuel | Fausto | 8316751698 | 8/24/2007 13:43 | 8/24/2007 13:43 | 20 | Hung Up in Opening |
| 408350487 | 10662230 | Manuel | Fausto | 8316751698 | 8/25/2007 14:27 | 8/25/2007 14:28 | 24 | Machine, Left Message |
| 408516397 | 10662230 | Manuel | Fausto | 8316751698 | 8/25/2007 15:48 | 8/25/2007 15:49 | - | No Answer |
| 412831013 | 10662230 | Manuel | Fausto | 8316751698 | 8/29/2007 13:56 | 8/29/2007 13:56 | 18 | Machine, Left Message |
| 413154171 | 10662230 | Manuel | Fausto | 8316751698 | 8/29/2007 18:36 | 8/29/2007 18:36 | 17 | Hung Up in Opening |
| 414318593 | 10662230 | Manuel | Fausto | 8316751698 | 8/30/2007 13:31 | 8/30/2007 13:32 | 17 | Hung Up in Opening |
| 415840413 | 10662230 | Manuel | Fausto | 8316751698 | 8/31/2007 15:42 | 8/31/2007 15:42 | 9 | Answering Machine (Hung Up) |
| 416153739 | 10662230 | Manuel | Fausto | 8316751698 | 9/1/2007 13:20 | 9/1/2007 13:21 | 75 | Customer Not Available |
| 420805524 | 10662230 | Manuel | Fausto | 8316751698 | 9/6/2007 14:07 | 9/6/2007 14:08 | 33 | Hung Up in Opening |
| 422633801 | 10662230 | Manuel | Fausto | 8316751698 | 9/8/2007 15:00 | 9/8/2007 15:00 | 37 | Hung Up in Opening |
| 428511057 | 10662230 | Manuel | Fausto | 8316751698 | 9/13/2007 13:11 | 9/13/2007 13:12 | 17 | Machine, Left Message |
| 431783615 | 10662230 | Manuel | Fausto | 8316751698 | 9/17/2007 19:46 | 9/17/2007 19:47 | 17 | Hung Up in Opening |
| 439259392 | 10662230 | Manuel | Fausto | 8316751698 | 9/22/2007 11:08 | 9/22/2007 11:09 | 17 | Hung Up in Opening |
| 440669966 | 10662230 | Manuel | Fausto | 8316751698 | 9/24/2007 14:30 | 9/24/2007 14:31 | 17 | Hung Up in Opening |
| 449568804 | 10662230 | Manuel | Fausto | 8316751698 | 9/30/2007 14:09 | 9/30/2007 14:10 | - | No Answer |
| 465396148 | 10662230 | Manuel | Fausto | 8316751698 | 10/13/2007 11:14 | 10/13/2007 11:15 | 20 | Hung Up in Opening |



EXHIBIT 1