1  Balam O. Letona, Bar No. 229642
   LAW OFFICE OF BALAM O. LETONA, INC.
2  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
3  Tel: 831-421-0200
   Fax: 831-621-9659
4  Email: letonalaw@gmail.com

5  Ronald Wilcox, Bar No. 176601
   LAW OFFIC OF RONALD WILCOX
6  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
7  Tel: 408-296-0400
   Fax: 408-296-0486
8  Email: ronaldwilcox@post.harvard.edu

9  Attorneys for Plaintiffs

10

11                              **U.S. DISTRICT COURT**
                        **NORTHERN DISTRICT OF CALIFORNIA**
12                                **SAN JOSE DIVISION**

13 MANUEL G. FAUSTO and LUZ FAUSTO,     )
            Plaintiffs,                 ) Case No.: C07-05658 JW RS
14      v.                              )
   CREDIGY SERVICES CORPORATION,        ) **DECLARATION REGARDING MOTION**
15 CREDIGY RECEIVABLES INC., CREDIGY    ) **TO COMPEL WRITTEN DISCOVERY**
   SOLUTIONS INC., RYAN MILLER,         )
16 RICARDO VENTURA, BRETT BOYDE,        ) **Date:  August 20, 2008**
   PAULO PERES, THOMPSON and DOES 1-    ) **Time: 9:30 a.m.**
17 10, inclusive,                       ) **HON. RICHARD SEEBORG**
                                        )
18         Defendants.                  ) **U.S. DISTRICT COURT**
                                        ) **280 South First St.**
19 _____ ) **San Jose, CA**

20

21     I, Ronald Wilcox, declare under penalty of perjury, as provided for by the laws of the United

22 States, 28 U.S.C. section 1746, that the following statements are true:

23
       1. On June 30, 2008, Plaintiffs sent Defendants a letter via email detailing their deficient
24
   discovery responses and requested they supplement their discovery responses within 7 days, and
25
26 offered to meet and confer in person in San Jose or Redwood City, or via telephone.  Plaintiff faxed the

27 letter again on July 7, 2008.  The parties spoke on Friday, July 11, 2008.  Defendants agreed to call

28 Plaintiffs on Monday, July 14, 2008, to further discuss discovery matters. Defendants failed to call. It

has been more than 14 days since the June 30, 2008 letter, and several months since proper discovery responses were due, and Defendants have failed to supplement.  Thus, Plaintiffs are forced to bring the herein Motion to Compel Written Discovery.

2. Plaintiff Manuel Fausto served written discovery to Defendants on February 15, 2008. **Exhibit 1**.  Defendants served boilerplate objections.  **Exhibit 2**.

3. Plaintiff Manuel Fausto served a second set of written discovery on Defendants on March 21, 2008.  **Exhibit 3**.  Defendants served boilerplate objections. **Exhibit 4**.

4. Luz Fausto served Discovery on Defendants on May 19, 2008. **Exhibit 5**.  Defendants served boilerplate objections. **Exhibit 6**.

Respectfully submitted,

Dated: July 15, 2008


/s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiffs

- 2 -
DECARATION REGARDING MOTION TO COMPEL DEPOSITION