| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126-1001
Tel: (408) 296-0400

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MANUEL G. FAUSTO AND LUZ FAUSTO,

        Plaintiff(s),

v.

CREDIGY SERVICES CORPORATION, et al

        Defendant(s).

CASE NO. C07-05658

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Civil L.R. 11-3, Luke Wallace, an active member in good standing of the bar of U.S. Dist. Court for the No. Dist. of Oklahoma, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Ronald Wilson, Law Office of Ronald Wilcox, 2160 The Alameda, 1st Flr., Suite F, San Jose, CA 95126-1001

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/16/08