1  Ronald Wilcox SBN 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA 95126-1001
3  Telephone: (408) 296-0400
   Facsimile: (408) 207-0486
4  Email: ronaldwilcox@yahoo.com

5  Balam O. Letona SBN 229642
   LAW OFFICE OF BALAM O. LETONA, INC.
6  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
7  Telephone: (831) 421-0200
   Facsimile: (831) 621-9659
8  Email: letonalaw@gmail.com

9  Attorneys for Plaintiffs
   MANUEL G. FAUSTO, LUZ FAUSTO

**FILED**

JUL 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

MANUEL G. FAUSTO and LUZ FAUSTO,   )   Case No: C07-05658 JW
                                    )
              Plaintiffs,           )
                                    )
       vs.                          )
                                    )   **CERTIFICATE OF SERVICE FOR**
CREDIGY SERVICES CORPORATION,       )   **APPLICATION FOR ADMISSION OF**
CREDIGY RECEIVABLES INC.,           )   **ATTORNEY PRO HAC VICE OF**
CREDIGY SOLUTIONS INC., RYAN        )   **LUKE WALLACE**
MILLER, RICARDO VENTURA, BRETT      )
BOYDE, PAULO PERES, THOMPSON,       )
And DOES 1-10, inclusive,           )
                                    )
              Defendants.           )

I hereby certify that on July 22, 2008 the foregoing document and a file stamped copy of the Application for Admission of Attorney Pro Hac Vic of Luke Wallace was sent by facsimile and first class U.S. mail to:

David Kaminski
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Fax: (310) 242-2222

Tomio Narita
SIMMONDS & NARITA LLP
44 Montgomery St., Suite 3010
San Francisco, CA 94107
Fax: (415) 352-2625

Ronald Wilcox
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flo., Suite F
San Jose, CA 95126-1001
Fax: (408) 296-0486

Balam O. Letona
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Fax: (831) 621-9659

_____
Luke Wallace