1  Ronald Wilcox SBN 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA  95126-1001
3  Telephone:  (408) 296-0400
   Facsimile: (408) 207-0486
4  Email:  ronaldwilcox@yahoo.com

5  Balam O. Letona SBN 229642
   LAW OFFICE OF BALAM O. LETONA, INC.
6  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA  95060-3940
7  Telephone:  (831) 421-0200
   Facsimile:  (831) 621-9659
8  Email:  letonalaw@gmail.com

9  Attorneys for Plaintiffs
   MANUEL G. FAUSTO, LUZ FAUSTO

10

11

**FILED**

JUL 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

|  |  |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, ) | Case No:  C07-05658 JW |
| Plaintiffs, ) | |
| vs. ) | |
| CREDIGY SERVICES CORPORATION, ) CREDIGY RECEIVABLES INC., ) CREDIGY SOLUTIONS INC., RYAN ) MILLER, RICARDO VENTURA, BRETT ) BOYDE, PAULO PERES, THOMPSON, ) And DOES 1-10, inclusive, ) | **CERTIFICATE OF SERVICE FOR APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE OF DAVID HUMPHREYS** |
| Defendants. ) | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2          I hereby certify that on July 22, 2008 the foregoing document and a file stamped copy

3   of the Application for Admission of Attorney Pro Hac Vic of David Humphreys was sent by

4   facsimile and first class U.S. mail to:

5

6   David Kaminski
    CARLSON & MESSER LLP
7   5959 W. Century Blvd., Suite 1214
8   Los Angeles, CA  90045
    Fax:  (310) 242-2222
9

    Tomio Narita
10  SIMMONDS & NARITA LLP
11  44 Montgomery St., Suite 3010
    San Francisco, CA  94107
12  Fax:  (415) 352-2625

13
    Ronald Wilcox
14  LAW OFFICE OF RONALD WILCOX
    2160 The Alameda, 1st Flo., Suite F
15  San Jose, CA  95126-1001
    Fax:  (408) 296-0486
16

17  Balam O. Letona
    LAW OFFICE OF BALAM O. LETONA, INC.
18  1347 Pacific Avenue, Suite 203
    Santa Cruz, CA  95060-3940
19  Fax:  (831) 621-9659

20

21                                        _____
22                                        David Humphreys

23

24

25

26

27

28

                                          1