**FILED**
JUL 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

cc: D. Humphreys

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
Northern District of California

MANUEL G. FAUSTO AND LUZ FAUSTO

CASE NO. C07-05658

Plaintiff(s),

v.

CREDIBY SERVICES CORPORATION, et al

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David Humphreys, an active member in good standing of the bar of U.S. Dist. Court for the No. Dist. of Oklahoma, whose business address and telephone number (particular court to which applicant is admitted) is

9202 S. Toledo Avenue
Tulsa, OK 74137
918-747-5300

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 25, 2008

Honorable James Ware
United States District Judge