1  Ronald Wilcox SBN 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA 95126-1001
3  Telephone: (408) 296-0400
   Facsimile: (408) 207-0486
4  Email: ronaldwilcox@yahoo.com

5  Balam O. Letona SBN 229642
   LAW OFFICE OF BALAM O. LETONA, INC.
6  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
7  Telephone: (831) 421-0200
   Facsimile: (831) 621-9659
8  Email: letonalaw@gmail.com

9  Attorneys for Plaintiffs
   MANUEL G. FAUSTO, LUZ FAUSTO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, | Case No: C07-05658 JW |
| Plaintiffs, | |
| vs. | **MOTION TO CHANGE TIME** |
| CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive, | |
| Defendants. | |

**COMES NOW**, the Plaintiffs, Manuel G. Fausto and Luz Fausto, by and through their counsel of record, and hereby request that this Court grant them a 14 day extension of time in which to submit the written report of Anita Fragoso, P.A./Dr. Christine Ponzio of the Gonzales Medical Clinic. In support of this motion, Plaintiffs would show the Court as follows:

1. The deadline for submitting expert reports is July 28, 2008. Plaintiffs request an additional 14 days or until August 11, 2008 in which to submit their expert report.

2. David Humphreys, pro hac vice counsel for Plaintiffs, has contacted Tomio Narita, counsel for Defendants, and has agreed to stipulate to this request. Mr. Narita will also be filing a stipulated motion to change time to respond to Plaintiffs' motion to compel by 14 days and to extend the discovery deadline by 14 days. A Declaration supporting this Motion is attached.

**WHEREFORE**, the Plaintiffs, Manuel Fausto and Luz Fausto, respectfully pray that this Court grant an extension of time of (14) days from the deadline to submit expert reports, or until August 11, 2008.

Respectfully Submitted,

By /s/ Ronald Wilcox
Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126-1001

**ATTORNEYS FOR PLAINTIFFS**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008 the foregoing document was sent by electronic means to:

David Kaminski
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA  90045
Fax: (310) 242-2222

Tomio Narita
SIMMONDS & NARITA LLP
44 Montgomery St., Suite 3010
San Francisco, CA  94107
Fax: (415) 352-2625

/s/Ronald Wilcox