1  Ronald Wilcox SBN 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA 95126-1001
3  Telephone: (408) 296-0400
   Facsimile: (408) 207-0486
4  Email: ronaldwilcox@yahoo.com

5  Balam O. Letona SBN 229642
   LAW OFFICE OF BALAM O. LETONA, INC.
6  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
7  Telephone: (831) 421-0200
   Facsimile: (831) 621-9659
8  Email: letonalaw@gmail.com

9  Attorneys for Plaintiffs
   MANUEL G. FAUSTO, LUZ FAUSTO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, | Case No: C07-05658 JW |
| Plaintiffs, | |
| vs. | **DECLARATION IN SUPPORT OF MOTION TO CHANGE TIME** |
| CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive, | |
| Defendants. | |

I, David Humphreys, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. Section 1746, that the following statements are true:

1. The deadline for submitting expert reports is July 28, 2008. Plaintiffs request an additional 14 days or until August 11, 2008 in which to submit the written report Anita Fragoso, P.A./Dr. Christine Ponzio of the Gonzales Medical Clinic..

2. Tomio Narita, counsel for Defendants, has agreed to stipulate to this request and will be filing a stipulated motion to change time to respond to Plaintiffs' motion to compel by 14 days and to extend the discovery deadline by 14 days.

3. Plaintiffs would be substantially harmed if the motion is not granted as follows:

Plaintiffs intend to designate a Spanish language interpreter, a Portuguese language interpreter and a treating medical provider of Luz Fausto as experts. Plaintiffs have obtained a Spanish language interpreter and a Portuguese language interpreter, and their written reports will be filed today. Plaintiffs also intend to designate Anita Fragoso, P.A. or Dr. Christine Ponzio of the Gonzales Medical Clinic, where Plaintiff Luz Fausto has received medical attention and treatment for diabetes, as an expert. As stated in the Amended Complaint, Mrs. Fausto suffers from Diabetes and is "disabled" as that term is defined by Civil Code section 1761. The medical providers at Gonzales Medical Clinic also possess expert knowledge as to whether Mrs. Fausto's diabetes substantially limits major life functions as defined by Civil Code section 1761(g)(2). The undersigned Plaintiffs' counsel has

1

made numerous telephonic contacts with the Gonzales Medical Clinic in an effort to obtain a written report describing the information identified above, as set forth in Mrs. Fausto's medical records. Last Wednesday afternoon, July 23, 2008, at approximately 7:00 p.m. local time, Plaintiffs' counsel office received a returned telephone call from Anita Fragoso, P.A. indicating that Ms. Fragoso would not be available until Tuesday, July 29, 2008, the day after written reports are due to be filed with the Court. The inability of the Plaintiffs to submit a written report from the Gonzales Medical Clinic could impair or eliminate Plaintiffs' ability to recover damages due to the Defendants' debt collection violations against a "disabled" person. The undersigned Plaintiffs' counsel has had numerous but unsuccessful attempts to contact Anita Fragoso, P.A., but due to the existence of a voicemail system, personal contact with an employee of the Gonzales Medical Clinic is extremely difficult for non-physicians and non-patients of the clinic. The request for more time is not due to counsel's inability or unwillingness to seek to secure the requested report.

4. There have been no previous time modifications in the case.

5. The deadline for hearing dispositive motions is December 1, 2008. The current deadline for discovery is September 29, 2008. The requested modification is not expected to have a material effect on scheduling for this case.

Respectfully submitted,

Dated: July 28, 2008

/s/ David Humphreys
David Humphreys, Pro Hac Vice
Ronald Wilcox, Counsel for Plaintiffs

2