Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126-1001
Telephone: (408) 296-0400
Facsimile: (408) 207-0486
Email: ronaldwilcox@yahoo.com

Balam O. Letona SBN 229642
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Telephone: (831) 421-0200
Facsimile: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiffs
MANUEL G. FAUSTO, LUZ FAUSTO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, <br><br> Plaintiffs, <br><br> vs. <br><br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive, <br><br> Defendants. | Case No: C07-05658 JW <br><br> **WRITTEN REPORT OF SUSAN MARIE BRACALE-HOWARD** |

(i)     Statement of opinion the expert will express

I am an interpreter and qualified to interpret the Portuguese language. I am prepared to and intend to translate recorded and live verbal conversations, testimony and documents between the English and Portuguese languages.

(ii)    The data or other information considered by the witness

I will translate a recorded telephone call into the English language. I am also prepared to translate all or part of documents from the Portuguese language into the English language. I am also prepared to translate questions from English to Portuguese and testimony from Portuguese speakers into the English language.

(iii)   Any exhibits that will be used to summarize and support the opinions expressed

I do not plan to create any exhibits to summarize or support my opinions.

(iv)    The witness qualifications, including a list of all publications authored in the previous ten (10) years

A copy of the curriculum vitae is attached as an Exhibit. I received a Bachelor of Arts in History in 1994 from the San Francisco State University. I received my Interpreter Certificate in 1996 from San Francisco State University and a Masters in Media Studies from New York University in 2001. I have been a Portuguese Interpreter for the Court, Immigration and the Administration since 1995 in the San Francisco Bay Area. I am a Certified Court Interpreter, Certified Portuguese Translator and a Certified Department of Homeland Security/Immigration Interpreter. I have a number of relevant assignments, attached as an exhibit and have both studied and taught in the Portuguese language at the University level.

(v)     Statement of the compensation to be paid for study and testimony in the case

My compensation is at the rate of $ 95.00 per hour.

Signed this _____ day of July, 2008.

_____
Susan Marie Bracale-Howard

1

(i)  Statement of opinion the expert will express

I am an interpreter and qualified to interpret the Portuguese language. I am prepared to and intend to translate recorded and live verbal conversations, testimony and documents between the English and Portuguese languages.

(ii)  The data or other information considered by the witness

I will translate a recorded telephone call into the English language. I am also prepared to translate all or part of documents from the Portuguese language into the English language. I am also prepared to translate questions from English to Portuguese and testimony from Portuguese speakers into the English language.

(iii)  Any exhibits that will be used to summarize and support the opinions expressed

I do not plan to create any exhibits to summarize or support my opinions.

(iv)  The witness qualifications, including a list of all publications authored in the previous ten (10) years

A copy of the curriculum vitae is attached as an Exhibit. I received a Bachelor of Arts in History in 1994 from the San Francisco State University. I received my Interpreter Certificate in 1996 from San Francisco State University and a Masters in Media Studies from New York University in 2001. I have been a Portuguese Interpreter for the Court, Immigration and the Administration since 1995 in the San Francisco Bay Area. I am a Certified Court Interpreter, Certified Portuguese Translator and a Certified Department of Homeland Security/Immigration Interpreter. I have a number of relevant assignments, attached as an exhibit and have both studied and taught in the Portuguese language at the University level.

(v).  Statement of the compensation to be paid for study and testimony in the case

My compensation is at the rate of $95.00 per hour.

Signed this 28th day of July, 2008.

Susan Marie Bracale-Howard

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2008 the foregoing document mailed via U.S. First Class Mail to:

David Kaminski
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Fax: (310) 242-2222

Tomio Narita
SIMMONDS & NARITA LLP
44 Montgomery St., Suite 3010
San Francisco, CA 94107
Fax: (415) 352-2625

Ronald Wilcox
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flo., Suite F
San Jose, CA 95126-1001
Fax: (408) 296-0486

Balam O. Letona
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Fax: (831) 621-9659

# Susan Maria Bracale-Howard

324 Texas Street * San Francisco CA 94107
415 378 7471 * susan.howard@yahoo.com

## Summary of Qualifications

- **Certified Court Interpreter** for municipal and state courts, immigration and administrative hearings in the San Francisco Bay Area. Portuguese.
- **Certified Portuguese Translator**, specialized in legal and business texts.
- **Certified Department of Homeland Security / Immigration Interpreter.** Portuguese and Spanish.

## Professional Background

1995 - Present    Portuguese **Court, Immigration** and Administrative **Interpreter** in the San Francisco Bay Area. Civil cases include software, intellectual property, sales, corporate and real estate.

### Relevant List of Assignments – Legal Translation and Interpretation
- DRM – Digital Rights Management Brochure for Macrovision.
- Gymboree International Vendor Agreement.
- GlobalEnglish.com – End User Agreements and Syndication Contracts.
- Adobe Corporate Licensing and License Agreements.
- Universo Online (Major Brazilian Internet Content and Service Provider) Contract.
- IBM v. Berclain do Brasil: Contract and correspondence (Discovery).
- Bradesco: Business proposals for brand strategy and design services.
- Varig: Business proposals for brand strategy and design services.
- Press release: "New Privatized Telecom Branding Trends"
- Compaq: Annual Letter to Shareholders.
- San Francisco Brazilian Consulate: Handbook for Brazilian Residents.
- Calpers Board Meetings with Brazilian Pension Fund CFOs. (Oct 2003)
- E-Government Conference, hosted by the Hewlett-Packard Institute. Palo Alto, CA. (May 2002)
- United States Energy Association / Brazilian Energy Commission. S.F and Las Vegas
- Meeting with Brazilian information technology officials and 3COM executives.
- Simultaneous/escort interpreter for former S.F. Mayor Willie Brown in Inauguration of the San Francisco Brazilian Citizen Council by Brazilian President.

### Teaching Experience
- Business Translation Instructor – New York University Portuguese Translation Certificate Program, 2001.

### Education
- New York University – Media Studies M.A., 2001.
- San Francisco State University – Spanish Court Interpreter Certificate, 1996.
- San Francisco State University – History B.A., 1994.
- University of California, Berkeley – Linguistics coursework, Spring 2000.
- Universidade de São Paulo, Brazil - History & Journalism Major, 1988 – 1990.