```
 1  Ronald Wilcox SBN 176601
    LAW OFFICE OF RONALD WILCOX
 2  2160 The Alameda, 1st Flr., Suite F
    San Jose, CA  95126-1001
 3  Telephone:  (408) 296-0400
    Facsimile: (408) 207-0486
 4  Email:  ronaldwilcox@yahoo.com

 5  Balam O. Letona SBN 229642
    LAW OFFICE OF BALAM O. LETONA, INC.
 6  1347 Pacific Avenue, Suite 203
    Santa Cruz, CA  95060-3940
 7  Telephone:  (831) 421-0200
    Facsimile:  (831) 621-9659
 8  Email:  letonalaw@gmail.com

 9  Attorneys for Plaintiffs
    MANUEL G. FAUSTO, LUZ FAUSTO
10
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, | Case No: C07-05658 JW |
| Plaintiffs, | |
| vs. | **WRITTEN REPORT OF ANNA-MARIE KLIMKOVA** |
| CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive, | |
| Defendants. | |

(i) Statement of opinion the interpreter will express

I am an interpreter qualified to interpret between the English and Spanish languages. I am prepared to and intend to translate live verbal conversations, testimony and any documents between the English and Spanish languages. The interpreter does not intend to express any opinions during the proceedings.

(ii) The date or other information considered by the witness

I will transcribe and translate a recorded telephone call into the English language in writing, out of court, to be used later in proceedings. I am also prepared to translate all or part of documents from the Spanish language into the English language. I am also prepared to translate questions from English to Spanish and testimony from Spanish speakers into the English language.

(iii) Any exhibits that will be used to summarize and support the opinions expressed

I do not plan to create any exhibits to summarize or support my opinions.

(iv) The interpreter qualifications, including a list of all publications authored in the previous ten (10) years

A copy of the curriculum vitae is attached as an Exhibit. I received a Bachelor in Integrated Studies with emphasis on World Languages and Cultures and in International Relations from Monterey Bay State University in 2000, and a Master's Degree in Conference Interpretation in English and Spanish from the Monterey Institute of International Studies in 2002. I am a Certified Court interpreter in the English and Spanish languages, and a registered interpreter of Czech and Slovak. I am State and Federally certified to translate and interpret between the above mentioned languages; my California Judicial Council ID is 300948, Federal Certificate Number 06-032. I take 30 units of continuing education every two years to renew my certification since 2004. I work full time as a interpreter for the Santa Clara Superior Court and have since 2006. I do not have any publications as of this date.

(v) Statement of the compensation to be paid for interpreting services in the case

My translation and transcription rates for work out of court are to be agreed upon between Interpreter and Counsel. My compensation is at the rate of $100.00 per hour with a minimum of 8 hours per day for interpreting services; the trial is to last approximately 3 days. Cancellation policy: 2 business days prior to commencement of proceedings warrants 100% of agreed fee, 3-5 days cancellation – 75% of fee, 5-10 business days – 50% of agreed compensation. The interpreter works with another (team) interpreter, professionally qualified, or federally certified, to be specified later.

Signed this ___ day of July, 2008.

_____
Anna-Marie Klimkova

2