# Anna-Marie Klimkova
## Translator and Conference Interpreter

357 S. 16th St., San Jose, CA 95112
Phone (831) 601-9523
Email: anna.klimkova@gmail.com

**LANGUAGES**

**A-Czech     B-English, Spanish     C- Slovak**

**PROFESSIONAL EXPERIENCE**

**Interpretation Skills:**
US Department of State Escort and Seminar interpreter, consecutive and simultaneous
Legal freelance interpreter: 1992 - 97 Santa Maria Municipal Court, 1995 - 97 Santa Barbara Municipal Court (Czech) Office of Public Defender of Monterey County (June 2002 to 2004).
15 years' experience in escort interpreting, hospitality, travel and tourism, journalism, nonprofit management and documentation.
Telephonic interpretation - emergency 911, financial, banking, legal, insurance, medical.

**Translation Skills:**
Private translations - nonprofit management, genealogy, correspondence, website translations.

**Additional Skills:**
Languages: **Czech and Slovak**-native; **English-** US resident for 17 years, **Spanish** near native fluency, passive knowledge of **Russian, Polish, German and French.**
**Computer skills**: Macintosh and PC: Pagemaker, File Maker Pro (database design and management), Microsoft Office, Aldus Freehand, Adobe Illustrator, Photoshop, Quark Express.

**EMPLOYMENT HISTORY**

*Santa Clara County Superior Court, Staff Interpreter, 2006 to present*

*San Francisco State University, Associate Faculty, Spanish Legal Interpretation Program 2005 - 2007*

*Freelance Federal and State Court and Conference Interpreter and Translator*

*US Department of State, Office of Language Services – June 2002 - 2004*

*Mayo Clinic, Medical Interpreter, Rochester, MN – May – August 2001*

*AT&T Language Line, interpreter Monterey CA, 1998 – 2006.*

*Omega International Translation Agency, Intern, Monterey CA 1998 - 1999.*

*Prague Information Service, escort tour guide and interpreter (Russian, Spanish, Polish, English) 1986 - 1991.*

**EDUCATION**

**MA Conference Interpretation in Spanish and English**
Monterey Institute of International Studies, Monterey, CA   May 2002

**BA in Integrated Studies - World Languages and Cultures & Global Studies**
California State University, Monterey, CA   May 2000

**Translation & Interpretation Certificate in Czech, Spanish and English**
State Language School, Brno, Czech Republic, May 1991

**ACCREDITATION**

***US Department of State, Seminar and Escort Interpreter***, Spanish, English, Czech and Slovak

*California State Court Certified, ID# 300946*

*Federal Court Certification Number 06-032*