Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126-1001
Telephone: (408) 296-0400
Facsimile: (408) 207-0486
Email: ronaldwilcox@yahoo.com

Balam O. Letona SBN 229642
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Telephone: (831) 421-0200
Facsimile: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiffs
MANUEL G. FAUSTO, LUZ FAUSTO

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, <br><br> Plaintiffs, <br><br> vs. <br><br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive, <br><br> Defendants. | Case No: C07-05658 JW <br><br><br><br> **ORDER GRANTING MOTION TO CHANGE TIME** |

1
2    **NOW** on this ___30th___ day of ___July___, 2008, there comes before the
3  Court Plaintiffs' Motion to Change Time in which to submit written reports of the
4
5  Gonzales Medical Clinic. After review of the Motion, Plaintiffs' Motion to Change
6  Time is **GRANTED,** and Plaintiffs are given until August 11, 2008, in which to
7  submit their expert report.
8    IT IS SO ORDERED.
9
10                                    _____
11                                    THE HONORABLE JAMES WARE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28