Nathaniel P. T. Read
**COHEN & GRESSER LLP**
100 Park Avenue, 23rd Floor
New York, New York 10017
(212) 957-7600
Attorneys for Non-Party LiveVox, Inc.



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., BRETT BOYDE, MARK DOE and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C07-05658-JW-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Nathaniel P. T. Read, an active member in good standing of the bar of the State of New York, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing non-party LiveVox, Inc. in connection with its response to a subpoena for documents and deposition testimony issued in the above-entitled action, as well as the subpoena issued on LiveVox by the plaintiff in the similarly-situated case also pending in this Court styled *Martha Vazquez Pintor v. Credigy Services Corp., et al.*, C07-06428-JF-HRL.

In support of this application, I certify on oath that:

1. I am an associate with the law firm of Cohen & Gresser LLP having offices at 100 Park Avenue – 23rd Floor, New York, New York 10017.

{1106-001/00031948.DOCv}

2. I am an active member in good standing and eligible to practice before the Courts of the State of New York, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York.

3. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with and abide by the Local Rules and Alternative Dispute Resolution Programs of this Court.

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California, has been designated as co-counsel for LiveVox, Inc. The name, address, and telephone number of that attorney is:

> Peter A. Casciato, Esq.
> Law Offices of Peter A. Casciato, A Professional Corporation
> 355 Bryant Street, Suite 410
> San Francisco, California 94107
> Phone: (415) 291-8661

I declare under penalty of perjury that the foregoing is true and correct.

*Nathaniel P. T. Read*

Executed on July 28, 2008