RECEIVED
08 JUL 29 AM 10:27

UNITED STATES DISTRICT COURT
Northern District of California

MANUEL G. FAUSTO and LUZ FAUSTO,

　　　　　　　　Plaintiff(s),

v.

CREDIGY SERVICES CORPORATION, et al.

　　　　　　　　Defendant(s).

CASE NO.  C07-05658 JW RS

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Nathaniel P. T. Read ☐ , an active member in good standing of the bar of the State of New York ☐ whose business address and telephone number (particular court to which applicant is admitted) is

Cohen & Gresser, LLP
100 Park Avenue, 23rd Floor
New York, NY 10017    telephone: (212) 957-7600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing non-party LiveVox, Inc. ☐ ,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California