RECEIVED
08 JUL 29 AM 10:27

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br><br>Plaintiff(s),<br>v.<br>CREDIGY SERVICES CORPORATION, et al.<br><br>Defendant(s). | CASE NO. C07-05658 JW RS<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Nathaniel P. T. Read , an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

Cohen & Gresser, LLP
100 Park Avenue, 23rd Floor
New York, NY 10017    telephone: (212) 957-7600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing non-party LiveVox, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 31, 2008

_____
United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California