TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 07 05658 JW (RS)<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL WRITTEN DISCOVERY AND MOTION TO COMPEL DEPOSITION**<br><br>Date:   August 20, 2008<br>Time:  9:30 a.m.<br>Ctrm: 4, 5th Floor<br><br>The Honorable Richard Seeborg |

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL WRITTEN DISCOVERY
AND DEPOSITION

1    WHEREAS on or about July 15, 2008, plaintiffs Manuel G. Fausto and Luz Fausto ("Plaintiffs") filed Plaintiffs' Motion to Compel Written Discovery (docket 71) and Plaintiffs' Motion to Compel Deposition (docket 69) setting the hearings for both motions on August 20, 2008; and

WHEREAS the parties have agreed to continue to meet and confer in an effort to attempt to resolve the discovery disputes that are the subject of Plaintiffs' motions; and

WHEREAS the parties have agreed to continue the hearing on Plaintiffs' motions to September 3, 2008 at 9:30 a.m.;

THEREFORE it is hereby stipulated to between the parties to request that the hearings on Plaintiffs' Motion to Compel Written Discovery and Plaintiffs' Motion to Compel Deposition be continued to September 3, 2008 in courtroom 4 before the Honorable Richard Seeborg.  Defendants' opposition to Plaintiffs' motions shall be filed on August 13, 2008 and Plaintiffs' replies, if any, shall be filed on August 20, 2008.

IT IS SO STIPULATED:

DATED:   July 31, 2008         HUMPHREYS WALLACE HUMPHREYS, P.C.
                               DAVID HUMPHREYS


                               By:   s/David Humphreys
                                     David Humphreys
                                     Attorneys for Plaintiffs

DATED:  July 31, 2008          SIMMONDS & NARITA LLP
                               TOMIO B. NARITA
                               JEFFREY A. TOPOR


                               By:   s/Tomio B. Narita
                                     Tomio B. Narita
                                     Attorneys for Defendants
                                     Credigy Services Corporation,
                                     Credigy Receivables, Inc., and
                                     Credigy Solutions, Inc.