TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery St., Suite 3010
San Francisco, CA 94610
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants Credigy Services
Corporation, Credigy Receivables, Inc. and
Credigy Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO<br><br>Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive | CASE NO: C07-05658 JW<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Pursuant to Civil L.R. 11-3, John F. Gillespie, an active member in good standing of the bar of the U.S. District Court for the Southern District of Texas, Northern District of Texas and Southern District of Ohio hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing all the Defendants in the above entitled action.

In Support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct as set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE - 1

1  designated as co-counsel in the above-entitled action. The name, address
2  and telephone number of the attorney is: Tomio Narita, Simmonds &
3  Narita, LLP, 44 Montgomery Street, Suite 3010, San Francisco, California
4  94014-4816.
5  I declare under penalty of perjury that the foregoing is true and
6  correct.

Dated: JUL 2 8 2008

_____
JOHN R. GILLESPIE
Attorney for Defendants
STEWART & ASSOCIATES, P.C.
P.O. BOX 2629
SUWANEE, GEORGIA  30024
(678) 728-7313  Telephone
(678) 684-4975  Facsimile

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - 2