TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 07 05658 JW (RS)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL WRITTEN DISCOVERY AND MOTION TO COMPEL DEPOSITION**<br><br>Date:   August 20, 2008<br>Time:  9:30 a.m.<br>Ctrm:  4, 5th Floor<br><br>The Honorable Richard Seeborg |

1  Pursuant to the stipulation of the parties and good cause appearing, IT IS
2  HEREBY ORDERED THAT the hearings on Plaintiffs' Motion to Compel
3  Written Discovery (docket 71) and Plaintiffs' Motion to Compel Deposition
4  (docket 69) are continued to September 3, 2008 in courtroom 4 before the
5  Honorable Richard Seeborg.  Defendants' opposition to Plaintiffs' motions shall
6  be filed on August 13, 2008 and Plaintiffs' replies, if any, shall be filed on August
7  20, 2008.

8

9  IT IS SO ORDERED:

10

11  DATED: _____

12

13                                              By:  _____
                                                     Honorable Richard Seeborg
14                                                   United States Magistrate Judge