1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants
7  Credigy Services Corporation,
   Credigy Receivables, Inc., and
8  Credigy Solutions, Inc.

9

*E-FILED 8/5/08*

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13  MANUEL G. FAUSTO, AND LUZ   )  CASE NO.: C 07 05658 JW (RS)
    FAUSTO,                     )
14                              )
                                )  [~~PROPOSED~~] ORDER
15                              )  GRANTING STIPULATED
         Plaintiffs,            )  REQUEST TO CONTINUE
16                              )  HEARING ON PLAINTIFFS'
                                )  MOTION TO COMPEL
17       vs.                    )  WRITTEN DISCOVERY AND
                                )  MOTION TO COMPEL
18  CREDIGY SERVICES            )  DEPOSITION
    CORPORATION, CREDIGY        )
19  RECEIVABLES INC., CREDIGY   )
    SOLUTIONS INC., RYAN        )  Date: August 20, 2008
20  MILLER, RICARDO VENTURA,    )  Time: 9:30 a.m.
    BRETT BOYDE, PAULO PERES,   )  Ctrm: 4, 5th Floor
21  THOMPSON, and DOES 1-10,    )
    inclusive,                  )  The Honorable Richard Seeborg
22                              )
         Defendants.            )
23                              )
    _____ )
24

25

26

27

28
   _____
   FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
   [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING ON MOTIONS
   TO COMPEL WRITTEN DISCOVERY AND DEPOSITION

1     Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the hearings on Plaintiffs' Motion to Compel Written Discovery (docket 71) and Plaintiffs' Motion to Compel Deposition (docket 69) are continued to September 3, 2008 in courtroom 4 before the Honorable Richard Seeborg.  Defendants' opposition to Plaintiffs' motions shall be filed on August 13, 2008 and Plaintiffs' replies, if any, shall be filed on August 20, 2008.

IT IS SO ORDERED:

DATED: August 5, 2008

By: _____
Honorable Richard Seeborg
United States Magistrate Judge