TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery St., Suite 3010
San Francisco, CA 94610
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants Credigy Services Corporation, Credigy Receivables, Inc. and Credigy Solutions, Inc.

RECEIVED
2008 AUG -1 AM 11:05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. CA S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO<br><br>Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive | CASE NO: C07-05658 JW<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

John F. Gillespie, an active member in good standing of the bar of the U.S. District Court for the Southern District of Texas, Northern District of Texas and Southern District of Ohio, whose business address and telephone number is: P.O. Box 2629, Suwanee, Georgia 30024, (678) 684-4179, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: August 5, 2008

/s/ James Ware
HONORABLE JAMES WARE
Judge, United States District Court

CC: J. Gillespie