TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 07 05658 JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES**<br><br>The Honorable James Ware |

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION

1   WHEREAS on or about March 28, 2008, the Court entered its Scheduling
2   Order in this action (docket number 20) and set the date for close of discovery as
3   September 29, 2008; and
4   WHEREAS the parties have recently stipulated (docket 88) to continue the
5   hearings on plaintiffs Manuel G. Fausto and Luz Fausto's ("Plaintiffs") Motion to
6   Compel Written Discovery (docket 71) and Motion to Compel Deposition (docket
7   69); and
8   WHEREAS the parties have agreed to continue to meet and confer in an
9   effort to attempt to resolve the discovery disputes that are the subject of Plaintiffs'
10  motions; and
11  WHEREAS defendants Credigy Services Corporation, Credigy Receivables,
12  Inc., and Credigy Solutions, Inc. have agreed to supplement their prior discovery
13  responses; and
14  WHEREAS the parties have also stipulated to request that this matter be
15  referred back to mediation on August 27, 2008;
16  THEREFORE it is hereby stipulated to between the parties to request that
17  the date for close of discovery in this action be continued by two weeks to October
18  13, 2008.
19
20  IT IS SO STIPULATED
21
22  DATED: August 4, 2008        HUMPHREYS WALLACE HUMPHREYS, P.C.
                                 DAVID HUMPHREYS
23
24
                                 By:   s/David Humphreys
25                                     David Humphreys
                                       Attorneys for Plaintiffs
26
27
28

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION
                                                                           2.

| | | |
|---|---|---|
| 1 | DATED: August 4, 2008 | SIMMONDS & NARITA LLP<br>TOMIO B. NARITA<br>JEFFREY A. TOPOR |

By:   s/Tomio B. Narita
      Tomio B. Narita
      Attorneys for Defendants
      Credigy Services Corporation,
      Credigy Receivables, Inc., and
      Credigy Solutions, Inc.

DATED: August 4, 2008    CARLSON & MESSER LLP
                                           DAVID J. KAMINSKI

By:   s/David J. Kaminski
      David J. Kaminski
      Attorneys for Defendants
      Luis Renato Silva Nunes erroneously sued
      as Ryan Miller, Brett Boyde and
      Paulo Peres

[PROPOSED ORDER]

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the date for close of discovery in this action is continued to October 13, 2008.

IT IS SO ORDERED:

DATED: _____

By: _____
     Honorable James Ware
     United States District Court Judge