1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants
7  Credigy Services Corporation,
   Credigy Receivables, Inc., and
8  Credigy Solutions, Inc.

9

10                 UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13  MANUEL G. FAUSTO, AND LUZ       )   CASE NO.: C 07 05658 JW (RS)
    FAUSTO,                         )
14                                  )
                                    )
15                                  )   **STIPULATION AND
              Plaintiffs,           )   [PROPOSED] ORDER
16                                  )   REFERRING CASE TO
                                    )   MEDIATION**
17            vs.                   )
                                    )
18  CREDIGY SERVICES               )
    CORPORATION, CREDIGY           )   The Honorable James Ware
19  RECEIVABLES INC., CREDIGY      )
    SOLUTIONS INC., RYAN           )
20  MILLER, RICARDO VENTURA,       )
    BRETT BOYDE, PAULO PERES,      )
21  THOMPSON, and DOES 1-10,       )
    inclusive,                     )
22                                  )
              Defendants.          )
23  _____ )

24

25

26

27

28
   _____
   FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
   STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION

1    WHEREAS the parties attended a mediation session in this action on April

2  24, 2008; and

3    WHEREAS defendants Credigy Services Corporation, Credigy Receivables,

4  Inc., and Credigy Solutions, Inc. are defendants in another action before the

5  Honorable Jeremy Fogel entitled *Martha Vasquez Pintor v. Credigy Services*

6  *Corporation et al.*, case number C 07 06428 JF HRL (the "Pintor Action"); and

7    WHEREAS counsel for plaintiffs Manuel G. Fausto and Luz Fausto are the

8  same counsel for the plaintiff in the Pintor Action; and

9    WHEREAS counsel for the respective defendants in this action are the same

10  counsel for the respective defendants in the Pintor Action; and

11    WHEREAS the Pintor Action has been set for mediation before Howard A.

12  Herman on August 27, 2008 at 10:00 a.m.; and

13    WHEREAS the parties believe that resolution of these two matters may be

14  aided by mediating this action together with the Pintor Action before Mr. Herman;

15    THEREFORE it is hereby stipulated to between the parties to request that

16  the this action be referred back to mediation and set for mediation hearing on

17  August 27, 2008 at 10:00 a.m. before Howard A. Herman.

18

19  IT IS SO STIPULATED

20

21  DATED: August 4, 2008          HUMPHREYS WALLACE HUMPHREYS, P.C.
                                    DAVID HUMPHREYS
22

23

24                                  By:   s/David Humphreys
                                          David Humphreys
25                                        Attorneys for Plaintiffs

26

27

28

1    DATED: August 4, 2008          SIMMONDS & NARITA LLP
                                    TOMIO B. NARITA
2                                   JEFFREY A. TOPOR

3

4                                   By:   s/Tomio B. Narita
                                          Tomio B. Narita
5                                         Attorneys for Defendants
                                          Credigy Services Corporation,
6                                         Credigy Receivables, Inc., and
                                          Credigy Solutions, Inc.
7

8    DATED: August 4, 2008          CARLSON & MESSER LLP
                                    DAVID J. KAMINSKI
9

10

11                                  By:   s/David J. Kaminski
                                          David J. Kaminski
12                                        Attorneys for Defendants
                                          Luis Renato Silva Nunes erroneously sued
                                          as Ryan Miller, Brett Boyde and
13                                        Paulo Peres

14

15                                  [PROPOSED ORDER]

16

17        Pursuant to the stipulation of the parties and good cause appearing, IT IS

18   HEREBY ORDERED THAT this action is referred back to mediation.  The

19   mediation hearing shall occur on August 27, 2008 at 10:00 a.m. before Howard A.

20   Herman.

21   IT IS SO ORDERED:

22
     DATED: _____
23

24

25                                  By:   _____
                                          Honorable James Ware
                                          United States District Court Judge
26

27

28

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION
                                                                          3.