```
Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126-1001
Telephone: (408) 296-0400
Facsimile: (408) 207-0486
Email: ronaldwilcox@yahoo.com

Balam O. Letona SBN 229642
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Telephone: (831) 421-0200
Facsimile: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiffs
MANUEL G. FAUSTO, LUZ FAUSTO
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br><br>  Plaintiffs,<br><br> vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive,<br><br>  Defendants. | Case No: C07-05658 JW<br><br>**WRITTEN REPORT OF ANITA FAGROSO, P.A.** |

(i)     Statement of Opinions the Expert will express

I am a Physician's Assistant at the Gonzales Medical Group. Luz Fausto is under our care for diabetes. This medical condition substantially limits major life activities for her. Specifically her diet and eating are restricted by her diabetic condition. Ms. Fausto must eat every two to five hours, ideally five meals per day, and must maintain a low sugar, low carbohydrate diet to control her blood sugar. She must also limit stress levels as this affects the progression of her diabetes. Progression of her diabetic condition would include peripheral neuropathy which will limit her ability to walk and her vision. As well, in January, 2007 Ms. Fausto reported being under significant financial stress and was threaten with the loss of her home causing her worry, upset, distress and insomnia.

(ii)    The data or other information considered by the witness

I have considered the condition of our patient, Luz Fausto, gained through history, physical exam, diagnostic tests and our diagnosis and assessment. I am also relying on her medical records and my knowledge of diabetes based upon my education, training and 15 years of clinical experience.

(iii)   Any exhibits that will be used to summarize and support the translations

Medical records and the chart of Luz Fausto at the Gonzales Medical Group, if released pursuant to lawful authorities.

(iv)    The witness qualifications, including a list of all publications authored in the previous ten (10) years

I received my PA-C degree from Stanford University in 1994. I received my certification in Primary Care. My Certification No. PA13040.

(v)     Statement of the compensation to be paid for study and testimony in the case

My compensation is at the rate of $ 300.00.

1

1  Signed this 07 day of August, 2008.
2
3  _____
   Anita Fragoso, P.A.-C