Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126-1001
Telephone: (408) 296-0400
Facsimile: (408) 207-0486
Email: ronaldwilcox@yahoo.com

Balam O. Letona SBN 229642
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Telephone: (831) 421-0200
Facsimile: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiffs
MANUEL G. FAUSTO, LUZ FAUSTO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, <br><br> Plaintiffs, <br><br> vs. <br><br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive, <br><br> Defendants. | Case No: C07-05658 JW <br><br> **STIPULATION AND [PROPOSED] ORDER ALLOWING TO ADD AN EXPERT AND SERVE EXPERT REPORT** |

WHEREAS on or about April 4, 2008, the Plaintiffs served the Defendant Paulo Peres with a Notice of Deposition.

WHEREAS the deadline to add an expert in this action was July 28, 2008.

WHEREAS on August 4, 2008, Defendant's Counsel contacted counsel for Plaintiffs and advised that their client, Paulo Perez, required a Portuguese Interpreter for his deposition re-set in Atlanta on August 13, 2008 at 10:30 a.m.

WHEREAS the Plaintiffs have designated a Portuguese Interpreter in San Francisco within the expert deadline set by the Court but it is impractical and unduly burdensome and expensive to have the designated Portuguese Interpreter in San Francisco travel to Atlanta, GA without sufficient advance notice.

WHEREAS on August 5, 2008, Plaintiffs retained Certified Portuguese Interpreter, Maria-Cristina Knutzon, for the Perez deposition in Atlanta. A copy of the proposed Written Report of Maria-Cristina Knutzon is attached.

WHEREAS the Defendants stipulate to allowing the Plaintiffs to designate Ms. Knutzon and to file her expert report.

THEREFORE it is hereby stipulated between the parties that the Plaintiffs designate Ms. Knutzon as an expert and to file her report out of time.

IT IS SO STIPULATED

DATED: August 7, 2008          HUMPHREYS WALLACE HUMPHREYS
                               DAVID HUMPHREYS


                               By:/s/ David Humphreys
                                   David Humphreys
                                   Attorneys for Plaintiffs

1

DATED: August 7, 2008        SIMMONDS & NARITA LLP
                             TOMIO B. NARITA
                             JEFFREY A. TOPOR


                             By:/s/ Tomio Narita
                                 Tomio B. Narita
                                 Attorneys for Defendants
                                 Credigy Services Corporation,
                                 Credigy Receivables, Inc., and
                                 Credigy Solutions, Inc.


DATED:  August 7, 2008       CARLSON & MESSER LLP
                             DAVID J. KAMINSKI


                             By:/s/ David Kaminski
                                 David J. Kaminski
                                 Attorneys for Defendants
                                 Luis Renato Silva Nunes erroneously
                                 sued as Ryan Miller, Brett Boyde and
                                 Paulo Peres


[PROPOSED ORDER]

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the Plaintiffs may add Ms. Knutzon as an expert in this action and her written report shall be filed within 3 days of the Entry of this Order.

IT IS SO ORDERED:

DATED:

                             By:_____
                                 Honorable James Ware
                                 United States District Court Judge