Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126-1001
Telephone: (408) 296-0400
Facsimile: (408) 207-0486
Email: ronaldwilcox@yahoo.com

Balam O. Letona SBN 229642
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Telephone: (831) 421-0200
Facsimile: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiffs
MANUEL G. FAUSTO, LUZ FAUSTO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, <br><br> Plaintiffs, <br><br> vs. <br><br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive, <br><br> Defendants. | Case No: C07-05658 JW <br><br> WRITTEN REPORT OF MARIA-CRISTINA KNUTZON |

(i) Area of Specialized Knowledge, Training and Experience

I am an interpreter and qualified to interpret between the Portuguese and English languages.

(ii) The data or other information considered by the witness

I will rely upon the questions and answers given and translate them according to my education, training and experience.

(iii) Any exhibits that will be used to summarize and support the translations

I do not plan to create any exhibits to summarize or support my translations.

(iv) The witness qualifications, including a list of all publications authored in the previous ten (10) years

A copy of my curriculum vitae is attached as an Exhibit. I am a native speaker of the Portuguese language and I am fluent in both the English and Spanish languages. I received a Bachelor of Arts in Journalism in 1980 from Faculdades Integradas Alcantara Machado. I received my Certificate in Translation in 2004 from New York University. I am a certified English/Portuguese Interpreter by the American Translators Association and I am a Certified Court Interpreter by the Administrative Office of the Court, Atlanta, Georgia with extensive work in state and federal courts. I have over 15 years of extensive work as an English/Portuguese Interpreter.

(v) Statement of the compensation to be paid for study and testimony in the case

My compensation is at the rate of $ 50.00 per hour plus mileage.

Signed this 6th day of August, 2008.

_____
Maria-Cristina Knutzon

1

**M. CRISTINA KNUTZON**
1080 ADMIRAL CROSSING
ALPHARETTA, GA 30005-3894
PHONE: (770) 754-1630
E-MAIL: *KNUTZON@BELLSOUTH.NET*

**PROFESSIONAL EXPERIENCE:**

- Over 15 years of extensive work as an English>Portuguese Translator, certified by the American Translator's Association (ATA) with focus on the legal and commercial fields.

- Experienced Court Interpreter, certified and licensed by the Administrative Office of the Courts in the State of Georgia, with extensive work in both federal and state courts.

- Law enforcement interpreter trained and qualified by the Police Academy in Cobb County, State of Georgia.

- Professionally trained medical interpreter.

**EDUCATION:**

Bachelor of Arts – School of Journalism (December, 1980)
Faculdades Integradas Alcântara Machado – FIAM/FMU
Sao Paulo, Brazil

Certificate in Translation (June, 2004)
New York University
New York, NY

**TRANSLATION / INTERPRETATION TRAINING:**

- Bridging the GAP, medical interpretation training
- Interpreting for Human Trafficking Victims by Tapestri, Atlanta, GA
- Law Enforcement Interpreter, accredited by the North Central Georgia Law Enforcement Agency
- Many CE courses on commercial and legal translation, ethics, legislation

**CERTIFICATIONS:**

- Certified English>Portuguese by the ATA (American Translators Association)
- Certified Court Interpreter by the Administrative Office of the Courts, Atlanta, GA
- Qualified Law Enforcement Interpreter

**LANGUAGES:**

- English (fluent)
- Portuguese (native)
- Spanish (fluent)

**PERSONAL BACKGROUND:**

Born in Sao Paulo, Brazil, lived in Peru, Dominican Republic, and England.
In the United States, lived in Boston, Connecticut, Dallas, and Atlanta.