*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants
7  Credigy Services Corporation,
   Credigy Receivables, Inc., and
8  Credigy Solutions, Inc.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  MANUEL G. FAUSTO, AND LUZ    )  CASE NO.: C 07 05658 JW (RS)
    FAUSTO,                       )
14                                )
                                  )
15                                )  **STIPULATION AND
              Plaintiffs,         )  [PROPOSED] ORDER
16                                )  CONTINUING DISCOVERY
                                  )  DEADLINES**
17           vs.                  )
                                  )
18  CREDIGY SERVICES              )
    CORPORATION, CREDIGY          )  The Honorable James Ware
19  RECEIVABLES INC., CREDIGY     )
    SOLUTIONS INC., RYAN          )
20  MILLER, RICARDO VENTURA,      )
    BRETT BOYDE, PAULO PERES,     )
21  THOMPSON, and DOES 1-10,      )
    inclusive,                    )
22                                )
              Defendants.         )
23  _____     )

24

25

26

27

28
    ────────────────────────────────────────────────────
    FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
    STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION

1  WHEREAS on or about March 28, 2008, the Court entered its Scheduling Order in this action (docket number 20) and set the date for close of discovery as September 29, 2008; and

WHEREAS the parties have recently stipulated (docket 88) to continue the hearings on plaintiffs Manuel G. Fausto and Luz Fausto's ("Plaintiffs") Motion to Compel Written Discovery (docket 71) and Motion to Compel Deposition (docket 69); and

WHEREAS the parties have agreed to continue to meet and confer in an effort to attempt to resolve the discovery disputes that are the subject of Plaintiffs' motions; and

WHEREAS defendants Credigy Services Corporation, Credigy Receivables, Inc., and Credigy Solutions, Inc. have agreed to supplement their prior discovery responses; and

WHEREAS the parties have also stipulated to request that this matter be referred back to mediation on August 27, 2008;

THEREFORE it is hereby stipulated to between the parties to request that the date for close of discovery in this action be continued by two weeks to October 13, 2008.

IT IS SO STIPULATED

DATED: August 4, 2008         HUMPHREYS WALLACE HUMPHREYS, P.C.
                              DAVID HUMPHREYS


                              By:  s/David Humphreys
                                   David Humphreys
                                   Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: August 4, 2008 | SIMMONDS & NARITA LLP<br>TOMIO B. NARITA<br>JEFFREY A. TOPOR |

By:   s/Tomio B. Narita
       Tomio B. Narita
       Attorneys for Defendants
       Credigy Services Corporation,
       Credigy Receivables, Inc., and
       Credigy Solutions, Inc.

DATED: August 4, 2008      CARLSON & MESSER LLP
                                       DAVID J. KAMINSKI

By:   s/David J. Kaminski
       David J. Kaminski
       Attorneys for Defendants
       Luis Renato Silva Nunes erroneously sued
       as Ryan Miller, Brett Boyde and
       Paulo Peres

[~~PROPOSED~~] ORDER]

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the date for close of discovery in this action is continued to October 13, 2008.

IT IS SO ORDERED:

DATED:  August 11, 2008

By:   /s/ James Ware
     Honorable James Ware
     United States District Court Judge

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION

3.