1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants
7  Credigy Services Corporation,
   Credigy Receivables, Inc., and
8  Credigy Solutions, Inc.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13  MANUEL G. FAUSTO, AND LUZ      )  CASE NO.: C 07 05658 JW (RS)
    FAUSTO,                         )
14                                  )
                                    )
15                                  )  **STIPULATION AND**
         Plaintiffs,                )  **[PROPOSED] ORDER**
16                                  )  **REFERRING CASE TO**
                                    )  **MEDIATION**
17       vs.                        )
                                    )  **ORDER CONTINUING**
18  CREDIGY SERVICES                )  **PRELIMINARY PRETRIAL**
    CORPORATION, CREDIGY            )  **CONFERENCE**
19  RECEIVABLES INC., CREDIGY       )
    SOLUTIONS INC., RYAN            )
20  MILLER, RICARDO VENTURA,        )
    BRETT BOYDE, PAULO PERES,       )
21  THOMPSON, and DOES 1-10,        )
    inclusive,                      )
22                                  )
         Defendants.                )
23  _____  )

24

25

26

27

28
   _____
   FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
   STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION

1    WHEREAS the parties attended a mediation session in this action on April 24, 2008; and

3    WHEREAS defendants Credigy Services Corporation, Credigy Receivables, Inc., and Credigy Solutions, Inc. are defendants in another action before the Honorable Jeremy Fogel entitled *Martha Vasquez Pintor v. Credigy Services Corporation et al.*, case number C 07 06428 JF HRL (the "Pintor Action"); and

7    WHEREAS counsel for plaintiffs Manuel G. Fausto and Luz Fausto are the same counsel for the plaintiff in the Pintor Action; and

9    WHEREAS counsel for the respective defendants in this action are the same counsel for the respective defendants in the Pintor Action; and

11   WHEREAS the Pintor Action has been set for mediation before Howard A. Herman on August 27, 2008 at 10:00 a.m.; and

13   WHEREAS the parties believe that resolution of these two matters may be aided by mediating this action together with the Pintor Action before Mr. Herman;

15   THEREFORE it is hereby stipulated to between the parties to request that the this action be referred back to mediation and set for mediation hearing on August 27, 2008 at 10:00 a.m. before Howard A. Herman.

IT IS SO STIPULATED

DATED: August 4, 2008          HUMPHREYS WALLACE HUMPHREYS, P.C.
                               DAVID HUMPHREYS


                          By:  s/David Humphreys
                               David Humphreys
                               Attorneys for Plaintiffs

1  DATED: August 4, 2008            SIMMONDS & NARITA LLP
                                    TOMIO B. NARITA
2                                   JEFFREY A. TOPOR

3

4                                   By:   s/Tomio B. Narita
                                          Tomio B. Narita
5                                         Attorneys for Defendants
                                          Credigy Services Corporation,
6                                         Credigy Receivables, Inc., and
                                          Credigy Solutions, Inc.

7

8  DATED: August 4, 2008            CARLSON & MESSER LLP
                                    DAVID J. KAMINSKI
9

10

11                                  By:   s/David J. Kaminski
                                          David J. Kaminski
12                                        Attorneys for Defendants
                                          Luis Renato Silva Nunes erroneously sued
13                                        as Ryan Miller, Brett Boyde and
                                          Paulo Peres

14

15                                  [P~~ROPOSE~~D ORDER]

16

17       Pursuant to the stipulation of the parties and good cause appearing, IT IS

18  HEREBY ORDERED THAT this action is referred back to mediation. The

19  mediation hearing shall occur on August 27, 2008 at 10:00 a.m. before Howard A.

20  Herman.

21       In light of this Order, the Court continues the Preliminary Pretrial Conference current set
    for August 25, 2008 to **September 15, 2008 at 11 a.m.** On or before **September 5, 2008**, the
22  parties shall file a Preliminary Pretrial Conference Statement. The Statement shall, among
    other things, update the Court on the parties' mediation efforts and readiness for trial.

23

24  Dated: August 11, 2008           By:   _____
25                                         Honorable James Ware
                                           United States District Court Judge
26

27

28

---

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION

3.