# UNITED STATES DISTRICT COURT

## Northern District of California

| Fausto, | 07-05658 JW MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Credigy Services Corporation, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Howard A. Herman**
US District Court - ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
415-522-2027
Howard_Herman@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediation session will be conducted in conjuction with USDC Case No. C07-6428 JF MED - Martha Vasquez Pintor v. Credigy Services Corporation which is scheduled with Mr. Herman at 10:00 a.m. on Wednesday, August 27, 2008.

**Notice of Appointment of Mediator**
07-05658 JW MED                           - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.  Written statements are due by August 20,
3  2008.

Dated: August 12, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05658 JW MED                - 2 -