TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 07 05658 JW (RS)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXCUSE INDIVIDUAL DEFENDANTS FROM MEDIATION<br><br>The Honorable James Ware |

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
STIPULATION AND [PROPOSED] ORDER TO EXCUSE INDIVIDUAL DEFENDANTS FROM MEDIATION

1  WHEREAS on August 5, 2008, the parties requested that this action be
2  referred to Howard A. Herman for mediation (docket 96); and
3  WHEREAS the parties requested that the mediation hearing be set for
4  August 27, 2008 at 10:00 a.m.; and
5  WHEREAS defendants Ricardo Ventura and Thompson a.k.a. Rita de
6  Cassia Goncalves are residents of Brazil and have not appeared in this action; and
7  WHEREAS defendant Brett Boyde is a resident of Lawrenceville, Georgia;
8  and
9  WHEREAS defendant Paulo Peres is a resident of Sao Paulo, Brazil; and
10 WHEREAS Mr. Boyde and Mr. Peres are represented by John F. Gillespie
11 in this action who will attend the August 27, 2008 mediation; and
12 WHEREAS the Plaintiffs and defendants Credigy Services Corporation,
13 Credigy Receivables, Inc., Credigy Solutions, Inc., Brett Boyde and Paulo Peres
14 agree that the presence of Mr. Ventura, Mr. Boyde and Mr. Peres at the mediation
15 of this matter would not aid the possible resolution of this case,
16 THEREFORE it is hereby stipulated to between the parties to request that
17 Mr. Ventura, Ms. Goncalves, Mr. Boyde and Mr. Peres' attendance at the
18 mediation hearing be excused.
19
20 DATED: August 5, 2008          HUMPHREYS WALLACE HUMPHREYS, P.C.
                                   DAVID HUMPHREYS
21
22                                By:  s/David Humphreys
                                       David Humphreys
23                                     Attorneys for Plaintiffs
24 //
25 //
26 //
27 //
28

DATED: August 5, 2008            STEWART & ASSOCIATES
                                 JOHN F. GILLESPIE


                                 By:   s/John F. Gillespie
                                       John F. Gillespie
                                       Attorneys for Defendants


DATED: August 5, 2008            SIMMONDS & NARITA LLP
                                 TOMIO B. NARITA
                                 JEFFREY A. TOPOR


                                 By:   s/Tomio B. Narita
                                       Tomio B. Narita
                                       Attorneys for Defendants
                                       Credigy Services Corporation,
                                       Credigy Receivables, Inc., and
                                       Credigy Solutions, Inc.

### [PROPOSED ORDER]

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the attendance of Ricardo Ventura, Rita de Cassia Goncalves, Brett Boyde and Paulo Peres is excused from the mediation set for August 27, 2008 at 10:00 a.m.

IT IS SO ORDERED:

DATED: 8/12/08

By: _____
Magistrate Judge of the ~~District~~ Court