TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO, <br><br> Plaintiffs, <br><br> vs. <br><br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: C 07 05658 JW (RS) <br><br> **DECLARATION OF TOMIO B. NARITA IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEPOSITION** <br><br> Date:   September 3, 2008 <br> Time:  9:30 a.m. <br> Ctrm:  4, 5th Floor <br><br> The Honorable Richard Seeborg |

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
NARITA DECLARATION ISO OPPOSITION TO MOTION TO COMPEL DEPOSITION

I, Tomio B. Narita, declare:

1. I am an attorney duly licensed to practice in this district court and before all courts of the State of California. I am a partner of Simmonds & Narita LLP, counsel for defendants Credigy Services Corporation, Credigy Receivables Inc. and Credigy Solutions Inc. (collectively, "Defendants"). I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Deposition. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently thereto.

2. On June 17, 2008, I sent counsel for Plaintiffs, Ronald Wilcox, an email requesting clarification of the certain topics for deposition included in the notice of continued deposition of Defendant that was served on June 10, 2008.

3. Mr. Wilcox claimed that he sent me a letter via email on June 30, 2008 which detailed the response to my June 17th email. But counsel for the parties have been communicating via email without incident throughout the course of this case and no such email was received on that date. On July 7, 2008, Mr. Wilcox sent a letter by facsimile to my office which bore the date of June 30, 2008. That was the first time Defendants were informed of the present discovery disputes.

4. That same day, July 7, 2008, I immediately called Mr. Wilcox in an attempt to meet and confer, but was unable to reach him or to leave a message as his voice mailbox was "full." Mr. Wilcox and I eventually connected by telephone on Friday, July 11, 2008. The call lasted less than an hour, but the parties made progress. During that call, I agreed to call Mr. Wilcox to meet and confer regarding discovery issues on Monday, July 14th.

5. On Monday, July 14, 2008, my wife underwent a minor surgical procedure. Because of certain complications, the procedure took far longer than

had been expected. I was unable to be at my office on that day or the following day, July 15th, due to my wife's condition.

6. I believed, because of the progress made in the conversation I had with Mr. Wilcox on Friday, July 11th, that the parties were on their way to resolving the discovery disputes without the Court's intervention. But Mr. Wilcox never attempted to reach me again. Instead, he filed two voluminous motions to compel, including the present motion, on the afternoon of Tuesday, July 15, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on this 13th day of August, 2008.

s/Tomio B. Narita
Tomio B. Narita