Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-621-9659
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiffs

## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSÉ DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br>    Plaintiffs,<br><br><br>    v.<br><br><br>CREDIGY SERVICES CORPORATION,<br>CREDIGY RECEIVABLES INC., CREDIGY<br>SOLUTIONS INC., RYAN MILLER,<br>RICARDO VENTURA, BRETT BOYDE,<br>PAULO PERES, THOMPSON and DOES 1-<br>10, inclusive,<br>    Defendants. | Case No.: C07-05658 JW RS<br><br>**DECLARATION OF RONALD WILCOX IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEPOSITION**<br><br>**Date: September 3, 2008**<br>**Time: 9:30 a.m.**<br>**HON. RICHARD SEEBORG**<br><br>**U.S. DISTRICT COURT**<br>**280 South First St.**<br>**San José, CA** |

I, Ronald Wilcox, declare under penalty of perjury, as provided for by the laws of the United

States, 28 U.S.C. section 1746, that the following statements are true:

    1.  I am one of the Plaintiffs' attorneys in the matter above-captioned.

    2.  I make this declaration in support of Plaintiffs' Reply to Defendants' Opposition to

        Plaintiffs' Motion to Compel Deposition.

3. On April 25, 2008, Defendants stated they would employ a scorched earth policy in litigating this case. It is obvious that evasion and obstructionism are two of the scorched earth tactics Defendants have employed.

4. The parties agreed that Defendants FRCP 30(b)(6) witness deposition would proceed in San José, CA on April 22, 2008. Unfortunately, the designee produced by Defendants on that date was not competent in certain areas. Defendants then failed to appear for a continued deposition noticed for July 10, 2008 in San José, CA (of which Defendant failed to properly move for any protective order from the Court excusing its appearance).

5. Defendants' FRCP 30(b)6) witness already testified the collectors do receive bonuses and commissions. During that deposition the deponent testified Fausto Depo., Page 213: Q Do the collectors in Brazil earn bonuses or commissions? A To my knowledge, yes.

6. Defendants supplemented discovery and produced nearly one-thousand (1,000) pages of documents in the several weeks after Plaintiffs filed their Motion to Compel on July 15, 2008, including four hundred and forty-four (444) pages on August 12, 2008. Defendants have produced documents Bate stamped FA00001 – FA001887.[1]

7. Defendants failed to produce all documents relating to its reporting of the alleged debt to credit reporting agencies (as required by Court Order dated June 13, 2008), and are therefore in contempt. Defendants have only produced the documents relating to their credit reporting for a three-month period in 2006, despite having reported the debt for years, including throughout 2005-2006.

8. Defendants have still yet to provide the personnel file for Moises Moteli and Ralph Phillips. These are two individuals involved in a phone call to Plaintiffs where they

---

[1] Defendant alleges it sent 444 pages of documents via e-mail. Not all of the documents have been received.

threatened to report the alleged debt on Plaintiffs' credit report forever.

9.  Plaintiffs' extensive efforts to meet and confer, in person, via phone, and through letters

    and e-mails, before and after the filing of the herein motion to compel, are detailed in the

    Reply Regarding Plaintiffs' Motion to Compel Written Discovery also being filed on this

    date.

    Respectfully submitted and executed this 20th day of August, 2008.


    /s/ Ronald Wilcox
    Ronald Wilcox


DECLARATION IN SUPPORT OF REPLY TO OPPOSITION Case No.: C07-05658 JW RS