Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126-1001
Telephone: (408) 296-0400
Facsimile: (408) 207-0486
Email: ronaldwilcox@yahoo.com

Balam O. Letona SBN 229642
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Telephone: (831) 421-0200
Facsimile: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiffs
MANUEL G. FAUSTO, LUZ FAUSTO



IT IS SO ORDERED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive,<br><br>Defendants. | Case No: C07-05658 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING TO ADD AN EXPERT AND SERVE EXPERT REPORT |

1 | WHEREAS on or about April 4, 2008, the Plaintiffs served the Defendant Paulo Peres with a Notice of Deposition.

WHEREAS the deadline to add an expert in this action was July 28, 2008.

WHEREAS on August 4, 2008, Defendant's Counsel contacted counsel for Plaintiffs and advised that their client, Paulo Perez, required a Portuguese Interpreter for his deposition re-set in Atlanta on August 13, 2008 at 10:30 a.m.

WHEREAS the Plaintiffs have designated a Portuguese Interpreter in San Francisco within the expert deadline set by the Court but it is impractical and unduly burdensome and expensive to have the designated Portuguese Interpreter in San Francisco travel to Atlanta, GA without sufficient advance notice.

WHEREAS on August 5, 2008, Plaintiffs retained Certified Portuguese Interpreter, Maria-Cristina Knutzon, for the Perez deposition in Atlanta. A copy of the proposed Written Report of Maria-Cristina Knutzon is attached.

WHEREAS the Defendants stipulate to allowing the Plaintiffs to designate Ms. Knutzon and to file her expert report.

THEREFORE it is hereby stipulated between the parties that the Plaintiffs designate Ms. Knutzon as an expert and to file her report out of time.

IT IS SO STIPULATED

DATED: August 7, 2008         HUMPHREYS WALLACE HUMPHREYS
                              DAVID HUMPHREYS


                              By:/s/ David Humphreys
                                  David Humphreys
                                  Attorneys for Plaintiffs

1

| | | |
|---|---|---|
| DATED: August 7, 2008 | | SIMMONDS & NARITA LLP<br>TOMIO B. NARITA<br>JEFFREY A. TOPOR |

By: /s/ Tomio Narita
    Tomio B. Narita
    Attorneys for Defendants
    Credigy Services Corporation,
    Credigy Receivables, Inc., and
    Credigy Solutions, Inc.

DATED: August 7, 2008    CARLSON & MESSER LLP
    DAVID J. KAMINSKI

By: /s/ David Kaminski
    David J. Kaminski
    Attorneys for Defendants
    Luis Renato Silva Nunes erroneously
    sued as Ryan Miller, Brett Boyde and
    Paulo Peres

[~~PROPOSED~~ ORDER]

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the Plaintiffs may add Ms. Knutzon as an expert in this action and her written report shall be filed within 3 days of the Entry of this Order.

IT IS SO ORDERED:

DATED: August 19, 2008

By: *James Ware*
Honorable James Ware
United States District Court Judge

2