**FILED**

SEP 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Fausto,

    Plaintiff(s),

    v.

Credigy Services Corporation,

    Defendant(s).

No. C 07-05658 JW MED

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __8/27/08__

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☒ YES  ☐ NO

Dated: __8/27/08__

Mediator, Howard A. Herman
US District Court - ADR Program
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

**Certification of ADR Session**
07-05658 JW MED