Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-621-9659
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiffs

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br>     Plaintiffs,<br><br>          v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON and DOES 1-10, inclusive,<br>     Defendants. | Case No.: C07-05658 JW RS<br><br>**ERRATA REGARDING PLAINTIFFS' MOTION TO COMPEL WRITTEN DISCOVERY**<br><br>**Date: September 22, 2008**<br>**Time: 9:30 a.m.**<br>**HON. RICHARD SEEBORG**<br><br>**U.S. DISTRICT COURT**<br>**280 South First St.**<br>**San Jose, CA** |

Judge's Chambers has inquired as to whether this case settled at Mediation and whether any discovery issues remain. The case has not settled. The parties met and conferred further on Friday, August 29, 2008.

**Discovery close to being received:**

❖     Privilege Log

Defendants indicate they are currently working on a privilege log, but have note provided a

- 0 -

ERRATA REGARDING PLAINTIFFS' MOTION TO COMPEL WRITTEN DISCOVERY

timetable as to its production.

❖ Interrogatory 16

*Identify the name and address of the long distance telephone provider used to place calls relating to Plaintiff's account (include the account # with such entity and the telephone number Plaintiffs were dialed from).*

Through further meet and confer efforts Defendants agreed to produce the actual phone records.[1] However, Defendants have yet to agree as to how and when they would produce these items.

❖ Request for Production 16

*All agreements Defendants have with any entity concerning the servicing or collection of the debt to Plaintiffs.*

On August 29, 2008, the parties met and conferred about whether the general services Solucoes Brazil provides to CSC is described in a one-page document described as Exhibit A. At that time, Mr. Narita could not answer and said he would get back to me. We are waiting for a response.

**Remaining dispute:**

*Manuel Fausto, Set One of Discovery*

❖ Request for Production 12 and 13

*All complaints, judgments and consent orders from 2006-2008 relating to Defendants' conduct in the collection of individuals' debts; and its acts or practices under the FDCPA.*

❖ Request for Production 29 and 30

*Any written communication to defendants from 2006-2008 where an individual or their attorney, alleged Defendants were threatening to sue on a time barred debt.*

*Any judgments or decisions from a Court addressing whether Defendants were attempting to collect a debt they could not prove.*

❖ Interrogatory 2

*What steps were taken, on what date and by whom to review Plaintiff's account.*

---

[1] Plaintiff's RPD 4 and 5 also called for, "All documents, logs and correspondence relating to the alleged debt."

*Manuel Fausto, Set Two of Discovery*

- ❖ Request for Production 1

    *All letters received from any consumers complaining about the debt collection practices of Defendants.*

- ❖ Interrogatory 5 – 9

    *State all incentive pay (bonuses, commissions, etc.) paid to Ricardo Ventura, Brett Boyde, Ryan Miller, Paulo Peres, Thompson, a.k.a. RG Oncalve.*

*Luz Fausto, Set One of Discovery*

- ❖ Request for Production 1 – 39

    *Provide a copy of the personnel file of "adias" (first remove any medical information).*

    *Provide copies of any and all tests, relating to the FDCPA, taken by "adias," employment applications, resumes, and performance evaluations of "adias."*

    *Provide any and all documents showing the last known address and telephone number of "adias."*

    *[The same discovery demands were served for the following other individuals: "jfmelo", "eisilva", "lnunes", "dgregores", "acompani", "cdsilva", "rgoncalves", "sblackwell", "kervin", "poston", "kramos" and "lgammage" - for the sake of judicial efficiency Plaintiffs listed the three discovery demands above, but, did not repeat them, thirty-nine (39) times].*

- ❖ Request for Production 40

    *Provide a copy of any document evidencing your internal communications with respect to Plaintiff, the debt, this lawsuit, or the claims in the Amended Complaint.*

- ❖ Interrogatory 1-13

    *Identify the full legal name, last known address, and telephone of the collector known as: "adias," "jfmelo," "eisliva," "lnunes," "dgregores," "acompani," "cdsilva," "rgoncalves," "sblackwell," "kervin," "lposton," "kramos," "lgammage,"*

- ❖ Interrogatory 14

    *List by name, alias, job title, last known address and telephone number, and dates of employment of each of your employees, agents, or servants who communicated (orally or in writing) with Plaintiff. Provide the date, time, location and subject matter of each such communication or contact. Provide any documents that mention or refer to communications with Plaintiff or were created, prepared, or otherwise generated as a result of those communications.*

- ❖ Interrogatory 16

*List the names, aliases, job title of each of your employees who contacted Plaintiff or another person regarding this debt.*

❖ Interrogatory 18

*Describe in detail the effort Defendant has made to preserve, search for, identify, collect, review, and produce relevant documents.*

❖ Interrogatory 19

*Identify the net worth including the assets and liabilities of each and every Defendant in this action.*

❖ Interrogatory 20

*Name all persons who investigated the Fausto's claims of harassment and unlawful collection practices.*

❖ FA 1355 - 1487 and FA 1619 – 1664

The FA documents go up to 1884. Plaintiffs' counsel has not received any of the FA documents listed above.

Respectfully submitted,

/s/ Balám O. Letona
_____

Balám O. Letona
Attorney for Plaintiffs
September 2, 2008

ERRATA REGARDING PLAINTIFFS' MOTION TO COMPEL WRITTEN DISCOVERY