Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-621-9659
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

David Humphreys *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Luke Wallace *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>　　　　　　　Defendant(s). | Case No.: C07-05658 JW RS<br><br>**NOTICE OF DOCUMENTS LODGED IN CONNECTION WITH PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO LOCAL RULE 79-5(d)** |

**DOCUMENTS SUBMITTED UNDER SEAL**

　　Plaintiffs are lodging the following documents in connection with Plaintiffs' Administrative Motion for a Sealing Order Pursuant to Local Rule 79-5(d):

1

1. Un-redacted version of the Plaintiffs' Opposition to Defendant's Motion for Leave to File a Counterclaim.

2. Exhibits 1: Collection Logs.

3. Exhibit 3: General Services Agreement between CSC and Solucoes Brazil.

Dated: September 2, 2008                         Respectfully submitted,

                                                         ___/s/Balam O. Letona
                                                         Balám O. Letona
                                                         Attorney for Plaintiffs

2

Notice of Documents Lodged in Connection with Plaintiffs' Administrative Motion for Sealing Order Pursuant to Local Rule 79-5(d)