```
Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiffs
MANUEL G. FAUSTO, LUZ FAUSTO
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>                    Plaintiffs,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>                    Defendant(s). | Case No.: C07-05658 JW RS<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO LOCAL RULE 79-5(d)** |

TO:   CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, and THOMPSON

PLEASE TAKE NOTICE that Plaintiffs are filing this administrative motion for a sealing order for the following documents:

1. Un-redacted version of the Plaintiffs' Opposition to Defendant's Motion for Leave to File a Counterclaim

---

1

Plaintiffs' Administrative Motion for Sealing Order Pursuant to Local Rule 79-5(d)

2. Exhibit 1: Collection Logs.

3. Exhibit 3: General Services Agreement between CSC and Solucoes Brazil.

These documents have been designated as confidential by Defendant Credigy Services Corporation. Therefore, pursuant to Local Rule 79-5(d), Plaintiffs are submitting these documents in support of Plaintiffs' Opposition to Defendant's Motion for Leave to File a Counterclaim and are lodging these documents with the Court. Local Rule 79-5(d) requires that to have these documents filed under seal, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must be lodge and serve as narrowly tailored sealing order, or must withdraw the designation of confidentiality.

Dated: September 2, 2008                    Respectfully submitted,


/s/ Balam O. Letona
Balám O. Letona
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659

ATTORNEY FOR PLAINTIFFS