1   Balám O. Letona, Bar No. 229642
    LAW OFFICE OF BALÁM O. LETONA, INC.
2   1347 Pacific Avenue, Suite 203
    Santa Cruz, CA 95060-3940
3   Tel: 831-421-0200
    Fax: 831-621-9659
4   Email: letonalaw@gmail.com

5   Ronald Wilcox, Bar No. 176601
    LAW OFFIC OF RONALD WILCOX
6   2160 The Alameda, First Floor, Suite F
    San Jose, CA 95126
7   Tel: 408-296-0400
    Fax: 408-296-0486
8   Email: ronaldwilcox@post.harvard.edu

9   David Humphreys *(pro hac vice)*
    Humphreys Wallace Humphreys P.C.
10  9202 South Toledo Ave.
    Tulsa, Oklahoma 74137
11
    Luke Wallace *(pro hac vice)*
12  Humphreys Wallace Humphreys P.C.
    9202 South Toledo Ave.
13  Tulsa, Oklahoma 74137

14  Attorneys for Plaintiffs

15                      **U.S. DISTRICT COURT**
16              **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN JOSÉ DIVISION**

17  MANUEL G. FAUSTO and LUZ FAUSTO,  )
        Plaintiffs,                    )  Case No.: C07-05658 JW RS
18                                     )
        v.                             )  **DECLARATION OF BALÁM O. LETONA**
19                                     )  **IN SUPPORT OF PLAINTIFFS'**
    CREDIGY SERVICES CORPORATION,     )  **OPPOSITION TO DEFENDANT'S**
20  CREDIGY RECEIVABLES INC., CREDIGY )  **MOTION FOR LEAVE TO FILE**
    SOLUTIONS INC., RYAN MILLER,      )  **COUNTERCLAIM**
21  RICARDO VENTURA, BRETT BOYDE,     )
    PAULO PERES, THOMPSON and DOES 1- )  Date: September 22, 2008
22  10, inclusive,                     )  Time: 9:00 a.m.
        Defendants.                    )  **HON. JAMES WARE**
23                                     )
                                       )  **U.S. DISTRICT COURT**
24                                     )  **280 South First St.**
                                          **San Jose, CA**
25  ─────────────────────────────

DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO
AMEND, Case No.: C07-05658 JW RS
1

I, Balám Letona, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. section 1746, that the following statements are true:

1. I am one of the Plaintiffs' attorneys in the matter above-captioned.
2. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion for Leave to File Counterclaim.
3. Attached as Exhibit 1 is a true and correct copy of the Faustos collection log provided by CSC and filed as sealed with this court.
4. Attached as Exhibit 2 is a true and correct copy of the CSC 30(b)6 deposition transcript
5. Attached as Exhibit 3 is a true and correct copy of the service agreement between CSC and Solucoes Brazil and filed as sealed with this court.
6. The FRCP 30(b)6 testified at least twenty-eight (28) times that Solucoes Brazil provided its own employees to CSC. Also, the personnel files provided in discovery show that those individuals worked for Solucoes Brazil.
7. In his deposition Paulo Peres stated that he never participated in any telephone calls with the Faustos, but only sent a letter with his name on it.
8. The individual defendants have failed to appear at duly noticed depositions and have failed to respond to discovery.
9. Attached as Exhibit 4 is a true and correct copy of a letter sent from Defendants' counsel to Plaintiffs' counsel with respect to the other Defendants.
10. Attached as Exhibit 5 is a true and correct copy of an e-mail sent in April 2008 from Plaintiffs' counsel to Defendants' counsel with respect to the recordings.

