```
 1  Balám O. Letona, Bar No. 229642
    LAW OFFICE OF BALÁM O. LETONA, INC.
 2  1347 Pacific Avenue, Suite 203
    Santa Cruz, CA 95060-3940
 3  Tel: 831-421-0200
    Fax: 831-621-9659
 4  Email: letonalaw@gmail.com

 5  Ronald Wilcox, Bar No. 176601
    LAW OFFIC OF RONALD WILCOX
 6  2160 The Alameda, First Floor, Suite F
    San Jose, CA 95126
 7  Tel: 408-296-0400
    Fax: 408-296-0486
 8  Email: ronaldwilcox@post.harvard.edu

 9  David Humphreys (pro hac vice)
    Humphreys Wallace Humphreys P.C.
10  9202 South Toledo Ave.
    Tulsa, Oklahoma 74137
11
    Luke Wallace (pro hac vice)
12  Humphreys Wallace Humphreys P.C.
    9202 South Toledo Ave.
13  Tulsa, Oklahoma 74137

14  Attorneys for Plaintiffs
```

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSÉ DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, <br>     Plaintiffs, <br><br> v. <br><br> CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON and DOES 1-10, inclusive, <br>     Defendants. | Case No.: C07-05658 JW RS <br><br> **DECLARATION OF BALÁM O. LETONA IN OPPOSITION TO DEFENDANTS' MOTION TO WITHDRAW FROM STIPULATION** <br><br> Date: September 22, 2008 <br> Time: 9:00 a.m. <br> **HON. JAMES WARE** <br><br> **U.S. DISTRICT COURT** <br> **280 South First St.** <br> **San Jose, CA** |

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO WITHDRAW, Case No.: C07-05658 JW RS

1

I, Balám Letona, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. section 1746, that the following statements are true:

1. I am one of the Plaintiffs' attorneys in the matter above-captioned.
2. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Withdraw from Stipulation.
3. Plaintiffs propounded discovery on the remaining Defendants and Defendants' counsel failed to respond to written discovery.
4. Attached as Exhibit 1 is a true and correct copy of a sent from Defendants' counsel.
5. Plaintiffs counsel made an effort to resolve this matter by requesting Defendants stipulate they will not attempt to rely on evidence from these individuals. Defendants refused.

Respectfully submitted and executed this 2nd day of September 2008,

/s/ Balám Letona

Balám Letona

## CARLSON & MESSER LLP
### LAWYERS

JEFFERY J. CARLSON
CHARLES R. MESSER
DAVID J. KAMINSKI
LARISSA G. NEFULDA
EDGAR N. DE VERA
J. GRACE FELIPE
MARTIN SCHANNONG
STEPHEN A. WATKINS
MICHAEL P. LAVIGNE

5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045
TELEPHONE (310) 242-2200
FAX (310) 242-2222
WWW.CMTLAW.COM
E-MAIL: CMT@CMTLAW.COM

OF COUNSEL

JOSEPH R. ZAMORA *
JEANNE L. ZIMMER

*CERTIFIED APPELLATE
LAW SPECIALIST
THE STATE BAR OF
CALIFORNIA
BOARD OF LEGAL
SPECIALIZATION

June 18, 2008

**VIA E-MAIL AND FACSIMILE**

Ronald Wilcox, Esq.
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126

Re:   Fausto, Manuel & Luz Fausto v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.
      Case No.: C07-05658 JW RS
      Our File No. 05712.00

Dear Ron:

This letter will address the discovery issues in this case. As you know, we spoke and discussed these issues today.

On June 13, 2008, you sent me an e-mail at approximately 2:35 p.m. that day. Please note that I was out of State and had no access to e-mail. In that e-mail, you requested deposition dates for the depositions of Luis Renato Silva Nunes, Ricardo Ventura, Paulo Peres, Rita Goncalves, Fabiano Nasciemiento Ferrao for August 13, 14th and 15th, 2008. With regard to these depositions, and as you know, my office has only filed Answers to Plaintiff's Complaint in *Fausto* on behalf of Nunes and Peres. My office does not represent Ventura, Goncalves or Ferrao (Pintor case). As you know, my office has also filed Motions to Withdraw from the Stipulation that was entered into between the parties to respond on behalf of Ventura, Goncalves and Ferrao. Those Motions are set for July 25, 2008 in *Pintor* and September 22, 2008 in *Fausto*. My office has been unable to get in contact with these individuals in any regard, as they are former employees of Credigy, and therefore, I have absolutely no ability of any kind to produce them for a deposition. Therefore, I cannot provide any deposition dates for deponents Ventura, Goncalves and Ferrao.

With respect to Luis Renato Silva Nunes, he has a scheduled Visa interview for September 2, 2008 at 9:30 a.m. in Brazil. I am informed that the interview is a prerequisite to the issuance of a Visa. The interview does not guarantee that Mr. Nunes will be granted a Visa, but we will likely know the status of the Visa within 10-15 days thereafter. We will report to you as soon after September 2, 2008 when we obtain information concerning the results of the Visa interview with Nunes. In light of the fact that Mr. Nunes' Visa interview does not take place until September 2, 2008, we cannot produce him for a deposition in the United States in August 2008. We also cannot provide you with a deposition date until such time as we learn that he has been actually granted a Visa.

05712.00:145273



EXHIBIT 1

Ronald Wilcox, Esq.
Re: <u>Fausto, Manuel & Luz Fausto v. Credigy Services Corp.; Credigy Receivables, Inc.; et al.</u>
June 18, 2008
Page 2

    With regard to Paulo Peres, I was just recently informed that Mr. Peres recently left the employment of Credigy. I am in the process of attempting to get in touch with him immediately. I will get back to you with regard to Mr. Peres' status as soon as possible.

    On June 16, 2008, your office served a first set of discovery in the *Pintor* case on Fabiano Ferrao, a first set of discovery in the *Fausto* case on Rita Goncalves, and a first set of discovery in the *Fausto* case on Ricardo Ventura. As set forth above, my office never represented these individuals, they are former Credigy employees, they have never appeared in this action, we have never been able to contact them, and therefore my office has no authority or ability to respond the discovery as to these individuals. As set forth above, and as you know, Motions to Withdraw from Stipulations as to these individuals are currently set for July 25, 2008 and September 22, 2008, in the *Pintor* and *Fausto* cases, respectively.

    As you know, Credigy has provided you with the last known address and employee information, to the extent available, with respect to Ventura, Goncalves and Ferrao.

    If you have any questions or if you wish to further discuss the matters herein, please do not hesitate to contact me at your earliest convenience.

                        Very truly yours,

                        David J. Kaminski
                        CARLSON & MESSER LLP

DJK:dan

cc:    Tomio Narita, Esq.
        Jeff Topor, Esq.

05712.00:145273

EXHIBIT 1