UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time in Court: __8min__

**<u>MAGISTRATE JUDGE RICHARD SEEBORG</u>**

ERO/CRT REPRTR: __FTR__  
COURTROOM DEPUTY: __MARTHA PARKER BROWN__

DATE: __9/3/08__  
CASE #: __C 07-05658JW__

CASE TITLE: __MANUEL FAUSTO, ET AL__ VS. __CREDIGY SERVICES, ET AL__

**<u>Appearances for Plaintiff(s)</u>**  
__BALAM O. LETONA__

**<u>Appearances for Defendant(s)</u>**  
__TOMIO NARITA__

**<u>TODAY'S PROCEEDINGS</u>**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   { X } MOTIONS LISTED BELOW:

<u>Pltf.</u>  <u>Deft.</u>  <u>Cross Mot.</u>  
{X}   { }   { }   1. __TO COMPEL__  
{ }   { }   { }   2. _____  
{ }   { }   { }   3. _____  
{ }   { }   { }   4. _____

<u>DISPOSITION of TODAY'S PROCEEDINGS</u>

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**<u>MOTION DISPOSITION SHOWN BELOW:</u>**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT  
Additional Comments: __COUNSEL ARE DIRECTED TO MEET AND CONFER. THEY INDICATE SOME ISSUES HAVE BEEN RESOLVED AND WILL NOTIFY THE COURT AS TO WHAT ISSUES REMAIN, THEN THE COURT WILL ISSUE A WRITTEN ORDER.__