***E-FILED 9/5/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO et al., | NO. C 07-5658 JW (RS) |
| Plaintiffs, | **ORDER TO FILE JOINT SUPPLEMENTAL REPORT** |
| v. | |
| CREDIGY SERVICES CORP. et al., | |
| Defendants. | |

At the hearing on September 3, 2008, plaintiffs moved to compel discovery under Rule 26(b)(1) of the Federal Rules of Civil Procedure from defendants. Both parties were instructed to confer privately prior to hearing the motion's merits in an attempt to resolve questions at issue. Both parties are hereby ordered to file a joint supplemental report of what was or what was not resolved in regards to the pending motion to compel on or before September 12, 2008. Only in the event that the parties cannot submit jointly, each party shall file a separate report addressing the issue referenced above.

IT IS SO ORDERED.

Dated: 9/5/08

_____
RICHARD SEEBORG
United States Magistrate Judge

C 07-5658 JW (RS)

1

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2 Balam Osberto Letona    letonalaw@gmail.com

3 David Humphreys    david@hwh-law.com

4 David J. Kaminski    kaminskd@cmtlaw.com

5 Jeffrey A. Topor    jtopor@snllp.com, sschmitt@snllp.com

6 Lucius James Wallace    luke@hwh-law.com

7 Ronald Wilcox    ronaldwilcox@post.harvard.edu

8 Tomio Buck Narita    tnarita@snllp.com, sschmitt@snllp.com

9 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

11 **Dated: 9/5/08**                                            **Richard Wieking, Clerk**

                                                              **By:    Chambers**

C 07-5658 JW (RS)

2