1  Balám O. Letona, Bar No. 229642
   LAW OFFICE OF BALÁM O. LETONA, INC.
2  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
3  Tel: 831-421-0200
   Fax: 831-621-9659
4  Email: letonalaw@gmail.com

5  Ronald Wilcox, Bar No. 176601
   LAW OFFIC OF RONALD WILCOX
6  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
7  Tel: 408-296-0400
   Fax: 408-296-0486
8  Email: ronaldwilcox@post.harvard.edu

9
   David Humphreys *(pro hac vice)*
10 Humphreys Wallace Humphreys P.C.
   9202 South Toledo Ave.
11 Tulsa, Oklahoma 74137

12
   Luke Wallace *(pro hac vice)*
13 Humphreys Wallace Humphreys P.C.
   9202 South Toledo Ave.
14 Tulsa, Oklahoma 74137

15 Attorneys for Plaintiffs

16                      **U.S. DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
17                      **SAN JOSE DIVISION**

18 MANUEL G. FAUSTO and LUZ FAUSTO,  )
          Plaintiffs,                )  Case No.: C07-05658 JW RS
19                                   )
          v.                         )
20 CREDIGY SERVICES CORPORATION,     )  **PLAINTIFF'S PRETRIAL STATEMENT**
   CREDIGY RECEIVABLES INC., CREDIGY )
21 SOLUTIONS INC., RYAN MILLER,      )
   RICARDO VENTURA, BRETT BOYDE,     )  **Date: September 15, 2008**
22 PAULO PERES, THOMPSON and DOES 1- )  **Time: 11:00 a.m.**
   10, inclusive,                    )  **HON. JAMES WARE**
23                                   )
          Defendants.                )  **U.S. DISTRICT COURT**
24                                   )  **280 South First St.**
                                     )  **San Jose, CA**
25                                   )
                                     )
26 ——————————————————————————————————)

27       Currently pending before the Court are Plaintiffs' Motion to Compel Deposition, and Motion to

28 Compel Written Discovery.  The matters were continued and heard on September 3, 2008.

                                    - 1 -

As discussed in those motions, Defendants failed to produce a competent F.R.C.P. 30(b)(6) witness in April 2008, and failed to appear for subsequently noticed depositions, forcing Plaintiff to compel such.  Defendant also failed to produce documents at the depositions, and failed to produce documents as a result of written discovery, forcing Plaintiff to file a Motion to Compel Written Discovery.

At a hearing on both motions on Wednesday, September 3, 2008, Hon. Richard Seeborg ordered the parties to attempt to resolve their differences and report back to the court while still present at the courthouse. The parties did meet and confer further. Unfortunately, Defendants counsel had to catch a flight and was unable to report back to the Court. The parties were to discuss the matter further and file a brief with the Court regarding what matters have been resolved. Unfortunately, Defendants counsel was again unavailable, leaving Plaintiffs at a loss as to how to guide this Court further in regard to trial scheduling and in completing a Joint Pre-Trial Statement. However, today Judge Seeborg ordered the parties to submit a Joint Statement by September 12, 2008 or in the alternative each side submit a statement with respect to outstanding discovery issues. See Docket #123.

Furthermore, Judge Seeborg had ordered certain debt collectors in Brazil to appear for depositions in Atlanta, GA. Several collectors failed to appear. The deposition of one of the collectors has been set for later this month (since he was to attend a Visa application hearing September 2, 2008-Defendants have yet to update Plaintiffs as to the result of the Visa application hearing). Additionally, there are other depositions pending for both sides.

Finally, Defendants counsel earlier agreed he would circulate a draft of a Joint Pretrial Statement. He was reminded of that promise in an email to him earlier today, but failed to respond. Additionally, Plaintiffs counsel attempted to reach Defendants counsel today nor did Defendants counsel respond to Plaintiffs e-mail. It is now approaching 6:00 pm of the due date for the Joint Pre-Trial Statement, thus Plaintiff files the herein Plaintiffs' Pre-Trial Statement.

1    Respectfully submitted,

2    Dated: September 5, 2008

3    /s/

4    _____

5    Balám Letona, Counsel for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' PRE-TRIAL STATEMENT