TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 07 05658 JW (RS)<br><br>**CREDIGY DEFENDANTS' PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>The Honorable James Ware |

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE STATEMENT
AND [PROPOSED] ORDER

1   On March 28, 2008, the Court entered its Scheduling Order in this action,
2 directing the parties to file and lodge a Preliminary Pretrial and Trial Setting
3 Conference Statement and Proposed Order, on or before August 15, 2008.

4   On August 11, 2008, the Court entered its Order referring the case to
5 mediation. That Order continued the deadline for submitting the Preliminary
6 Pretrial Conference Statement until September 5, 2008. Plaintiffs elected to file
7 their own Statement without input from Defendants on September 5, 2008.

8   Pursuant to the Court's Orders of March 28, 2008 and August 11, 2008,
9 Defendants Credigy Services Corporation, Credigy Receivables, Inc. and Credigy
10 Solutions, Inc. (the "Credigy Defendants") advise the Court of the following:

11   On August 27, 2008, the parties participated in an all-day mediation session
12 before Howard A. Herman. This was the second mediation in this case. The case
13 did not settle.

14   This action is <u>not</u> presently ready for trial. There is significant discovery
15 ongoing at this time, and significant additional discovery anticipated. The Credigy
16 Defendants expect to file motions at the close of discovery that will dispose of the
17 case entirely, or will, at a minimum, significantly narrow the issues for trial. The
18 Credigy Defendants respectfully request that the Court **continue** the Preliminary
19 Pretrial Conference (presently set for September 15, 2008) to **December 15, 2008.**

DATED: September 6, 2008    SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR


By:   s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE STATEMENT
AND [PROPOSED] ORDER
1.

[PROPOSED ORDER]

Pursuant to parties' Preliminary Pretrial and Trial Setting Conference Statements and good cause appearing, IT IS HEREBY ORDERED THAT the Preliminary Pretrial Conference, presently set for September 15, 2008, is vacated and continued until December 15, 2008.

IT IS SO ORDERED:

DATED: _____

By: _____
Honorable James Ware
United States District Court Judge

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE STATEMENT
AND [PROPOSED] ORDER

2.