Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiffs
MANUEL G. FAUSTO, LUZ FAUSTO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSÉ DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No. C07-05658<br><br>OPPOSITION TO DEFENDANTS' REQUEST TO CHANGE TIME AND CONTINUE PRE-TRIAL CONFERENCE |

1

On September 6, 2008, Defendants filed a document requesting the Court continue the Preliminary Pretrial Conference and Trial Setting Conference set for September 15, 2008. Docket #125. A party can oppose a Motion to Change Time (CA ND LR 6-3(c)) or a Motion for Administrative Relief (CA ND LR 7-11(b)).

The plaintiffs oppose the defendants' request to continue the preliminary pretrial and trial setting conference set for September 15, 2008. Plaintiffs' out of state counsel (from Tulsa, Oklahoma) have made arrangements to travel to and be present at the hearing set by the Court, and defendants provide no reason for seeking a three-month delay in conducting the hearing; nor have Defendants consulted with Plaintiffs before making the request. This action was filed in October of 2007. On March 28, 2008, the Court set deadlines for the case including the end of discovery and for a Pretrial Conference. These dates were already continued once. Furthermore, no formal motion to change these dates has been filed.

Plaintiffs' counsel believe that all deadlines entered by the Court are proper and can be met by the parties and that the case can be set for trial based on the current deadlines. The plaintiffs' request the hearing be held as scheduled and that no deadlines be continued.


Date: 9/8/08


Sincerely,

_____
Ronald Wilcox
Plaintiffs' Counsel