1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants and
7  Cross-Complainant Credigy Services
   Corporation, and for Defendants
8  Credigy Receivables, Inc. and
   Credigy Solutions, Inc.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13  MANUEL G. FAUSTO, AND LUZ    )   CASE NO.: C 07 05658 JW (RS)
    FAUSTO,                      )
14                               )
                                 )
15           Plaintiffs,         )   **DECLARATION OF JOHN**
                                 )   **GILLESPIE IN SUPPORT OF**
16       vs.                     )   **DEFENDANTS' JOINDER IN**
                                 )   **PLAINTIFFS' ADMINISTRATIVE**
17  CREDIGY SERVICES             )   **MOTION FOR SEALING ORDER**
    CORPORATION *et al.*,        )   **PURSUANT TO LOCAL RULE**
18                               )   **79-5(d)**
             Defendants.         )
19  _____)
                                 )   Date:  September 22, 2008
20  CREDIGY SERVICES             )   Time:  9:00 a.m.
    CORPORATION,                 )   Ctrm:  8 (Fourth Floor)
21                               )
             Counterclaimant,    )
22                               )   The Honorable James Ware
         vs.                     )
23                               )
    LUZ FAUSTO and ROES 1 through)
24  25,                          )
                                 )
25           Counterdefendants.  )
                                 )
26  _____)

27

28
────────────────────────────────────────────────────────────
FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
GILLESPIE DECLARATION ISO DEFENDANTS' JOINDER IN PLAINTIFF'S MOTION TO SEAL

I, John Gillespie, declare:

1. I am an attorney admitted *pro hac vice* in this action as counsel for Defendants. I am also an authorized representative of defendant Credigy Services Corp. I make this declaration in support of the Joinder of Defendant Credigy Services Corporation to Plaintiffs' Administrative Motion for Sealing Order Pursuant to Local Rule 79-5(d). I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently thereto.

2. On April 16, 2008, the Court entered a Protective Order in this action, thereby determining that good cause exists for protecting certain information from disclosure to the public in this action. *See Phillips v. General Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002).

3. In connection with their Opposition to Defendant's Motion for Leave to File a Counterclaim ("Opposition"), Plaintiffs have filed an administrative motion to seal two documents produced by Defendants in discovery and designated as "confidential" pursuant to the terms of the Protective Order.

4. Pursuant to Local Rule 79-5(d), Defendants submit the following particularized showing that good cause exists "to warrant preserving the secrecy of sealed discovery materials attached" to Plaintiffs' opposition to Defendants' "non-dispositive motion[]." *See Foltz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d 1172, 1180 (9th Cir. 2003) (quoted in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006)); *accord Phillips*, 307 F.3d at 1213.

5. Exhibit 1 to Plaintiffs' Opposition is a copy of a printout of defendant Credigy Services Corp.'s internal collection notes related to Plaintiffs' account. Since initially designating this document "confidential," Defendants produced another copy of the document that they did not designate as confidential. For purposes of the present motion, Defendants withdraw any designations of confidentiality as to the document attached as Exhibit 1 to Plaintiffs' Opposition.

1  (Defendants note that Plaintiffs filed a copy of this document that does not bear
2  any confidentiality designation by Defendants).

3      6.    Exhibit 3 to Plaintiffs' Opposition is the General and Administrative
4  Services Agreement between Credigy Solucoes Financeiras Ltda. and Credigy
5  Services Corp. Good cause exists for sealing this document because the document
6  contains the confidential, proprietary information of defendant Credigy Services
7  Corp. as well as the confidential, proprietary information of non-party Credigy
8  Solucoes Financeiras Ltda. Such information includes references to compensation
9  for services performed by Credigy Solucoes, methods for accounting of same, the
10 addresses and facsimile numbers of Credigy Services Corp. and Credigy Solucoes'
11 Chief Financial Officers, and the types of services to be provided to Credigy
12 Services Corp. by Credigy Solucoes. This information is not available through
13 public sources and Defendants make every effort in the ordinary course of
14 business to keep this document confidential as it could provide insight into
15 Defendants' internal systems, operating plans, and business structure. Defendants
16 operate their businesses in highly competitive, volatile markets and the release of
17 the information contained in this contract could potentially be used by their
18 competitors to Defendants' detriment. Defendants respectfully request that the
19 Court issue an Order to file Exhibit 3 to Plaintiffs' Opposition to Defendants'
20 Motion for Leave to File Counterclaim (docket number 118) under seal.

22 I declare under penalty of perjury that the foregoing is true and correct.
23 Executed at Suwanee, Georgia, on this 8th day of September, 2008.

*John Gillespie*