TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants and
Cross-Complainant Credigy Services
Corporation, and for Defendants
Credigy Receivables, Inc. and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION *et al.*,<br><br>Defendants.<br><br>―――――――――――――――<br>CREDIGY SERVICES CORPORATION,<br><br>Counterclaimant,<br><br>vs.<br><br>LUZ FAUSTO and ROES 1 through 25,<br><br>Counterdefendants.<br>―――――――――――――――| CASE NO.: C 07 05658 JW (RS)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date:   September 22, 2008<br>Time:   9:00 a.m.<br>Ctrm:   8 (Fourth Floor)<br><br>The Honorable James Ware |

---

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
NOTICE OF LODGING OF [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO
LOCAL RULE 79-5

1  TO THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT defendants Credigy Services Corporation,

3  Credigy Receivables, Inc. and Credigy Solutions, Inc. have lodged their Proposed

4  Order to File Documents Under Seal, a true and correct copy of which is attached

5  hereto as **Exhibit A**.

7  DATED: September 9, 2008        SIMMONDS & NARITA LLP
                                                TOMIO B. NARITA
8                                                  JEFFREY A. TOPOR

10                                 By:   s/Jeffrey A. Topor
                                        Jeffrey A. Topor
11                                         Attorneys for Defendant and
                                        Counterclaimant Credigy Services
12                                         Corporation and for Defendants
                                        Credigy Solutions Inc., Credigy
13                                         Receivables Inc.

# Exhibit A

1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendants and
7  Cross-Complainant Credigy Services
   Corporation, and for Defendants
8  Credigy Receivables, Inc. and
   Credigy Solutions, Inc.
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13 | MANUEL G. FAUSTO, AND LUZ ) | CASE NO.: C 07 05658 JW (RS)
14 | FAUSTO, )
   | )
15 |     Plaintiffs, ) | **[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**
16 |     vs. )
   | )
17 | CREDIGY SERVICES )
   | CORPORATION *et al.*, )
18 |     Defendants. ) | Date:  September 22, 2008
   | ) | Time:  9:00 a.m.
19 | ─────────────────────── ) | Ctrm:  8 (Fourth Floor)
   | )
20 | CREDIGY SERVICES )
   | CORPORATION, ) | The Honorable James Ware
21 | )
   |     Counterclaimant, )
22 | )
   |     vs. )
23 | )
   | LUZ FAUSTO and ROES 1 through )
24 | 25, )
   | )
25 |     Counterdefendants. )
   | )
26 | ─────────────────────── )

27

28

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
[PROPOSED] ORDER TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 79-5

1      WHEREAS on April 16, 2008, the Court entered a Protective Order in this action finding good cause to protect certain information disclosed in discovery in this action; and

4      WHEREAS in connection with Plaintiffs' Opposition to Defendants' Motion for Leave to File Counterclaim on September 2, 2008, Plaintiffs filed two documents as Exhibits 1 and 3, that had been designated as "confidential" by Defendants pursuant to the Protective Order; and

8      WHEREAS Defendants have withdrawn any designation of confidentiality as to the document attached as Plaintiffs' Exhibit 1; and

10      WHEREAS, as established by the Declaration of John Gillespie In Support of Defendants' Joinder in Plaintiffs' Administrative Motion for Sealing Order Pursuant to Local Rule 79-5(d), the document attached as Plaintiffs' Exhibit 3 contains the confidential, proprietary information of defendant Credigy Services Corp. as well as the confidential, proprietary information of non-party Credigy Solucoes Financeiras Ltda.,

16      THEREFORE, GOOD CAUSE EXISTS to file Exhibit 3 to Plaintiffs' Opposition to Defendants' Motion for Leave to File Counterclaim under seal.

18      IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion for Sealing Order is granted in part. The clerk is directed to file Exhibit 3 to Plaintiffs' Opposition to Defendants' Motion for Leave to File Counterclaim (docket number 118) under seal.

**IT IS SO ORDERED.**

DATED: _____

By: _____
     Honorable James Ware
     Judge of the District Court