1  Ronald Wilcox SBN 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San José, CA 95126-1001
3  Tel: (408) 296-0400
4  Fax: (408) 296-0486
   Email: ronaldwilcox@yahoo.com
5
6  Balám O. Letona SBN 229642
   LAW OFFICE OF BALÁM O. LETONA, INC.
7  1347 Pacific Avenue, Suite 203
   Santa Cruz, CA 95060-3940
8  Tel: (831) 421-0200
   Fax: (831) 621-9659
9  Email: letonalaw@gmail.com

10 Attorneys for Plaintiffs
   MANUEL G. FAUSTO, LUZ FAUSTO
11

GRANTED
Judge James Ware
9/10/2008

12            **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                         **SAN JOSÉ DIVISION**

14 | MANUEL G. FAUSTO, AND LUZ FAUSTO, | Case No.: C07-05658 JW RS |
15 | Plaintiffs, | |
16 | v. | **PLAINTIFFS' ADMINISTRATIVE** |
17 | | **MOTION FOR SEALING ORDER** |
   | CREDIGY SERVICES CORPORATION, | **PURSUANT TO LOCAL RULE 79-5(d)** |
18 | CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, | |
19 | RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive, | |
20 | Defendant(s). | |

22 TO:   CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY
23      SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO
        PERES, and THOMPSON
24
25      PLEASE TAKE NOTICE that Plaintiffs are filing this administrative motion for a sealing
26 order for the following documents:
27   1. Un-redacted version of the Plaintiffs' Opposition to Defendant's Motion for Leave to File a
28      Counterclaim

1
Plaintiffs' Administrative Motion for Sealing Order Pursuant to Local Rule 79-5(d)

2. Exhibit 1: Collection Logs.

3. Exhibit 3: General Services Agreement between CSC and Solucoes Brazil.

These documents have been designated as confidential by Defendant Credigy Services Corporation. Therefore, pursuant to Local Rule 79-5(d), Plaintiffs are submitting these documents in support of Plaintiffs' Opposition to Defendant's Motion for Leave to File a Counterclaim and are lodging these documents with the Court. Local Rule 79-5(d) requires that to have these documents filed under seal, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must be lodge and serve as narrowly tailored sealing order, or must withdraw the designation of confidentiality.

Dated: September 2, 2008          Respectfully submitted,

/s/ Balam O. Letona
Balám O. Letona
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659

ATTORNEY FOR PLAINTIFFS

IT IS SO ORDERED:

The requested document is GRANTED to be filed under seal.

Dated: September 10, 2008          _____
                                    United States District Judge