TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

*E-FILED 9/15/08*

Attorneys for Defendants
Credigy Services Corporation,
Credigy Receivables, Inc., and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: C 07 05658 JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE JOINT SUPPLEMENTAL REPORT RE MOTION TO COMPEL**<br><br>The Honorable Richard Seeborg |

1  WHEREAS the parties appeared before the Court on September 3, 2008, on
2  Plaintiffs' Motion to Compel; and,
3  WHEREAS the Court instructed the parties to confer privately prior to
4  hearing the merits of Plaintiffs' motion and ordered the parties to file a joint
5  supplemental report of what was or what was not resolved in regards to the
6  pending motion to compel on or before September 12, 2008; and,
7  WHEREAS the parties are presently involved in settlement negotiations and
8  have agreed that a brief continuance of the due date for their joint supplemental
9  report would help facilitate those negotiations;
10  THEREFORE it is hereby stipulated to between the parties to request that
11 the due date for the filing of the joint supplemental report be continued by one
12 week to September 19, 2008.

14 IT IS SO STIPULATED.

16 DATED: September 10, 2008      HUMPHREYS WALLACE HUMPHREYS, P.C.
                                  DAVID HUMPHREYS

                                  By:   s/David Humphreys
                                        David Humphreys
                                        Attorneys for Plaintiffs

21 DATED: September 10, 2008      SIMMONDS & NARITA LLP
                                  TOMIO B. NARITA
                                  JEFFREY A. TOPOR

                                  By:   s/Jeffrey A. Topor
                                        Jeffery A. Topor
                                        Attorneys for Defendants
                                        Credigy Services Corporation,
                                        Credigy Receivables, Inc., and
                                        Credigy Solutions, Inc.

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE JOINT
SUPPLEMENTAL REPORT RE MOTION TO COMPEL

1.

1 | [~~PROPOSED~~ ORDER]

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the due date for the filing of the joint supplemental report is continued from September 12, 2008 to September 19, 2008.

IT IS SO ORDERED:

DATED: 9/15/08

By: _____
Honorable Richard Seeborg
United States Magistrate Judge

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO FILE JOINT
SUPPLEMENTAL REPORT RE MOTION TO COMPEL

2.