1
2
3                                                        **\*E-FILED 10/1/08\***
4
5
6              IN THE UNITED STATES DISTRICT COURT
7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                          SAN JOSE DIVISION
9    MANUEL G. FAUSTO et al.,                   NO. C 07-5658 JW (RS)
10                  Plaintiffs,                  **ORDER GRANTING**
                                                 **APPLICATION FOR AN ORDER**
11       v.                                      **SHORTENING TIME**
12   CREDIGY SERVICES CORP. et al.,
13                  Defendants.
14   _____/

15          Pursuant to Civil Local Rule 6-3, defendants move for an order shortening time regarding

16   their concurrently filed September 30, 2008 motion for a protective order.  The basis for the request

17   for shortened time are the pending depositions of seven witnesses scheduled for October 8, 2008.

18   Defendants claim that the depositions: (1) are to take place in four different states on the same day

19   and at the same time, which prohibits defendants' counsel from attending; (2) would bring the total

20   number of plaintiffs' depositions to thirteen, which exceeds the ten deposition limit set under Rule 30

21   of the Federal Rules of Civil Procedure; and (3) were not disclosed by plaintiffs in their Rule

22   26(a)(1) disclosures.

23
24
25
26
27
28

                                        1

1    It is hereby ordered that:

2    (1) For good cause shown, the application for an order shortening time is granted.

3    (2) Plaintiffs are to file an opposition to the motion for a protective order by 12:00 p.m. on

4    October 3, 2008.

5    (3) No reply brief will be permitted, and after submission of the opposition, the matter will

6    be deemed submitted on the papers.

7    IT IS SO ORDERED.

8

9    Dated:        10/1/08

10   RICHARD SEEBORG
     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER GRANTING APPLICATION FOR AN ORDER SHORTENING TIME
C 07-5658 JW (RS)

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Balam Osberto Letona    letonalaw@gmail.com

David Humphreys    david@hwh-law.com

David J. Kaminski    kaminskd@cmtlaw.com

Jeffrey A. Topor    jtopor@snllp.com, sschmitt@snllp.com

Lucius James Wallace    luke@hwh-law.com

Ronald Wilcox    ronaldwilcox@post.harvard.edu

Tomio Buck Narita    tnarita@snllp.com, sschmitt@snllp.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 10/1/08**                                          **Richard W. Weiking, Clerk**

                                                            **By:** _____**Chambers**_____

ORDER GRANTING APPLICATION FOR AN ORDER SHORTENING TIME
C 07-5658 JW (RS)

**United States District Court**
For the Northern District of California