**\*E-FILED 10/3/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO et al.,<br><br>    Plaintiffs,<br>v.<br><br>CREDIGY SERVICES CORP. et al.,<br><br>    Defendants. | NO. C 07-5658 JW (RS)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER REGARDING THIRD PARTY DEPOSITION SUBPOENAS** |

Pursuant to Civil Local Rule 6-3, on September 30, 2008, defendants moved for an order shortening time regarding their concurrently filed motion for a protective order to halt the pending depositions of seven witnesses scheduled for October 8, 2008.[1] The Court granted the application for an order shortening time and gave plaintiffs until 12:00 p.m. on October 3, 3008, to file an opposition.[2] As stated in the Court's order granting the application for shortening time, the matter was deemed submitted upon the filing of plaintiffs' opposition.

Defendants present five arguments that allegedly support the issuance of a protective order. Defendants claim that the depositions: (1) are to take place in four different states on the same day and at the same time, which prohibits defendants' counsel from attending; (2) would bring the total number of plaintiffs' depositions to thirteen, which exceeds the ten deposition limit set under Rule 30 of the Federal Rules of Civil Procedure; (3) were not disclosed by plaintiffs in their Rule 26(a)(1)

---

[1] The seven witnesses are: Cindy Pacheco, Micah Rose, Gretchen Fox, Nancy Higgins, Stacy Bean, Nicholas Bean, and Jill Ostrowski.

[2] No reply brief was permitted.

1

1  disclosures; (4) do not provide reasonable notice under Rule 30(b)(1); and (5) were not part of a
2  proper meet and confer process regarding the date and time of the depositions as required by Civil
3  Local Rule 30-1.
4       Because defendants have shown, in the first, second, and fifth factors noted above, good
5  cause to issue a protective order, the motion is granted.  Based on the record in this case it is hereby
6  ordered that:
7       (1) The previously noticed depositions by plaintiffs are vacated.
8       (2) Each side will be limited to ten depositions per side.  Accordingly, plaintiffs may take
9  four additional depositions.  The parties are to meet and confer as to the deposition scheduling.
10      (3) The depositions are to be completed by October 20, 2008.
11      (4) This motion does not alter the discovery cut-off date set by the presiding judge, but
12 merely permits the additional four depositions to take place beyond that date.
13      IT IS SO ORDERED.

15 Dated: October 3, 2008

                        RICHARD SEEBORG
                        United States Magistrate Judge

**United States District Court**
For the Northern District of California

28 ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER REGARDING THIRD PARTY
   DEPOSITION SUBPOENAS ISSUED
   C 07-5658 JW (RS)

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Balam Osberto Letona     letonalaw@gmail.com

David Humphreys     david@hwh-law.com

David J. Kaminski     kaminskd@cmtlaw.com

Jeffrey A. Topor     jtopor@snllp.com, sschmitt@snllp.com

Lucius James Wallace     luke@hwh-law.com

Ronald Wilcox     ronaldwilcox@post.harvard.edu

Tomio Buck Narita     tnarita@snllp.com, sschmitt@snllp.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 10/3/08**                                                                 **Richard W. Wieking, Clerk**

                                                                                              **By:        Chambers**

ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER REGARDING THIRD PARTY DEPOSITION SUBPOENAS ISSUED
C 07-5658 JW (RS)