BERNARD A. BURK (No. 118083)
Email:  bburk@howardrice.com
D'LONRA C. ELLIS (No. 239623)
Email:  dellis@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

*E-FILED 10/30/08*

Attorneys for Non-Party
WATSONVILLE LAW CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, and LUZ FAUSTO,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, et al.,<br><br>Defendants.<br><br>CREDIGY SERVICES CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>LUZ FAUSTO and ROES 1 through 25,<br><br>Counterdefendants. | No. C07 05658 JW (RS)<br><br>STIPULATED REQUEST FOR AN ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO WATSONVILLE LAW CENTER PURSUANT TO CIVIL LOCAL RULE 6-2<br><br>Date:     November 26, 2008<br>Time:     9:30 a.m.<br>Ctrm:     4, 5th Floor<br><br>[Requested changes will affect only briefing schedule, not hearing date]<br><br>The Honorable Richard Seeborg |

STIPULATED REQUEST FOR AN ORDER TO EXTEND BRIEFING SCHEDULE

Non-party Watsonville Law Center (the "Center") and Defendants Credigy Services Corporation, Credigy Receivables, Inc., and Credigy Solutions, Inc. (collectively "Defendants"), by and through their respective counsel, hereby enter into this Stipulated Request To Extend Briefing Schedule For Defendants' Motion To Compel Compliance With Subpoena To Watsonville Law Center ("Stipulation") with reference to the following recitals:

**RECITALS**

A.   On October 22, 2008, Defendants moved to compel further compliance with a subpoena Defendants issued to the Center in this action.

B.   The motion to compel was noticed and calendared for November 26, 2008. The Center's opposition brief to the motion is currently due on November 5, 2008. Defendants' reply brief in support of the motion is due on November 12, 2008.

C.   The Center recently retained *pro bono* counsel to oppose the motion to compel.

D.   The Court will hear a separate discovery motion on November 5, 2008 that the Center believes may influence the scope and resolution of Defendants' motion to compel against the Center. Specifically, Plaintiffs have moved to quash a subpoena Defendants issued to Plaintiff's counsel Balam Letona, as well as to quash the subpoena to the Center at issue in Defendants' motion to compel. Defendants disagree that the disposition of the motion to quash will have any effect on the motion to compel, but are nevertheless willing to accommodate the Center's request to adjust the briefing schedule for the convenience of the Center and its counsel.

**AGREEMENT**

The Parties hereby agree, subject to the Court's approval, as follows:

1.   The Center shall have through and including November 10, 2008 (or such date as the Court may order) to file and serve their opposition to the motion to compel.

2.   Defendants shall have through and including November 17, 2008 (or such date as the Court may order) to file and serve their reply brief in support of the motion to compel.

3.   The motion to compel will be heard on November 26, 2008 as originally noticed.

4. Each person executing this Stipulation represents that it has full authority and capacity to make the commitments contained in this Stipulation.

5. Each party shall bear its own costs and attorneys' fees in connection with this Stipulated Request.

DATED: October 29, 2008.

BERNARD A. BURK
D'LONRA C. ELLIS
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By:    /s/
      BERNARD A. BURK

Attorneys for Non-Party WATSONVILLE LAW CENTER

DATED: October 29, 2008.

TOMIO B. NARITA
JEFFREY A. TOPOR
SIMMONDS & NARITA LLP

By:    /s/
      TOMIO NARITA

Attorneys for Defendants CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES, INC., and CREDIGY SOLUTIONS, INC.

**ATTESTATION**

I, Bernard A. Burk, am the ECF User whose identification and password are being used to file this Stipulated Request For An Order To Extend Briefing Schedule For Defendants' Motion To Compel Compliance With Subpoena To Watsonville Law Center Pursuant To Civil Local Rule 6-2. In compliance with General Order 45.X.B, I hereby attest that Tomio Narita has concurred in this filing.

DATED: October 29, 2008.

HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By:    /s/
      BERNARD A. BURK

Attorneys for Non-Party WATSONVILLE LAW CENTER

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED: October 30, 2008.

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

-3-
STIPULATED REQUEST FOR AN ORDER TO EXTEND BRIEFING SCHEDULE