IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Manuel G. Fausto, et al., | NO. C 07-05658 JW |
|       Plaintiffs, | **ORDER OVERRULING DEFENDANT CSC'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER** |
|   v. | |
| Credigy Services Corp., et al., | |
|       Defendants. | |

Manuel and Luz Fausto ("Plaintiffs") bring this action against Credigy Services Corporation ("CSC"), Credigy Receivables Inc., Credigy Solutions Inc., Ryan Miller, Ricardo Ventura, Brett Boyde, Palo Peres, and "Thompson" (collectively, "Defendants") alleging, *inter alia*, violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq*.

Presently before the Court is Defendant CSC's Objection to the Magistrate's Order[1] Granting Plaintiffs' Motions to Quash, and For a Protective Order. (hereafter, "Objection," Docket Item No. 191).[2] Defendant CSC issued a third-party deposition subpoena on Plaintiffs' lawyer, Balam Letona ("Letona"). (See Objection at 1.) Plaintiffs moved to quash the subpoena and for a protective order preventing Letona's deposition under Rules 26 and 45. (See Docket Item No. 142.) Defendant CSC

---

[1] (Order Granting Plaintiffs' Motion to Quash, and For a Protective Order, Docket Item No. 181.)

[2] To date, Plaintiffs have not filed any opposition to the motion. See Fed. R. Civ. P. 72(b)(2).

1  objects to Judge Seeborg's Order on the ground that Plaintiffs' motion to quash was untimely and
2  CSC met its burden of establishing that Letona's deposition is necessary. (Objection at 3-4.)

3    A district court may modify a magistrate judge's ruling on a non-dispositive matter, such as
4  an order to compel discovery, if the order is "clearly erroneous" or "contrary to law." 28 U.S.C. §
5  636(b)(1)(A); Fed. R. Civ. P. 72(a); Bahn v. NME Hospitals, Inc., 929 f.2d 1404, 1414 (9th Cir.
6  1991). Pursuant to Civil Local Rule 72-2, the court may not grant a motion objecting to a
7  Magistrate Judge's order without first giving the opposing party an opportunity to brief the matter.
8  See Civ. L.R. 72-2.

9    Upon review of Judge Seeborg's Order, the Court finds that his findings are not clearly
10 erroneous. Judge Seeborg correctly found that the information Defendant CSC seeks to obtain from
11 Plaintiffs' counsel is available from Plaintiffs themselves. Thus, Defendant CSC did not meet its
12 burden to overcome the presumption against forcing a parties' lawyer to testify. With respect to
13 Defendants' contention that Judge Seeborg erred in finding that Plaintiffs' motion was timely, the
14 Court finds that Judge Seeborg duly considered this argument and his conclusion is not clearly
15 erroneous.

16   Accordingly, Defendant CSC's Objection is OVERRULED.

18 Dated: December 9, 2008

   JAMES WARE
19 United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Balam Osberto Letona letonalaw@gmail.com
Bernard A. Burk bburk@howardrice.com
D'Lonra C. Ellis dellis@howardrice.com
David Humphreys david@hwh-law.com
Jeffrey A. Topor jtopor@snllp.com
Lucius James Wallace luke@hwh-law.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Tomio Buck Narita tnarita@snllp.com

**Dated: December 9, 2008**                    Richard W. Wieking, Clerk

                                                   **By:   /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

United States District Court
For the Northern District of California