Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA  95126-1001
Telephone:  (408) 296-0400
Facsimile: (408) 207-0486
Email:  ronaldwilcox@yahoo.com

Balam O. Letona SBN 229642
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA  95060-3940
Telephone:  (831) 421-0200
Facsimile:  (831) 621-9659
Email:  letonalaw@gmail.com

David Humphreys, OBA # 12346
Luke Wallace, OBA # 16070
HUMPHREYS WALLACE HUMPHREYS, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
Telephone:  (918) 747-5300
Facsimile:  (918) 747-5311

Attorneys for Plaintiffs
MANUEL G. FAUSTO, LUZ FAUSTO

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive,<br><br>           Defendants. | Case No:  C07-05658 JW<br><br>**MOTION IN LIMINE TO EXCLUDE ORAL STATEMENTS THAT MANUEL OR LUZ FAUSTO IS INDEBTED TO ANY DEFENDANT: MEMORANDUM IN SUPPORT** |

Plaintiffs hereby move *in limine* for an order barring Defendants, Defendants' witnesses and Defendants' counsel from offering any oral statements, reference or argument that Manuel or Luz Fausto is indebted to any Defendant.

**STATEMENT OF FACTS**

Credigy Solutions, Inc claims that it purchased a charged off account owed by Manuel Fausto to Wells Fargo. In spite of allegedly acquiring these rights under the terms of a written agreement and even after completing extensive discovery in this action, no Defendant has produced a single writing establishing that Manuel Fausto breached the terms of a contract with and thereby remains indebted to Wells Fargo on the account. *See* Declaration of Luke Wallace in Support of Plaintiffs' Motions *In Limine* ("Wallace Decl.") ¶ 6. Credigy has produced only a contract between itself and First Select, Inc. (*Id. a*t ¶ 7*)*, a stranger to the contract between Manuel Fausto and Wells Fargo. Credigy cannot properly establish an existing breach of agreement between Manuel Fausto and Wells Fargo based on evidence from First Select, Inc.

**ARGUMENT**

Defendants' representatives or a representative of First Select are not competent to give oral testimony about the existence of a written agreement, breach of that agreement or outstanding indebtedness by Manuel Fausto on the account with Wells Fargo. "To prove the content of a writing…the original writing…is required except as provided by these rules or by Act of Congress." Fed. R. Evid. 1002. Further, oral testimony about the existence of a contract between Wells Fargo and Manuel Fausto, or evidence of a breach of that written contract, by representatives of Credigy or First Select is hearsay pursuant to Fed R. Evid. 801 and inadmissible pursuant to Fed R. Evid. 802. In the absence of a writing by Wells Fargo and a competent witness to sponsor it, Defendants should be barred from making reference to or offering oral statements about any alleged indebtedness due by Manuel or Luz Fausto.

## CONCLUSION

Based upon all of the above, Plaintiffs pray for an order barring Defendants, Defendants' witnesses and Defendants' counsel from making oral statements, referring to or offering testimony that Manuel or Luz Fausto is indebted to any Defendant.

Respectfully submitted,

HUMPHREYS WALLACE HUMPHREYS, P.C.

By:   /s/ Luke Wallace
      David Humphreys, OBA #12346
      Luke J. Wallace, OBA # 16070
      9202 S. Toledo Avenue
      Tulsa, Oklahoma 74137
      (918) 747-5300/(918) 747-5311 fax
      **PRO HAC VICE ATTORNEYS**
      **FOR PLAINTIFFS**