Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA  95126-1001
Telephone:  (408) 296-0400
Facsimile: (408) 207-0486
Email:  ronaldwilcox@yahoo.com

Balam O. Letona SBN 229642
LAW OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA  95060-3940
Telephone:  (831) 421-0200
Facsimile:  (831) 621-9659
Email:  letonalaw@gmail.com

David Humphreys, OBA # 12346
Luke Wallace, OBA # 16070
HUMPHREYS WALLACE HUMPHREYS, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
Telephone:  (918) 747-5300
Facsimile:  (918) 747-5311

Attorneys for Plaintiffs
MANUEL G. FAUSTO, LUZ FAUSTO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, | )<br>) |
| Plaintiffs, | )<br>)<br>) Case No:  C07-05658 JW |
| vs. | )<br>) |
| CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, And DOES 1-10, inclusive, | )<br>) **MOTION IN LIMINE TO EXCLUDE**<br>) **REFERENCE TO ATTORNEY'S FEES:**<br>) **MEMORANDUM IN SUPPORT**<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**INTRODUCTION**

Plaintiffs, Manuel and Luz Fausto, move the Court for an Order that Defendants, Credigy Services Corporation, Credigy Receivables, Inc., Credigy Solutions, Inc., Ryan Miller, Ricardo Ventura, Brett Boyde, Paulo Peres, and Thompson, its witnesses, and attorneys shall not reference, suggest or mention, within the hearing of the jury, the availability of an award of attorney's fees to Plaintiffs Mr. Manuel Fausto and Mrs. Luz Fausto should they succeed in this litigation.

**ARGUMENT**

FDCPA Defendants often claim that the Plaintiff's attorney's fee recovery is the "engine running this suit." That claim is, again, contrary to the intent of Congress that the FDCPA be enforced by private attorneys rather than overburdened public servants.  *Graziano v. Harrison,* 950 F.2d 107. 113-14 (3d Cir. 1991)(FDCPA "mandates an award of attorney's fee as a means of fulfilling Congress' intent that the Act should be enforced by debtors acting as private attorneys general").

Moreover, the argument is spurious where, as here, it is completely within Defendants' power to keep Plaintiffs' fee to a minimum. Defendants mount a stalwart defense with full awareness that they are exposing their clients to a higher award of fees by doing so. *MCGowan v. King, Inc.,* 661 F.2d 48, 51 (5th Cir. 1981). See also *Lipsett v. Blanco,* 975 F.2d 943, 941 (1st Cir. 1992). They cannot be heard to complain when this comes to pass.

"The award of attorney's fees is a matter for the judge not the jury." *Brooks v. Cook,* 938 F.2d 1048, 1050 (9th Cir. 1991). The Ninth Circuit went further to state:

> In a case where the Plaintiff is entitled to compensatory damages, informing the jury of the Plaintiff's potential right to receive attorney's fees might lead the jury to offset the fees by reducing the damage award. Even more troubling, however, is the case where actual damages are small or non-existent. When damages

1

are normal, there is a risk that the jury may believe that the 'harm' does not justify the payment of a large fee award. The jury may thus decide to find for Defendant rather than allow the Plaintiffs' attorney to recover fees.

## CONCLUSION

WHEREFORE, a Motion in Limine should be granted directing Defendants, Credigy Services Croporation, Credigy Receivables, Inc., Credigy Solutions, Inc., Ryan Miller, Ricardo Ventura, Brett Boyde, Paulo Peres, and Thompson, Defendants' witnesses and attorneys not to reference, suggest or mention, within the hearing of the jury, the availability of an award of attorney's fees to the Plaintiffs Mr. Manuel Fausto and Mrs. Luz Fausto.

Respectfully submitted,

HUMPHREYS WALLACE HUMPHREYS, P.C.

.                                    By:___/s/ Luke Wallace_____
                                         David Humphreys, OBA #12346
                                         Luke J. Wallace, OBA # 16070
                                         9202 S. Toledo Avenue
                                         Tulsa, Oklahoma  74137
                                         (918) 747-5300/(918) 747-5311 fax
                                         **PRO HAC VICE ATTORNEYS
                                         FOR PLAINTIFFS**

2