Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San José, CA 95126-1001
Tel: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

**Attorney for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>              Plaintiffs,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>              Defendant(s). | **Case# 07-05658 JW RS**<br><br>**VERDICT FORM –**<br>**TORT-IN-SE**<br><br>Final PTC: February 9, 2009<br>Trial: March 3, 2009<br><br>**HONORABLE JAMES WARE**<br><br>**JURY TRIAL DEMANDED** |

1. Did any of the Defendants, or others acting on their behalf, commit a tort-in-se?

    Check "Yes' or "No" after the name of each Defendant:

| | | |
|---|---|---|
| Credigy Services Corporation | YES _____ | NO _____ |
| Credigy Receivables, Inc. | YES _____ | NO _____ |
| Credigy Solutions, Inc. | YES _____ | NO _____ |
| Brett Boyde | YES _____ | NO _____ |
| Luis Renato Silva Nunes | YES _____ | NO _____ |
| Paolo Peres | YES _____ | NO _____ |

    If your answer to Question 2 is "Yes" for one or more Defendants, then answer Question 4 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then stop here, and sign and return this verdict.

2. Set forth the amount of actual damages (which includes physical and emotional distress) caused to each Plaintiff by each Defendant:

<u>Manuel Fausto Damages:</u>

| | |
|---|---|
| Damages caused by Credigy Services Corporation | _____ |
| Damages caused by Credigy Receivables, Inc. | _____ |
| Damages caused by Credigy Solutions, Inc. | _____ |
| Damages caused by Brett Boyde | _____ |
| Damages caused by Luis Renato Silva Nunes | _____ |
| Damages caused by Paolo Peres | _____ |

<u>Luz Fausto Damages:</u>

| | |
|---|---|
| Damages caused by Credigy Services Corporation | _____ |
| Damages caused by Credigy Receivables, Inc. | _____ |
| Damages caused by Credigy Solutions, Inc. | _____ |
| Damages caused by Brett Boyde | _____ |
| Damages caused by Luis Renato Silva Nunes | _____ |
| Damages caused by Paolo Peres | _____ |

3. Do you find by clear and convincing evidence that any of the Defendants, or others acting on their behalf, acted with oppression, fraud, or malice in committing tort-in-se.

    Check "Yes' or "No" after the name of each Defendant:

| | | |
|---|---|---|
| Credigy Services Corporation | YES _____ | NO _____ |
| Credigy Receivables, Inc. | YES _____ | NO _____ |
| Credigy Solutions, Inc. | YES _____ | NO _____ |
| Brett Boyde | YES _____ | NO _____ |
| Luis Renato Silva Nunes | YES _____ | NO _____ |

Paolo Peres                    YES _____    NO _____

If you answered "Yes" as to Credigy Services Corporation, Credigy Receivables, Inc., or Credigy Solutions, Inc., in Question 3, then answer Question 4 as to that Defendant or those Defendants. If you answered "Yes" as to Brett Boyde, Luis Renato Silva Nunes, or Paolo Peres, but "No" as to all three of Defendants Credigy Services Corporation, Credigy Receivables, Inc., <u>and</u> Credigy Solutions, Inc., then skip Question 5, and answer Question 5 as to the Defendant or Defendants Brett Boyde, Luis Renato Silva Nunes, or Paolo Peres. If you answered "No" as to all Defendants, then stop here, and sign and return this verdict.

4. Was the conduct constituting malice, oppression, or fraud committed with knowledge, authorized or ratified, by one or more officers, directors, or managing agents of each Defendant:

Check "Yes' or "No" after the name of each Defendant:

Credigy Services Corporation    YES _____    NO _____
Credigy Receivables, Inc.       YES _____    NO _____
Credigy Solutions, Inc.         YES _____    NO _____

If your answer to Question 4 for one or more of the Defendants is "Yes" then answer Question 5 the Defendants for which you answered "Yes." Also, answer Question 5 for the individual Defendants for which you answered "Yes" in Question 2:

5. What amount of punitive damages, if any, do you award the Plaintiffs:

Credigy Services Corporation    _____
Credigy Receivables, Inc.       _____
Credigy Solutions, Inc.         _____
Brett Boyde                     _____
Luis Renato Silva Nunes         _____
Paolo Peres                     _____

Signed: _____
        Presiding Juror

Dated:  _____

Page 3