IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Manuel G. Fausto, et al., | NO. C 07-05658 JW |
| Plaintiffs, | **ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |
| v. | |
| Credigy Services Corp., et al., | |
| Defendants. | |

On its own motion, the Court continues the Final Pretrial Conference currently set for February 9, 2009 to **February 20, 2009** to coincide with the hearing on Defendants' various motions for summary judgment. The conference will be held at 10 a.m., or following the hearing on the motions. All pretrial deadlines shall remain unchanged.

Dated: January 28, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Balam Osberto Letona letonalaw@gmail.com
Bernard A. Burk bburk@howardrice.com
D'Lonra C. Ellis dellis@howardrice.com
David Humphreys david@hwh-law.com
Jeffrey A. Topor jtopor@snllp.com
Lucius James Wallace luke@hwh-law.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Tomio Buck Narita tnarita@snllp.com

**Dated: January 28, 2009**                    **Richard W. Wieking, Clerk**

                                      **By:   /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**