Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-515-3110
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

David Humphreys *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Luke Wallace *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

**Attorney for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>      Plaintiffs,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>      Defendant(s). | **Case# 07-05658 JW RS**<br><br>**VERDICT FORM –**<br>**FAIR DEBT COLLECTION**<br>**PRACTICES ACT (revised)**<br><br>Final PTC: February 9, 2009<br>Trial: March 18, 2009<br><br>**HONORABLE JAMES WARE**<br><br>**JURY TRIAL DEMANDED** |

1. Did any of the Defendants, or others acting on their behalf, engage in conduct, the natural consequences of which was to harass, oppress, or abuse the Plaintiffs in connection with collection of a debt?

Check "Yes' or "No" after the name of each Defendant:

Credigy Services Corporation    YES _____    NO _____
Credigy Receivables, Inc.       YES _____    NO _____
Credigy Solutions, Inc.         YES _____    NO _____
Brett Boyde                     YES _____    NO _____
Luis Renato Silva Nunes         YES _____    NO _____
Paolo Peres                     YES _____    NO _____
Ricardo Ventura                 YES _____    NO _____

If you answered "Yes" as to any Defendant, then answer Question 2 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then go on to Question 3.

2. Was the conduct that you found in the answer to Question 1, unintentional, and the result of a bona fide error made despite procedures maintained and reasonably adapted to check for and avoid the specific error.

Check "Yes' or "No" after the name of each Defendant:

Credigy Services Corporation    YES _____    NO _____
Credigy Receivables, Inc.       YES _____    NO _____
Credigy Solutions, Inc.         YES _____    NO _____
Brett Boyde                     YES _____    NO _____
Luis Renato Silva Nunes         YES _____    NO _____
Paolo Peres                     YES _____    NO _____
Ricardo Ventura                 YES _____    NO _____

Please answer Question 3

3. Did any of the Defendants, or others acting on their behalf, continue to communicate with Plaintiffs after receiving notice in writing that Plaintiffs wished the Defendant to cease further communication with Plaintiffs?

Check "Yes' or "No" after the name of each Defendant:

Credigy Services Corporation    YES _____    NO _____
Credigy Receivables, Inc.       YES _____    NO _____
Credigy Solutions, Inc.         YES _____    NO _____
Brett Boyde                     YES _____    NO _____
Luis Renato Silva Nunes         YES _____    NO _____
Paolo Peres                     YES _____    NO _____

Ricardo Ventura           YES _____    NO _____

If you answered "Yes" as to any Defendant, then answer Question 4 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then go on to Question 5.

4. Was the communication that you found in the answer to Question 3, unintentional, and the result of a bona fide error, despite procedures maintained and reasonably adapted to check for and avoid the specific error.

Check "Yes' or "No" after the name of each Defendant:

Credigy Services Corporation    YES _____    NO _____
Credigy Receivables, Inc.       YES _____    NO _____
Credigy Solutions, Inc.         YES _____    NO _____
Brett Boyde                     YES _____    NO _____
Luis Renato Silva Nunes         YES _____    NO _____
Paolo Peres                     YES _____    NO _____
Ricardo Ventura                 YES _____    NO _____

Please answer Question 5.

5. Did any of the Defendants, or others acting on their behalf, engage in impermissible communications with third-parties, without the prior consent of the Plaintiffs?

Check "Yes' or "No" after the name of each Defendant:

Credigy Services Corporation    YES _____    NO _____
Credigy Receivables, Inc.       YES _____    NO _____
Credigy Solutions, Inc.         YES _____    NO _____
Luis Renato Silva Nunes         YES _____    NO _____
Ricardo Ventura                 YES _____    NO _____

If you answered "Yes" as to any Defendant, then answer Question 6 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then go on to Question 7.

6. Was the conduct that you found in the answer to Question 5, unintentional, and the result of a bona fide error, despite procedures maintained and reasonably adapted to check for and avoid the specific error.

Check "Yes' or "No" after the name of each Defendant:

Credigy Services Corporation    YES _____    NO _____
Credigy Receivables, Inc.       YES _____    NO _____
Credigy Solutions, Inc.         YES _____    NO _____
Luis Renato Silva Nunes         YES _____    NO _____
Ricardo Ventura                 YES _____    NO _____

Please answer Question 7

7. Did any of the Defendants, or others acting on their behalf, make a false representation to the Plaintiffs that they owed a debt or any part thereof that they did not in fact owe?

Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | _____ | _____ |
| Credigy Receivables, Inc. | _____ | _____ |
| Credigy Solutions, Inc. | _____ | _____ |
| Brett Boyde | _____ | _____ |
| Luis Renato Silva Nunes | _____ | _____ |
| Paolo Peres | _____ | _____ |
| Ricardo Ventura | _____ | _____ |

If you answered "Yes" as to any Defendant, then answer Question 8 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then go on to Question 9.

