Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-515-3110
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

David Humphreys *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Luke Wallace *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>                    Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br><br>                    Defendant(s). | **Case# 07-05658 JW RS**<br><br>**VERDICT FORM –**<br>**INTRUSION UPON SECLUSION**<br><br>**JURY TRIAL DEMANDED** |

1. Did any of the Defendants intrude upon the seclusion of either Plaintiff?

    Check "Yes" or "No" after the name of each Defendant:

| | | |
|---|---|---|
| Credigy Services Corporation | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Credigy Receivables, Inc. | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Credigy Solutions, Inc. | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Brett Boyde | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Luis Renato Silva Nunes | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Paolo Peres | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Ricardo Ventura | YES \_\_\_\_\_ | NO \_\_\_\_\_ |

If your answer to Question 1 is "Yes" for one or more Defendants, then answer Question 2 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then stop here, and sign and return this verdict.

2. Set forth the amount of actual damages (which includes physical and emotional distress) caused to each Plaintiff by each Defendant:

Manuel Fausto Damages:

Damages caused by Credigy Services Corporation    _____

Damages caused by Credigy Receivables, Inc.    _____

Damages caused by Credigy Solutions, Inc.    _____

Damages caused by Brett Boyde    _____

Damages caused by Luis Renato Silva Nunes    _____

Damages caused by Paolo Peres    _____

Damages caused by Ricardo Ventura    _____

Luz Fausto Damages:

Damages caused by Credigy Services Corporation    _____

Damages caused by Credigy Receivables, Inc.    _____

Damages caused by Credigy Solutions, Inc.    _____

Damages caused by Brett Boyde    _____

Damages caused by Luis Renato Silva Nunes    _____

Damages caused by Paolo Peres    _____

Damages caused by Ricardo Ventura _____

3. Do you find by clear and convincing evidence that any of the Defendants, or others acting on their behalf, acted with oppression, fraud, or malice in committing an intrusion upon the seclusion of Plaintiffs.

Check "Yes' or "No" after the name of each Defendant:

Credigy Services Corporation     YES _____     NO _____
Credigy Receivables, Inc.        YES _____     NO _____
Credigy Solutions, Inc.          YES _____     NO _____
Brett Boyde                      YES _____     NO _____
Luis Renato Silva Nunes          YES _____     NO _____
Paolo Peres                      YES _____     NO _____

If you answered "Yes" as to Credigy Services Corporation, Credigy Receivables, Inc., or Credigy Solutions, Inc., in Question 3, then answer Question 4 as to that Defendant or those Defendants. If you answered "Yes" as to Brett Boyde, Luis Renato Silva Nunes, Paolo Peres, or Ricardo Ventura, but "No" as to all three of Defendants Credigy Services Corporation, Credigy Receivables, Inc., <u>and</u> Credigy Solutions, Inc., then skip Question 4, and answer Question 5 as to the Defendant or Defendants Brett Boyde, Luis Renato Silva Nunes, Paolo Peres, or Ricardo Ventura. If you answered "No" as to all Defendants, then stop here, and sign and return this verdict.

4. Was the conduct constituting malice, oppression, or fraud committed with knowledge, authorized or ratified, by one or more officers, directors, or managing agents of each Defendant:

Check "Yes' or "No" after the name of each Defendant:

Credigy Services Corporation     YES _____     NO _____
Credigy Receivables, Inc.        YES _____     NO _____
Credigy Solutions, Inc.          YES _____     NO _____

If your answer to Question 4 for one or more of the Defendants is "Yes" then answer Question 5 for the Defendants for which you answered "Yes."   Also, answer Question 5 for the individual Defendants for which you answered "Yes" in Question 2:

5. What amount of punitive damages, if any, do you award the Plaintiffs:

<u>For Luz Fausto</u>:
Credigy Services Corporation    _____
Credigy Receivables, Inc.       _____
Credigy Solutions, Inc.         _____
Brett Boyde                     _____
Luis Renato Silva Nunes         _____

1  Paolo Peres
   Ricardo Ventura
2
   <u>For Manuel Fausto</u>:
3  Credigy Services Corporation
   Credigy Receivables, Inc.
4  Credigy Solutions, Inc.
   Brett Boyde
5  Luis Renato Silva Nunes
   Paolo Peres
6  Ricardo Ventura

7

   Signed:    _____
8             Presiding Juror

9  Dated:     _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26