Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-515-3110
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

David Humphreys *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Luke Wallace *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

**Attorney for Plaintiffs**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>               Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>               Defendant(s). | **Case# 07-05658 JW RS**<br><br>**VERDICT FORM – NEGLIGENCE (revised)**<br><br>Final PTC: February 9, 2009<br>Trial: March 18, 2009<br><br>**HONORABLE JAMES WARE**<br><br>**JURY TRIAL DEMANDED** |

Page 1

If you decide Defendants, or other acting on their behalf, violated a law according to these instructions (i.e, the FDCPA, CA FDCPA, PC §653m, PC §519, PC §524), and that the violation was a substantial factor in bringing about the Plaintiffs' harm, then you must find that Defendant was negligent. If so please proceed to Question #3 below.

If you find that Defendants, or others acting on their behalf, did not violate a law, or that the violation was not a substantial factor in bringing about the harm, then you must still decide whether Defendants were negligent under these other instructions.

1. Were any of the Defendants negligent?

   Check "Yes' or "No" after the name of each Defendant:

   | Defendant | YES | NO |
   |---|---|---|
   | Credigy Services Corporation | _____ | _____ |
   | Credigy Receivables, Inc. | _____ | _____ |
   | Credigy Solutions, Inc. | _____ | _____ |
   | Brett Boyde | _____ | _____ |
   | Luis Renato Silva Nunes | _____ | _____ |
   | Paolo Peres | _____ | _____ |
   | Ricardo Ventura | _____ | _____ |

   If you answered "Yes" as to any Defendant, then answer Question 2 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then stop here, and sign and return this verdict.

2. Was the negligence of any of the Defendants a substantial factor in causing harm to the Plaintiffs?

   Check "Yes' or "No" after the name of each Defendant:

   | Defendant | YES | NO |
   |---|---|---|
   | Credigy Services Corporation | _____ | _____ |
   | Credigy Receivables, Inc. | _____ | _____ |
   | Credigy Solutions, Inc. | _____ | _____ |
   | Brett Boyde | _____ | _____ |
   | Luis Renato Silva Nunes | _____ | _____ |
   | Paolo Peres | _____ | _____ |
   | Ricardo Ventura | _____ | _____ |

   If you answered "Yes" as to any Defendant, then answer Question 3 as to

that Defendant or those Defendants. If you answered "No" as to all Defendants, then stop here, and sign and return this verdict.

3. State the damages caused to each Plaintiff by each Defendant:

<u>Manuel Fausto</u>

Damages caused by Credigy Services Corporation   _____
Damages caused by Credigy Receivables, Inc.      _____
Damages caused by Credigy Solutions, Inc.        _____
Damages caused by Brett Boyde                    _____
Damages caused by Luis Renato Silva Nunes        _____
Damages caused by Paolo Peres                    _____
Damages caused by Ricardo Ventura                _____

<u>Luz Fausto</u>

Damages caused by Credigy Services Corporation   _____
Damages caused by Credigy Receivables, Inc.      _____
Damages caused by Credigy Solutions, Inc.        _____
Damages caused by Brett Boyde                    _____
Damages caused by Luis Renato Silva Nunes        _____
Damages caused by Paolo Peres                    _____

Please answer Question 4.

4. Do you find by clear and convincing evidence that any of the Defendants, or others acting on their behalf, acted with oppression, fraud, or malice in committing negligence?

Check "Yes' or "No" after the name of each Defendant:

Credigy Services Corporation     YES _____    NO _____
Credigy Receivables, Inc.        YES _____    NO _____
Credigy Solutions, Inc.          YES _____    NO _____
Brett Boyde                      YES _____    NO _____
Luis Renato Silva Nunes          YES _____    NO _____
Paolo Peres                      YES _____    NO _____
Ricardo Ventura                  YES _____    NO _____

If you answered "Yes" as to Credigy Services Corporation, Credigy Receivables, Inc., or Credigy Solutions, Inc., in Question 4, then answer Question 5 as to that Defendant or those Defendants. If you answered "Yes" as to Brett Boyde, Luis Renato Silva Nunes, Paolo Peres, or Ricardo Ventura, but "No" as to all three of Defendants Credigy Services Corporation, Credigy Receivables, Inc., <u>and</u> Credigy Solutions, Inc., then skip Question 5, and answer Question 6 as to the Defendant or Defendants Brett Boyde, Luis Renato Silva Nunes, Paolo Peres, or Ricardo Ventura. If you answered "No" as to all Defendants, then stop here, and sign and return this verdict.

1     5.  Was the conduct constituting malice, oppression, or fraud committed with knowledge, authorized or ratified, by one or more officers, directors, or managing agents of each Defendant:

    Check "Yes' or "No" after the name of each Defendant:

    Credigy Services Corporation     YES _____     NO _____
    Credigy Receivables, Inc.        YES _____     NO _____
    Credigy Solutions, Inc.          YES _____     NO _____

    If your answer to Question 5 for one or more of the Defendants is "Yes" then answer Question 6 the Defendants for which you answered "Yes."  Also, answer Question 6 for the individual Defendants for which you answered "Yes" in Question 4:

    6. What amount of punitive damages, if any, do you award the Plaintiffs:

    For Luz Fausto:
    Credigy Services Corporation     _____
    Credigy Receivables, Inc.        _____
    Credigy Solutions, Inc.          _____
    Brett Boyde                      _____
    Luis Renato Silva Nunes          _____
    Paolo Peres                      _____
    Ricardo Ventura                  _____

    For Manuel Fausto:
    Credigy Services Corporation     _____
    Credigy Receivables, Inc.        _____
    Credigy Solutions, Inc.          _____
    Brett Boyde                      _____
    Luis Renato Silva Nunes          _____
    Paolo Peres                      _____
    Ricardo Ventura                  _____

    Signed:  _____
             Presiding Juror

    Dated:   _____