IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Manuel Fausto, et al., | No. C 07-05658 JW |
| Plaintiffs, | **ORDER MODIFYING THE SCHEDULE FOR JURY SELECTION AND FIRST WEEK OF TRIAL** |
| v. | |
| Credigy Services Corp., et al., | |
| Defendants. | |

In light of a criminal case which is subject to the Speedy Trial Act and thus takes precedent over civil trials, the Court notifies the parties that Jury Selection in the above entitled case will begin at **1:30 p.m. on Tuesday, March 17, 2009** instead of 9 a.m. as previously scheduled. In addition, if the criminal trial proceeds, the trial schedule for this case will be modified as follows:

| | |
|---|---|
| **Jury Selection** | **March 17, 2009 at 1:30 p.m.** |
| **Sessions 1 - 6**<br>**Sessions 7 - 8**<br>**Sessions 9 - 12**<br>**Session 13** | **March 18 - March 20, 2009; 1 P.M. - 4 P.M.[1]**<br>**March 24, 2009; 9 A.M. - 12 P.M.; 1 P.M. - 4 P.M.**<br>**March 26 - March 27, 2009; 9 A.M. - 12 P.M.; 1 P.M. - 4 P.M.**<br>**March 31, 2009; 9 A.M. - 12 P.M.; 1 P.M. - 4 P.M.** |
| **Argue & Submit** | **April 1, 2009 at 9 a.m.** |
| **Jury Deliberations** | **April 1 - April 3, 2009** |

Dated: March 16, 2009

                                          JAMES WARE
                                          United States District Judge

---

[1] Note that only the first week is effected by the criminal trial. The Court gives the parties an additional full session to make up for the sessions reduced as the result of the morning criminal trial.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Balam Osberto Letona letonalaw@gmail.com
Bernard A. Burk bburk@howardrice.com
D'Lonra C. Ellis dellis@howardrice.com
David Humphreys david@hwh-law.com
Jeffrey A. Topor jtopor@snllp.com
Jeffrey Boyd Lucas jeff.lucas@ssalaw.net
John F. Gillespie john.gillespie@ssalaw.net
Lucius James Wallace luke@hwh-law.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Tomio Buck Narita tnarita@snllp.com

**Dated:  March 16, 2009**                         **Richard W. Wieking, Clerk**

                                                **By:  /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**