IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Manuel F. Fausto, et al., | NO. C 07-05658 JW |
| Plaintiffs, | **ORDER RE: MOTIONS IN LIMINE** |
| v. | |
| Credigy Services Corp., et al., | |
| Defendants. | |

Presently before the Court are the parties' various motions in limine. The Court ORDERS as follows:

**1.** **Defendants' Motion in Limine** to exclude evidence regarding Defendants' attempts to collect debt without a signed agreement (Docket Item No. 228) is GRANTED.[1]

**2.** **Defendants' Motion in Limine** to exclude evidence or comment regarding Plaintiffs' Credit Reports (Docket Item No. 229) is DENIED.

**3.** **Defendants' Motion in Limine** to exclude evidence regarding Defendants' attempts to collect debt after the expiration of the statute of limitations (Docket Item No. 231) is DENIED.

**4.** **Defendants' Motion in Limine** to exclude Luz Fausto's litigation log (Docket Item No. 232) is GRANTED as to the document itself being received, but DENIED as to use of the document by a witness.

---

[1] The Individual Defendants' Motion for Joinder with respect to the Credigy Defendants' Motions in Limine is GRANTED.

**5.** **Defendants' Motion** to bifurcate the trial and separate the issues of liability and punitive damages and **Motion in Limine** to exclude evidence of Defendants' net worth, financial condition, or ability to pay from the first phase of the trial (Docket Item No. 240) is DENIED.

**6.** **Defendants' Motion in Limine** to exclude evidence, reference and argument regarding other lawsuits filed against Defendants (Docket Item No. 242) is GRANTED.

**7.** **Plaintiffs' Motion in Limine** to exclude evidence, reference and argument regarding Plaintiffs' immigration or resident status (Docket Item No. 244) is GRANTED.

**8.** **Plaintiffs' Motion in Limine** to exclude evidence, reference and argument regarding Plaintiffs' foreclosure (Docket Item No. 245) is DENIED.

**9.** **Plaintiffs' Motion in Limine** to exclude oral statements, references or argument that Manuel or Luz Fausto is indebted to any Defendant (Docket Item No. 246) is GRANTED unless supported by document admitted into evidence.

**10.** **Plaintiffs' Motion in Limine** to exclude references to attorney fees (Docket Item No. 247) is GRANTED.

**11.** **Plaintiffs' Motion in Limine** to exclude expert testimony (Docket Item No. 248) is DENIED with respect to the interpreter.

**12.** **Plaintiffs' Motion in Limine** to preclude setoff (Docket Item No. 249) is GRANTED.

**13.** **Plaintiffs' Motion in Limine** to exclude other litigation claims involving Plaintiffs (Docket Item No. 250) is GRANTED.

**14.** **Plaintiffs' Motion in Limine** to exclude matters subject to attorney-client privilege and to prevent Defendants from creating an inference that Plaintiffs or their counsel have acted improperly by invoking the privilege (Docket Item No. 251) is GRANTED.

1 **15.** **Plaintiffs' Motion in Limine** to exclude evidence, reference and argument regarding Plaintiffs' history of minor misdemeanor offenses and alcohol use (Docket Item No. 252) is GRANTED.

Dated: March 17, 2009

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Balam Osberto Letona letonalaw@gmail.com
Bernard A. Burk bburk@howardrice.com
Lonra C. Ellis dellis@howardrice.com
David Humphreys david@hwh-law.com
Jeffrey A. Topor jtopor@snllp.com
Jeffrey Boyd Lucas jeff.lucas@ssalaw.net
John F. Gillespie john.gillespie@ssalaw.net
Lucius James Wallace luke@hwh-law.com
Ronald Wilcox ronaldwilcox@post.harvard.edu
Tomio Buck Narita tnarita@snllp.com

**Dated: March 17, 2009**           **Richard W. Wieking, Clerk**

                                    **By:   /s/ JW Chambers**
                                        **Elizabeth Garcia**
                                        **Courtroom Deputy**