UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TIME TOTAL: 3hr, 2mins

CIVIL MINUTES  -  JURY TRIAL

**Judge: James Ware**            **Courtroom Deputy: Elizabeth Garcia**
**Date:  March 18, 2009**         **Court Reporter: Irene Rodriguez**
**Case No: C-07-05658  JW**       **Interpreter: N/A**

TITLE

Manuel G. Fausto et al v. Credigy Services Corporation et al

Attorney(s) for Plaintiff(s): Ronald Wilcox, David Humphreys, Luke Wallace, Balam Letona, Paul Catalano
Attorney(s) for Defendant(s): Tomio Narita, John Gillespie, Jeffrey Lucas, Stephanie Schmitt, Katy Thoressen

PROCEEDINGS

Jury Trial Session 1

ORDER AFTER HEARING

**1: 15 PM: Jury trial begins.  The Court holds a brief hearing outside the presence of the jury re opening instructions and use of select trial exhibits.**
**1:23 PM: The Court summons the jury.**
**1:25 PM: The Court gives opening instructions of jury.**
**1:37 PM: Plaintiff begins opening statements.**
**1:59 PM: Plaintiff ends opening statements; Defense begins opening statements.**
**2:34 PM: Defense ends opening statements; Plaintiff calls Jason Williams for testimony. Direct examination begins.**
**2:50 PM: The Court takes a brief recess.**
**3:07 PM: Proceedings resume with direct examination of Jason Williams.**
**4:00 PM: Proceedings with jury end, jury dismissed for the day.  The Court holds a brief hearing outside the presence of the jury re designation of witness deposition.**
**4:28 PM: Proceedings end for the day.**

**Further Trial Proceedings set for March 19, 2009 at 1:00 PM.**

**Exhibits Into Evidence:**
Plf: 57, 2,149, 109, 110,, 160, 38
Dft: 190 139 137 141

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
CC: