UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 3hr 54 mins

CIVIL MINUTES - JURY TRIAL

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** March 19, 2009 | **Court Reporter:** Irene Rodriguez |
| **Case No:** C-07-05658 JW | **Interpreter:** N/A |

TITLE

Manuel G. Fausto et al v. Credigy Services Corporation et al

Attorney(s) for Plaintiff(s): Ronald Wilcox, David Humphreys, Luke Wallace, Balam Letona, Paul Catalano
Attorney(s) for Defendant(s): Tomio Narita, John Gillespie, Jeffrey Lucas, Stephanie Schmitt, Katy Thoressen

PROCEEDINGS

Jury Trial Session 1

ORDER AFTER HEARING

**12:36 PM:** Hearing outside jury re deposition designations.
**1: 07 PM:** Jury trial resumes. Witness Jason Williams as on cross testimony.
**1:18 PM:** The Court dismissed the jury to hold a brief hearing with counsel. .
**1:45 PM:** Jury re-summoned; as on cross of Jason Williams continues.
**1:37 PM:** Plaintiff begins opening statements.
**2:50 PM:** The Court takes a brief recess.
**3:15 PM:** Trial proceedings resume; jury summoned. Testimony of Jason Williams interrupted for Witness Anna Klimkova. Direct examination begins.
**3:28 PM:** Cross examination of Klimkova.
**3:57 PM:** Brief redirect, witness Klimkova excused. Jury dismissed for the day. The Court holds a brief hearing outside jury.
**4:00 PM:** Proceedings end for the day.

Further Trial Proceedings set for March 20, 2009 at 1:00 PM.

**Exhibits Into Evidence:**
Plf: 118, 119

Elizabeth C. Garcia
Courtroom Deputy
CC: