UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 2 hr 56 mins

### CIVIL MINUTES  -  JURY TRIAL

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:**  March 20, 2009  **Court Reporter:** Irene Rodriguez
**Case No:** C-07-05658  JW  **Interpreter:** N/A

### TITLE

**Manuel G. Fausto et al v. Credigy Services Corporation et al**

Attorney(s) for Plaintiff(s): Ronald Wilcox, David Humphreys, Luke Wallace, Balam Letona, Paul Catalano
Attorney(s) for Defendant(s): Tomio Narita, John Gillespie, Jeffrey Lucas, Stephanie Schmitt, Katy Thoressen

### PROCEEDINGS

Jury Trial Session 3

### ORDER AFTER HEARING

**12:50 PM:** Hearing outside jury.
**1: 00 PM:** Jury trial resumes.  Jury summoned; Plaintiff makes brief conclusion argument on Witness Anna Klimkova.
**1:10 PM:** Jason Williams called for continued as on cross examination.
**1:20 PM:** As on cross ends; as on direct begins.
**2:21 PM:** The Court takes a brief recess.
**2:40 PM:** Trial proceedings resume; jury summoned.  As on direct testimony of Jason Williams continues.
**3:38 PM:** As on direct testimony ends; brief as on re cross of Williams.
**3:58 PM:** Jason Williams excused at the conclusion of testimony. Jury dismissed for day. The Court holds a brief hearing outside jury.
**4:05 PM:** Proceedings end for the day.

Further Trial Proceedings set for March 24, 2009 at 9:00 AM.

**Exhibits Into Evidence:**
 157, 160, 159, 162, 161, 155, 209, 201

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
CC: