UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL: 4 hrs 35 mins**

**CIVIL MINUTES  -  JURY TRIAL**

**Judge:** James Ware
**Date:**  March 24, 2009
**Case No:** C-07-05658  JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

**TITLE**

Manuel G. Fausto et al v. Credigy Services Corporation et al

Attorney(s) for Plaintiff(s): Ronald Wilcox, David Humphreys, Luke Wallace, Balam Letona, Paul Catalano
Attorney(s) for Defendant(s): Tomio Narita, John Gillespie, Jeffrey Lucas, Stephanie Schmitt, Katy Thoressen

**PROCEEDINGS**

Jury Trial Session 4 and 5

**ORDER AFTER HEARING**

**9:00 AM:** Hearing outside jury re plaintiff testimony.
**9:15 AM:** Jury summoned; Jury trial resumes.  Plaintiff makes summary argument on Witness Jason Williams testimony.
**9:20 AM:** Plaintiff ends summary argument; defense begins summary argument on Witness Jason Williams testimony.
**9:25 AM:** Plaintiff plays video deposition testimony of Letiticia Poston.
**10:10 AM:** Video deposition testimony ends. Plaintiff calls Manuel Fausto for testimony.
**10:12 AM:** Plaintiff begins direct examination of Manuel Fausto.
**10:50 AM:** The Court takes a brief mid-morning recess.
**11:05 AM:** Jury summoned, trial proceedings resume with direct examination of Manuel Fausto.
**11:32 AM:** Plaintiff ends direct testimony; Defense begins cross examination.
**12:02 PM:** The Court takes the lunch hour recess.
**1:10 PM:** Jury summoned, trial proceedings resume with cross examination of Manuel Fausto.
**2:45 PM:** Defense ends cross examination; Plaintiff begins redirect of Manuel Fausto.
**3:00 PM:** Manuel Fausto excused from testimony.  Jury excused, proceedings end for the day.

Further Trial Proceedings set for March 26, 2009 at 9:00 AM.

**Exhibits Into Evidence:**
180, 182, 208

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
CC: