Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-515-3110
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

David Humphreys *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Luke Wallace *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>               Plaintiffs,<br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>               Defendant(s). | Case# 07-05658 JW RS<br><br>**FINAL VERDICT FORM – PUNITIVE DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

1. Do you find by clear and convincing evidence that any of the Defendants, or others acting on their behalf, acted with oppression, fraud, or malice in towards Plaintiffs.

   Check "Yes' or "No" after the name of each Defendant:

   | Defendant | YES | NO |
   |---|---|---|
   | Credigy Services Corporation | _____ | _____ |
   | Credigy Receivables, Inc. | _____ | _____ |
   | Credigy Solutions, Inc. | _____ | _____ |

   If you answered "Yes" as to Credigy Services Corporation, Credigy Receivables, Inc., or Credigy Solutions, Inc., in Question 1, then answer Question 2 as to that Defendant or those Defendants. If you answered "No" as to all Defendants, then stop here, and sign and return this verdict.

2. Was the conduct constituting malice, oppression, or fraud committed with knowledge, authorized or ratified, by one or more officers, directors, or managing agents of each Defendant:

   Check "Yes' or "No" after the name of each Defendant:

   | Defendant | YES | NO |
   |---|---|---|
   | Credigy Services Corporation | _____ | _____ |
   | Credigy Receivables, Inc. | _____ | _____ |
   | Credigy Solutions, Inc. | _____ | _____ |

   If your answer to Question 2 for one or more of the Defendants is "Yes" then answer Question 3 for the Defendants for which you answered "Yes."

3. What amount of punitive damages, if any, do you award the Plaintiffs:

   For Luz Fausto:
   Credigy Services Corporation    _____

   Credigy Receivables, Inc.    _____

   Credigy Solutions, Inc.    _____

   For Manuel Fausto:
   Credigy Services Corporation    _____

   Credigy Receivables, Inc.    _____

   Credigy Solutions, Inc.    _____

1  Signed: _____
            Presiding Juror
2

3  Dated:    _____