**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***E-FILED***
**TIME TOTAL**: 4 hrs, 55mins

**CIVIL MINUTES  -  JURY TRIAL**

| | |
|---|---|
| Judge: James Ware | Courtroom Deputy: Elizabeth Garcia |
| Date:    March 27, 2009 | Court Reporter: Irene Rodriguez |
| Case No: C-07-05658  JW | Interpreter: N/A |

**TITLE**

**Manuel G. Fausto et al v. Credigy Services Corporation et al**

Attorney(s) for Plaintiff(s): Ronald Wilcox, David Humphreys, Luke Wallace, Balam Letona, Paul Catalano
Attorney(s) for Defendant(s): Tomio Narita, John Gillespie, Jeffrey Lucas, Stephanie Schmitt, Katy Thoressen

**PROCEEDINGS**

**Jury Trial Session 8 and 9**

**ORDER AFTER HEARING**

**9:05 AM: Jury summoned; Jury trial resumes.**
**9:07 AM: Video deposition of Kimberly Ervin continues from previous day.**
**9:32 AM: Pause in playing video deposition of Kimberly Ervin.  Plaintiff calls Oscar Fausto of testimony.**
**9:42 AM: Direct examination ends of Oscar Fausto; cross examination begins.**
**9:50 AM: Cross examination ends; no redirect examination; video deposition of Kimberly Ervin resumes.**
**10:23 AM: Responsive reading of Kimberly Ervin's deposition due to technical problems with video.**
**10:25 AM: Defense witness Brett Boyde called out of order.  Direct examination begins.**
**11:00 PM: The Court takes a mid-morning recess.**
**11:15 PM: Resume with Brett Boyde, cross examination begins**
**12:00 PM: The Court takes the lunch hour recess.**
**1:05 PM: Hearing held outside the presence of the jury re Juror note.**
**1:06 PM: Jury summoned, trial proceedings resume with cross examination of Brett Boyde .**
**1:20 PM: Redirect examination of Brett Boyde.**
**1:24 PM: End redirect of Brett Boyde.  The Court inquires of the witness.**
**1:32 PM: Witness excused.  Responsive reading of Paulo Peres deposition.**
**1:59 PM: No counter designations read of Paulo Peres.**
**2:00 PM: Side bar conference held with counsel.**
**2:05 PM: Jury dismissed for further hearing with counsel re sidebar.**
**2:10 PM: Jury summoned.  Plaintiff plays video designations of Gretchen Fox.**
**2:29 PM: Counter designations played of Gretchen Fox.**
**2:30 PM: End counter designations. No re-designations played.**
**2:33 PM: Video designations played of Jill Ostrowski.**
**2:45 PM: No counter designations played.  Plaintiff rests. Defense makes an oral motion.  The Court excuses jury for further hearing on Defendants' Motions.  For the reasons stated on the record, the Court DENIES the Defendants' Motions 1) as a Matter of Law and 2) for judgment.**
**3:00 PM: Plaintiff dismisses various causes of action on the record.**
**3:05 PM: The Court takes a mid afternoon recess.**
**3:15 PM: Jury summoned.  Defense opens case. Don Wagner called for testimony.  Direct examination begins.**
**3:30 PM: Direct examination ends, cross examination begins.**
**4:08 PM: End cross examination, redirect held.  Witness Don Wagner excused as conclusion of testimony.**
**4:10 PM: Jury dismissed for the day. The Court holds a brief hearing outside the presence of the jury.**
**4:25 PM: Proceedings end for the day.**

**Further Trial Proceedings set for March 31, 2009 at 9:00 AM.**

**Exhibits Into Evidence:**
139,156, 149, 150

Elizabeth C. Garcia
Courtroom Deputy
CC: