
Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-551-3114
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiffs

# U.S. DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO,<br><br>Plaintiffs,<br><br>v.<br>CREDIGY SERVICES CORP.,<br>CREDIGY RECEIVABLES INC.,<br>CREDIGYSOLUTIONS INC., RYAN<br>MILLER, BRETT BOYDE, PAULO<br>PERES,<br><br>Defendants. | Case# 07-05658 JW RS<br><br>MOTION TO DISMISS CERTAIN CLAIMS and [Proposed] ORDER |

1
2   As explained on the record on Friday, March 27, 2009, Plaintiffs respectfully request the
3   dismissal of certain claims herein.
4   Plaintiffs request the Court dismiss the following claims:
5   1. Negligent Training and Supervision (Sixth Cause of Action).
6   2.  Any common law claims (Intrusion upon seclusion (Third Cause of Action), Tort In
7   Se (Fourth Cause of Action) and Negligence (Fifth Cause of Action), as to the individual
8   Defendants (Luis Renato Silva Nunes, a.k.a Ryan Miller, Paulo Peres, and Brett Boyde) only.
9   3. Any California Fair Debt Collection Practices Act Claims (Second Cause of Action),
10  as to individual Defendants Paulo Peres and Brett Boyde only.
11
12  Date: 3/30/09
13
14  /s/Ronald Wilcox
    _____
15  Ronald Wilcox
    Attorney for Plaintiffs
16
17
18
19
20
21
22
23
24
25
26
27
28