Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-515-3110
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

David Humphreys *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Luke Wallace *(pro hac vice)*
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

**Attorney for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>            Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., RYAN MILLER, RICARDO VENTURA, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>            Defendant(s). | **Case# 07-05658 JW RS**<br><br><br><br>**PLAINTIFF'S PROPOSED REVISIONS TO COURT'S JURY INSTRUCTIONS AND VERDICT FORMS** |

**Proposed Revisions to CLOSING JURY INSTRUCTIONS**

• Page 4, line 14, revise to state, "A corporation acts through its authorized officers, employees and agents."

• Page 4, line 18-19, revise to state: "A corporation can act only through its officers, employees and agents.  Any act or omission of an officer, employee, or agent, within the scope of their authority is in law the act or omission of such corporation.

• Page 4, line 23-25, revise to state:

Agents and employees, including officers and high ranking employees, of a corporation may be held liable for violations of the Fair Debt Collection Practices Act and related statutes if they directly or indirectly attempted to collect a debt in violation of the Act.1

• On Page 4, after line 25, add:

To determine whether a communication violates the FDCPA, you must apply the "least sophisticated debtor" standard, which determines whether the communication is "likely to deceive or mislead a hypothetical "least sophisticated debtor."2 This standard is lower than simply examining whether particular language would deceive or mislead a reasonable debtor.3

The FDCPA is a strict liability statute.4  As a strict liability statute, it is not necessary to show intent to establish an FDCPA violation.5

---

1 *Newman v. Checkrite*, 912 F. Supp. 1354, 1372 (E.D. CA 1995)
2 *Terran v. Kaplan*, 109 F.3d 1428, 1431 (9th Cir. 1997).
3 *Id*.
4  *Clark v. Capital Credit & Collection Servs., Inc.,* 460 F.3d 1162,1175-1176 (9th Cir. 2006).
5 *Clark v. Capital Credit,* 677 F.2d at 1176.

• Page 5, line 25, insert, "The term "debt collector" also means any person who acquired a debt that was in default at the time it was acquired. Litigating is one way of collecting a debt."6

• Page 6 first paragraph, "Unusual Time and Place", delete lines 2-9

• Page 8, in light of revisions to Page 4, delete line 7-9

• Page 8, before line 10, add another bold heading,

### "False and Misleading Representations"

A debt collector may not use any false, deceptive or misleading representation or means in connection with the collection of any debt. A threat to report a debt forever would be a false statement. A statement that the debt collector's legal department has reviewed an account, when it has not, would be a false statement. Threatening that the failure to pay would lead to the debt collector's attorney contacting the consumer would be a false statement, unless the debt collector truly intended to have their attorney contact the consumer. Stating a debt collector is a credit agency would be false unless the debt collector is also a credit reporting agency.

On the verdict form, with respect to each Defendant that you find was a debt collector, you will be asked:

QUESTION: As to each Defendant listed below, do you find that Plaintiffs have

---

6 15 U.S.C. § 1692a(6); 15 U.S.C. § 1692a(6)(F); *Romine v. Diversified*, 155 F.3d 1142, 1146 (9 Cir. 1998); *Schlosser v. Fairbanks Capital Corp.*, 323 F.3d 534, 536 (7th Cir. 2003), *Pollice v. National Tax Funding,* 225 F.3d 379, 403-405 (3rd Cir. 2000)*, Munoz v. Pipestone Financial, LLC,* 397 F. Supp. 2d 1129, 1133 (D. MN 2006), *Hernandez v. Midland Credit Mgmt.*, 2007 U.S. Dist. LEXIS 16054 (N.D. Ill. 2007). *Romine v. Diversified Collection Services, Inc.*, 155 F.3d 1142,1146 (1998)("Litigating . . .seems simply one way of collecting a debt" and "[i]n drafting a broad statute, Congress entered

proved by a preponderance of the evidence that the Defendant used any false, deceptive or misleading representation or means in connection with the collection of any debt.

**Proposed revisions to VERDICT**

• Delete QUESTION NO. 3

    As to each Defendant listed below, do you find that Plaintiffs have proved by a preponderance of the evidence that the Defendant engaged in collection practices which were directed at Plaintiffs at an unusual time or place.

and its related QUESTION 4 regarding Bona Fide Error.

• Add a new Question:

    QUESTION: As to each Defendant listed below, do you find that Plaintiffs have proved by a preponderance of the evidence that the Defendant used any false, deceptive or misleading representation or means in connection with the collection of any debt.

| | | |
|---|---|---|
| **Credigy Services Corporation** | Yes | No |
| **Credigy Receivables, Inc.** | Yes | No |
| **Credigy Solutions, Inc.** | Yes | No |
| **Luis Renato Silva Nunes** | Yes | No |

and its related counterpart:

    As to each Defendant listed below, do you find that the Defendant has provided by a preponderance of the evidence that the false, deceptive or misleading representation or means, was not intentional and resulted from a bona fide error notwithstanding the

---

all areas inhabited by debt collectors, even litigation." *Id.* at 1146.).

1  maintenance of procedures reasonably adapted to avoid such error.

2

3  • Question 5, page 4, line 24, delete Brett Boyde

4  • Question 6, page 5, line 18, delete Brett Boyde

5  • Question 13, page 11-12, delete Luis Renato Silva Nunes, Brett Boyde and Paulo Peres

6  • Question 14, page 12, delete Luis Renato Silva Nunes, Brett Boyde and Paulo Peres