1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6

7  Attorneys for Defendants
   Credigy Services Corporation,
   Credigy Receivables, Inc., and
8  Credigy Solutions, Inc.

9

**DENIED**
*James Ware*
Judge James Ware

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13  MANUEL G. FAUSTO, AND LUZ          )  CASE NO.: C 07 05658 JW (RS)
    FAUSTO,                            )
14                                     )
                                       )  **JOINT STIPULATION
15              Plaintiffs,            )  REQUESTING JUDICIAL
                                       )  SETTLEMENT CONFERENCE**
16                                     )
            vs.                        )
17                                     )
    CREDIGY SERVICES                   )
18  CORPORATION, CREDIGY              )
    RECEIVABLES INC., CREDIGY         )
19  SOLUTIONS INC., RYAN              )
    MILLER, RICARDO VENTURA,          )
20  BRETT BOYDE, PAULO PERES,         )
    THOMPSON, and DOES 1-10,          )
21  inclusive,                        )
                                       )
22              Defendants.            )
                                       )
23  _____   )

24

25

26

27

28

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
STIPULATION RE JUDICIAL SETTLEMENT CONFERENCE

1   WHEREAS this case is set for a Pretrial Conference on February 24, 2009,

2   and for trial on March 3, 2009; and,

3   WHEREAS the parties believe that a Settlement Conference with a

4   Magistrate Judge of this Court may assist them in resolving the dispute;

5   THEREFORE the parties hereby jointly request that this matter be assigned

6   to the Honorable Magistrate Judge Richard Seeborg, or another Magistrate Judge

7   of this Court, for a Settlement Conference on February 23, 2009.  The parties are

8   requesting this date in order to avoid any delay in their pretrial preparations.  In

9   the event that date is not available on the Court's calendar, the parties have also

10  arranged to have representatives available for a Settlement Conference on

11  February 24, 2009.

12

13  IT IS SO STIPULATED.

14

15  DATED: February 19, 2009        HUMPHREYS WALLACE HUMPHREYS, P.C.
                                     LUKE WALLACE
16

17

18                                   By:  ___/s/_____
                                          Luke Wallace
19                                        Attorneys for Plaintiffs

20  DATED: February 19, 2009        SIMMONDS & NARITA LLP
                                     TOMIO B. NARITA
21                                   JEFFREY A. TOPOR

22

23                                   By:___/s/_____
                                         Tomio B. Narita
24                                       Attorneys for Defendants

25  *** ORDER ***
        Denied as moot.
26

27  Dated:  April 2, 2009

    _____
28  JAMES WARE
    United States District Court