TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants and
Cross-Complainant Credigy Services
Corporation, and for Defendants
Credigy Receivables, Inc. and
Credigy Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION *et al.*,<br><br>Defendants.<br><br>———————————————<br>CREDIGY SERVICES CORPORATION,<br><br>Counterclaimant,<br><br>vs.<br><br>LUZ FAUSTO and ROES 1 through 25,<br><br>Counterdefendants.<br>——————————————— | CASE NO.: C 07 05658 JW (RS)<br><br>**REQUEST TO STAY ENTRY OF JUDGMENT PENDING COMPLETION OF TRIAL TRANSCRIPT**<br><br><br>The Honorable James Ware |

1  On April 3, 2009, the jury returned in its verdict in this matter, finding in favor of defendants Credigy Receivables, Inc., Credigy Solutions, Inc., Paulo Peres, Luis Renato Silva Nunes (sued as "Ryan Miller") and Brett Boyde, and against Credigy Services Corporation on certain claims. Judgment has not yet been entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. Defendant Credigy Services Corporation hereby requests that the Court briefly stay entry of judgment, for the following reasons.

Defendant Credigy Services Corporation intends to move for post-trial relief pursuant to Rule 50(b) and/or Rule 59 of the Federal Rules of Civil Procedure. The deadline for filing such motions is ten days after entry of judgment. *See* Fed. R. Civ. P. 50(b), 59(b). This deadline cannot be extended, either by rule or by stipulation.

In anticipation of filing a post-trial motion, Defendants have ordered a copy of the trial transcript, which is necessary for them to perfect their motion. Defendants are informed by the court reporter, Ms. Irene Rodriguez, that since the transcript covers ten days of testimony and argument, it will likely take her more than a week to prepare the transcript, though Ms. Rodriguez anticipates that she can complete a significant portion of the transcript this week. She advises that she is scheduled to be in trial next week which would likely further delay completion of the transcript.

Given the narrow window within which defendant Credigy Services Corporation must file any post-trial motion, and the possibility that the trial transcript may not be completed before the post-trial motion is due, defendant Credigy Services Corporation respectfully requests that the Court refrain from entering judgment until the court reporter has certified that the trial transcript is complete.

DATED: April 7, 2009                    SIMMONDS & NARITA LLP
                                        TOMIO B. NARITA
                                        JEFFREY A. TOPOR


                                        By:  s/Tomio B. Narita
                                             Tomio B. Narita
                                             Attorneys for Defendants

FAUSTO V. CREDIGY SERVICES CORPORATION ET AL. (CASE NO. C 07 05658 JW (RS))
DEFENDANTS' REQUEST TO STAY ENTRY OF JUDGMENT                           2.