Respectfully submitted and executed this 2nd day of September 2008,

//

DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO AMEND, Case No.: C07-05658 JW RS

2

1  /s/ Balám Letona

2  Balám Letona

Page 1

```
 1
 2                UNITED STATES DISTRICT COURT
 3        FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE
 4
 5   MANUEL G. FAUSTO and LUZ,      )
     FAUSTO,                        )
 6                                  )
              Plaintiffs,           )
 7                                  )
                                    )
 8      vs.                         ) Case No. C07 05658 JW (RS)
                                    )
 9   CREDIGY SERVICES CORPORATION;  )
     CREDIGY RECEIVABLES, INC.;     )
10   CREDIGY SOLUTIONS, INC.;       )
     RYAN MILLER; RICARDO VENTURA;  )
11   BRETT BOYDE; PAULO PERES;      )
     THOMPSON; and DOES 1-10,       )
12   inclusive,                     )
                                    )
13            Defendants.           )
     _____)
14
15
                DEPOSITION OF JASON SEAN WILLIAMS
16
17       BE IT REMEMBERED:  That pursuant to Notice of
18   Taking Deposition and on Tuesday, the 22nd day of 2008,
19   commencing at the hour of 9:13 a.m. of said day, before
20   me, Lisa Solomon, C.S.R., License Number CSR-8058,
21   personally appeared JASON SEAN WILLIAMS, called as a
22   witness herein, at the offices of Talty Court Reporters,
23   2131 The Alameda, Suite D, San Jose, California, and
24   being by me first duly affirmed, was examined as a
25   witness in said cause.
```

TALTY COURT REPORTERS, INC.                    (408) 244-1900   FAX: (408) 244-1374


EXHIBIT 2

```
                                                              Page 2
 1              A P P E A R A N C E S
 2
 3   For the Plaintiffs:      LAW OFFICE OF RONALD WILCOX
 4                            2160 The Alameda
 5                            Suite F
 6                            San Jose, CA  95126
 7                       BY:  RONALD WILCOX, ESQ.
 8                            and
 9                            BALAM O. LETONA, ESQ.
10
11
12   For the Defendants:      DAVID J. KAMINSKI, ESQ.
13                            5959 W. Century Boulevard
14                            Suite 1214
15                            Los Angeles, CA  90045
16
17
18   Videographer:            Balam O. Letona
19
20
21
22
23
24
25
```

TALTY COURT REPORTERS, INC.                    (408) 244-1900   FAX: (408) 244-1374

EXHIBIT 2

Page 3

1                    INDEX OF EXHIBITS

2

3    Plaintiffs'                                          Page

4    No. 1       Group of documents Bate
                 stamped FA00001 to FA0014         94
5
     No. 2       Wells Fargo MasterCard
6                Customer Agreement and
                 Disclosure Statement              209
7
     No. 3       Letter dated November 28,
8                2006 with attachments             221

9
     No. 4       FDCP Review                       245
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


EXHIBIT 2

```
 1   on FA2.  Over in the right column there's a column
 2   header "Collector," and then below that is "eisilva,"
 3   S-i-l-v-a.  Do you see that?
 4       A    I do.
 5       Q    Is eisilva a debt collector in the Brazil
 6   Credigy location?
 7       A    To my knowledge, eisilva is a debt collector in
 8   the Brazilian location maintained by Credigy Solucoes
 9   under contract to Credigy Services Corp.
10       Q    How do you know that?
11       A    Well, for one, the -- at this point in time we
12   did not at Credigy Services Corp. have any or many
13   internal collectors at Credigy Services Corp. in Atlanta
14   remain.
15            So at this point in time, December 3rd, 2007,
16   most all -- and it could have been all, I'd have to
17   double check, of the calls that Credigy Service Corp.
18   were made were being handled by contracted employees
19   provided by Credigy Solucoes.
20            I also would have to look back at the notes and
21   I can determine -- for example, looking on FA04 on the
22   date of April 10, 2007, that a letter was issued with
23   the letter code DD02 CSC BZ, which indicates to me that
24   at that time this account was being worked by the
25   personnel provided by Credigy Solucoes.
```

Page 98

1           And what I was looking for -- again, on
2  December 22nd, 2006, there is another indication there
3  was a letter template that's on FA06 generated.  It has
4  the BZ code, so the account was being worked by
5  personnel provided by Credigy Solucoes at that time.
6           And let me -- here we go.  When I was looking
7  back on August 18th, 2006, on FA08, there's a note
8  halfway down the page marked as a systems event and
9  identified in column 3 as public, that the particular
10 account number we're talking about here was moved
11 between portfolios by Mariam Arakawa Irie's request.
12          So I could state definitively at this point in
13 time that August 18th, 2006, that this account was
14 certainly being worked by personnel provided by Credigy
15 Solucoes to Credigy Services Corp.
16      Q   Okay.
17      A   So again, a review of the notes -- tracking
18 notes related to the case.
19      Q   Did Ulysses Rodrigues ever talk to eisilva
20 about the Fausto account?
21      A   I have no idea.
22      Q   Did Vinicius ever talk to eisilva about the
23 Fausto account?
24          MR. KAMINSKI:  Objection.  Calls for
25 speculation.  Lacks foundation.