8. Was the conduct that you found in the answer to Question 7, unintentional, and the result of a bona fide error, despite procedures maintained and reasonably adapted to check for and avoid the specific error.

Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | _____ | _____ |
| Credigy Receivables, Inc. | _____ | _____ |
| Credigy Solutions, Inc. | _____ | _____ |
| Brett Boyde | _____ | _____ |
| Luis Renato Silva Nunes | _____ | _____ |
| Paolo Peres | _____ | _____ |
| Ricardo Ventura | _____ | _____ |

Please answer Question 9.

9. Did any of the Defendants or others acting on their behalf, make a false, deceptive or misleading representation to the Plaintiffs that nonpayment of the debt would result in seizure and sale of the Plaintiffs' home when such action was not lawful because the time to sue had expired.

Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | _____ | _____ |
| Credigy Receivables, Inc. | _____ | _____ |
| Credigy Solutions, Inc. | _____ | _____ |
| Luis Renato Silva Nunes | _____ | _____ |
| Ricardo Ventura | _____ | _____ |

If you answered "Yes" as to any Defendant, then answer Question 10 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then go on to Question 11.

10. Was the conduct that you found in the answer to Question 9, unintentional, and the result of a bona fide error, despite procedures maintained and reasonably adapted to check for and avoid the specific error.

Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Receivables, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Solutions, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Luis Renato Silva Nunes | \_\_\_\_\_ | \_\_\_\_\_ |
| Ricardo Ventura | \_\_\_\_\_ | \_\_\_\_\_ |

Please answer Question 11.

11. Did any of the Defendants, or others acting on their behalf, make a false representation to the Plaintiffs that the Defendant would initiate legal action on the debt when that action could not be legally taken or when the Defendant did not intend to initiate legal action.

Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Receivables, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Solutions, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Luis Renato Silva Nunes | \_\_\_\_\_ | \_\_\_\_\_ |
| Ricardo Ventura | \_\_\_\_\_ | \_\_\_\_\_ |

If you answered "Yes" as to any Defendant, then answer Question 12 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then go on to Question 13.

12. Was the conduct that you found in the answer to Question 11, unintentional, and the result of a bona fide error, despite procedures maintained and reasonably adapted to check for and avoid the specific error.

Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Receivables, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Solutions, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Luis Renato Silva Nunes | \_\_\_\_\_ | \_\_\_\_\_ |
| Ricardo Ventura | \_\_\_\_\_ | \_\_\_\_\_ |

Please answer Question 13.

13. Did any of the Defendants, or others acting on their behalf, threaten to communicate to a consumer reporting agency that a debt would be reported forever that the Defendant knew or should have known to be false.

Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Receivables, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Solutions, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Luis Renato Silva Nunes | \_\_\_\_\_ | \_\_\_\_\_ |
| Ricardo Ventura | \_\_\_\_\_ | \_\_\_\_\_ |

If you answered "Yes" as to any Defendant, then answer Question 14 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then go on to Question 15.

14. Was the conduct that you found in the answer to Question 13, unintentional, and the result of a bona fide error, despite procedures maintained and reasonably adapted to check for and avoid the specific error.

Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Receivables, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Solutions, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Luis Renato Silva Nunes | \_\_\_\_\_ | \_\_\_\_\_ |
| Ricardo Ventura | \_\_\_\_\_ | \_\_\_\_\_ |

Please answer Question 15.

15. Did any of the Defendants, or others acting on their behalf, fail to disclose that a communication was from a debt collector?

Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Receivables, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Solutions, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Luis Renato Silva Nunes | \_\_\_\_\_ | \_\_\_\_\_ |
| Paolo Peres | \_\_\_\_\_ | \_\_\_\_\_ |
| Ricardo Ventura | \_\_\_\_\_ | \_\_\_\_\_ |

If you answered "Yes" as to any Defendant, then answer Question 16 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then go on to Question 17.

16. Was the conduct that you found in the answer to Question 15, unintentional, and the result of a bona fide error, despite procedures maintained and reasonably adapted to check for and avoid the specific error.

    Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Receivables, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Solutions, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Luis Renato Silva Nunes | \_\_\_\_\_ | \_\_\_\_\_ |
| Paolo Peres | \_\_\_\_\_ | \_\_\_\_\_ |
| Ricardo Ventura | \_\_\_\_\_ | \_\_\_\_\_ |

Please answer Question 17.

17. Did any of the Defendants, or others acting on their behalf, use any false, deceptive or misleading representation or means in connection with the collection of any debt?

    Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Receivables, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Solutions, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Brett Boyde | \_\_\_\_\_ | \_\_\_\_\_ |
| Luis Renato Silva Nunes | \_\_\_\_\_ | \_\_\_\_\_ |
| Paolo Peres | \_\_\_\_\_ | \_\_\_\_\_ |
| Ricardo Ventura | \_\_\_\_\_ | \_\_\_\_\_ |

    If you answered "Yes" as to any Defendant, then answer Question 18 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then go on to Question 19.