Page 137

1  there -- it's what I'm presuming, because there's no
2  indication it's an inbound phone call.
3      Q   What would -- what would signify it being an
4  inbound phone call?
5      A   Typically there will be a notation that it's an
6  inbound phone call.  There's some other tracking notes
7  here, and the tracking notes that -- indicate that there
8  are -- phone calls are inbound phone calls.
9      Q   Is kramos -- where is kramos located?
10     A   Kramos is an employee of Credigy Solucoes
11 Financeiras on contract to Credigy Services Corp.
12     Q   How do you know that?
13     A   I know that because if I look back on FA9, I
14 see on July 7th, 2006, the account was moved to the
15 internal non-legal warehouse portfolio.  And I see that
16 on August 16th there was a letter issued.  And this
17 letter template is a letter template that's issued when
18 a group or portfolio of accounts is assigned to a group
19 of collectors provided by Credigy Solucoes to Credigy
20 Services Corp, and that's apparent from the letter code
21 where we have the notation BZ.  So that's how I know
22 that kramos is actually with Credigy Solucoes.
23     Q   What procedure does Credigy in Brazil follow
24 when they receive a verbal dispute like the one you just
25 mentioned on August 22nd, 2000 and 6?

Page 252

1   STATE OF CALIFORNIA   )
2   COUNTY OF SANTA CLARA)
3                    CERTIFICATE
4        I, Lisa R. Smith, a Certified Shorthand
5   Reporter, License No. CSR-8058, certify that the witness
6   in the foregoing deposition, JASON SEAN WILLIAMS, was
7   duly sworn by me to tell the truth in the within
8   entitled cause.  Said deposition was reported by me, a
9   Certified Shorthand Reporter and a disinterested person,
10  to the best of my ability, and thereafter transcribed
11  into typewriting under my direction and supervision.
12  Date:  5/13/08
13
                                  _____
                                  Lisa R. Smith, C.S.R.
14                                License No. CSR-8058
15       The signing of the deposition by the deponent
16  was waived by stipulation at the time of the taking of
17  the deposition. _____
18       The deponent personally appeared on
19  the_____day of_____2008, and upon said date read
20  and signed the deposition. _____
21       Upon completion of the deposition, the deponent
22  was notified that it was ready for signature, but did
23  not sign said deposition for the following
24  reason:_____
25

## CARLSON & MESSER LLP
### LAWYERS

JEFFERY J. CARLSON
CHARLES R. MESSER
DAVID J. KAMINSKI
LARISSA G. NEFULDA
EDGAR N. DE VERA
J. GRACE FELIPE
MARTIN SCHANNONG
STEPHEN A. WATKINS
MICHAEL P. LAVIGNE

5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045
TELEPHONE (310) 242-2200
FAX (310) 242-2222
WWW.CMTLAW.COM
E-MAIL: CMT@CMTLAW.COM

OF COUNSEL

JOSEPH R. ZAMORA *
JEANNE L. ZIMMER

*CERTIFIED APPELLATE
LAW SPECIALIST
THE STATE BAR OF
CALIFORNIA
BOARD OF LEGAL
SPECIALIZATION

June 18, 2008

**VIA E-MAIL AND FACSIMILE**

Ronald Wilcox, Esq.
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126

Re:   *Fausto, Manuel & Luz Fausto v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.*
      Case No.: C07-05658 JW RS
      Our File No. 05712.00

Dear Ron:

      This letter will address the discovery issues in this case. As you know, we spoke and discussed these issues today.