18. Was the conduct that you found in the answer to Question 17, unintentional, and the result of a bona fide, despite procedures maintained and reasonably adapted to check for and avoid the specific error.

    Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Receivables, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Credigy Solutions, Inc. | \_\_\_\_\_ | \_\_\_\_\_ |
| Brett Boyde | \_\_\_\_\_ | \_\_\_\_\_ |
| Luis Renato Silva Nunes | \_\_\_\_\_ | \_\_\_\_\_ |
| Paolo Peres | \_\_\_\_\_ | \_\_\_\_\_ |
| Ricardo Ventura | \_\_\_\_\_ | \_\_\_\_\_ |

Please answer Question 17.

19. Did any of the Defendants, or others acting on their behalf, use unfair or unconscionable means to collect or attempt a debt from the Plaintiffs.

Check "Yes' or "No" after the name of each Defendant:

| | | |
|---|---|---|
| Credigy Services Corporation | YES _____ | NO _____ |
| Credigy Receivables, Inc. | YES _____ | NO _____ |
| Credigy Solutions, Inc. | YES _____ | NO _____ |
| Brett Boyde | YES _____ | NO _____ |
| Luis Renato Silva Nunes | YES _____ | NO _____ |
| Paolo Peres | YES _____ | NO _____ |
| Ricardo Ventura | YES _____ | NO _____ |

If you answered "Yes" as to any Defendant, then answer Question 20 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then go on to Question 21.

20. Was the conduct that you found in the answer to Question 19, unintentional, and the result of a bona fide, despite procedures maintained and reasonably adapted to check for and avoid the specific error.

Check "Yes' or "No" after the name of each Defendant:

| | | |
|---|---|---|
| Credigy Services Corporation | YES _____ | NO _____ |
| Credigy Receivables, Inc. | YES _____ | NO _____ |
| Credigy Solutions, Inc. | YES _____ | NO _____ |
| Brett Boyde | YES _____ | NO _____ |
| Luis Renato Silva Nunes | YES _____ | NO _____ |
| Paolo Peres | YES _____ | NO _____ |
| Ricardo Ventura | YES _____ | NO _____ |

Please answer Question 19.

21. If you answered "No" to any of the following Questions: 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, then answer Question 22. If you answered "Yes" to all the Questions 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, then stop here, and sign and return this verdict.

22. You may award up to $1,000.00 for statutory damages to each Plaintiff for the violations of the FDCPA.

<u>Manuel Fausto</u>

Page 8

      Amount of FDCPA statutory damages:

      _____

  <u>Luz Fausto</u>
      Amount of FDCPA statutory damages:

      _____

Please answer Question 23.

23. Did the Plaintiffs suffer actual damages (which may include personal humiliation, embarrassment, mental anguish or emotional distress, e.g. loss of sleep or appetite, nervousness, crying spells) due to the conduct of the Defendants, or others acting on their behalf?

      Check "Yes' or "No" after the name of each Defendant:

| Defendant | YES | NO |
|---|---|---|
| Credigy Services Corporation | _____ | _____ |
| Credigy Receivables, Inc. | _____ | _____ |
| Credigy Solutions, Inc. | _____ | _____ |
| Brett Boyde | _____ | _____ |
| Luis Renato Silva Nunes | _____ | _____ |
| Paolo Peres | _____ | _____ |
| Ricardo Ventura | _____ | _____ |

If your answer to Question 23 is "Yes" for one or more Defendants, then answer Question 24 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then stop here, and sign and return this verdict.

24. Set forth the amount of actual damages caused to each Plaintiff by each Defendant:

<u>Manuel Fausto Damages:</u>

Damages caused by Credigy Services Corporation   _____
Damages caused by Credigy Receivables, Inc.   _____
Damages caused by Credigy Solutions, Inc.   _____
Damages caused by Brett Boyde   _____
Damages caused by Luis Renato Silva Nunes   _____
Damages caused by Paolo Peres   _____
Damages caused by Ricardo Ventura   _____

<u>Luz Fausto Damages:</u>

Damages caused by Credigy Services Corporation   _____
Damages caused by Credigy Receivables, Inc.   _____
Damages caused by Credigy Solutions, Inc.   _____

Page 9

| | |
|---|---|
| Damages caused by Brett Boyde | _____ |
| Damages caused by Luis Renato Silva Nunes | _____ |
| Damages caused by Paolo Peres | _____ |
| Damages caused by Ricardo Ventura | _____ |

Please answer Question 25.

25. If you find that Luz Fausto was disabled, that such disability impaired a major life function, that she was substantially more vulnerable than other members of the public as a result of the disability, and that she suffered substantial physical, emotional or economic damages as a result of the unlawful conduct, you can award an additional amount up to three times the amount of the statutory and actual damages you have awarded.

Set forth the additional amount _____.

Signed: _____
Presiding Juror

Dated: _____