      On June 13, 2008, you sent me an e-mail at approximately 2:35 p.m. that day. Please note that I was out of State and had no access to e-mail. In that e-mail, you requested deposition dates for the depositions of Luis Renato Silva Nunes, Ricardo Ventura, Paulo Peres, Rita Goncalves, Fabiano Nasciemiento Ferrao for August 13, 14th and 15th, 2008. With regard to these depositions, and as you know, my office has only filed Answers to Plaintiff's Complaint in *Fausto* on behalf of Nunes and Peres. My office does not represent Ventura, Goncalves or Ferrao (*Pintor* case). As you know, my office has also filed Motions to Withdraw from the Stipulation that was entered into between the parties to respond on behalf of Ventura, Goncalves and Ferrao. Those Motions are set for July 25, 2008 in *Pintor* and September 22, 2008 in *Fausto*. My office has been unable to get in contact with these individuals in any regard, as they are former employees of Credigy, and therefore, I have absolutely no ability of any kind to produce them for a deposition. Therefore, I cannot provide any deposition dates for deponents Ventura, Goncalves and Ferrao.

      With respect to Luis Renato Silva Nunes, he has a scheduled Visa interview for September 2, 2008 at 9:30 a.m. in Brazil. I am informed that the interview is a prerequisite to the issuance of a Visa. The interview does not guarantee that Mr. Nunes will be granted a Visa, but we will likely know the status of the Visa within 10-15 days thereafter. We will report to you as soon after September 2, 2008 when we obtain information concerning the results of the Visa interview with Nunes. In light of the fact that Mr. Nunes' Visa interview does not take place until September 2, 2008, we cannot produce him for a deposition in the United States in August 2008. We also cannot provide you with a deposition date until such time as we learn that he has been actually granted a Visa.

05712.00:145273



**EXHIBIT 4**

Ronald Wilcox, Esq.
Re: <u>Fausto, Manuel & Luz Fausto v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.</u>
June 18, 2008
Page 2

  With regard to Paulo Peres, I was just recently informed that Mr. Peres recently left the employment of Credigy. I am in the process of attempting to get in touch with him immediately. I will get back to you with regard to Mr. Peres' status as soon as possible.

  On June 16, 2008, your office served a first set of discovery in the *Pintor* case on Fabiano Ferrao, a first set of discovery in the *Fausto* case on Rita Goncalves, and a first set of discovery in the *Fausto* case on Ricardo Ventura. As set forth above, my office never represented these individuals, they are former Credigy employees, they have never appeared in this action, we have never been able to contact them, and therefore my office has no authority or ability to respond the discovery as to these individuals. As set forth above, and as you know, Motions to Withdraw from Stipulations as to these individuals are currently set for July 25, 2008 and September 22, 2008, in the *Pintor* and *Fausto* cases, respectively.

  As you know, Credigy has provided you with the last known address and employee information, to the extent available, with respect to Ventura, Goncalves and Ferrao.

  If you have any questions or if you wish to further discuss the matters herein, please do not hesitate to contact me at your earliest convenience.

          Very truly yours,

          David J. Kaminski
          CARLSON & MESSER LLP

DJK:dan

cc: Tomio Narita, Esq.
   Jeff Topor, Esq.

05712.00:145273

EXHIBIT 4



**From:** Ronald Wilcox <ronaldwilcox@mac.com>
**Subject: Fausto v. Credigy, Stipulation regarding recordings**
**Date:** April 16, 2008 7:02:10 PM PDT
**To:** "David J. Kaminski" <KAMINSKD@cmtlaw.com>
▶  1 Attachment, 151 KB

Dear David,

Plaintiffs are working on their discovery responses. I see Defendants have requested the recordings I mentioned to you. As mentioned before, we would be happy to enter into a stipulation regarding the timing of turnover of the recordings- to occur after Defendants' depositions. As you know Judges on San Jose have already ruled similarly on the issue. See *Renteria v. Collectorp.*, 2005 U.S. Dist. LEXIS 41769 (N.D. CA. 2005). Please call me so we can discuss the stipulation.


Thank you,

Ronald Wilcox
Attorney at Law
2160 The Alameda, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@mac.com



Renteria v. C...pdf (151 KB)


EXHIBIT 5