Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-515-3110
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFIC OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

David Humphreys *(pro hac vice)*
Humphreys Wallace Humphreys, P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Luke Wallace *(pro hac vice)*
Humphreys Wallace Humphreys, P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION**

| | |
|---|---|
| MANUEL G. FAUSTO, AND LUZ FAUSTO,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIGY SERVICES CORPORATION, CREDIGY RECEIVABLES INC., CREDIGY SOLUTIONS INC., LUIS RENATO SILVA NUNES, BRETT BOYDE, PAULO PERES, THOMPSON, and DOES 1-10, inclusive,<br>Defendant(s). | Case No. C07-05658  JW – RS<br><br>**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT, INCLUDING AN AWARD OF STATUTORY DAMAGES**<br><br>The Honorable James Ware |

//
//
//

//

# PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT, INCLUDING AN AWARD OF STATUTORY DAMAGES

COME NOW Plaintiffs, Manuel G. Fausto and Luz Fausto (hereinafter "the Faustos") and submit their Motion for Entry of Judgment, Including an Award for Statutory Damages. The Faustos request this Court enter Judgment on their behalf from the jury's April 3, 2009 verdict pursuant to Rule 58 of the Federal Rules of Civil Procedure. The Faustos submit herewith as Exhibit "A" a proposed Judgment. The Faustos seek a total statutory damage award in the amount of $1,000.00 against Credigy Services Corporation, Credigy Receivables, Inc. and Credigy Solutions, Inc. The Faustos request an award of $1,000.00 based on the egregiousness and continuing nature of the violations.

WHEREFORE, the Faustos respectfully request the Court:

(1) Enter Judgment on behalf of the Faustos consistent with the jury's April 3, 2009 verdict and applicable federal and state laws;

(2) Award a reasonable attorneys' fees and the costs of this action; and

(3) Grant all further relief the Court deems just and equitable.

DONE this the 7th day of April, 2009.

    Respectfully submitted,

    HUMPHREYS WALLACE HUMPHREYS, P.C.

    By: /s/ David Humphreys
        David Humphreys, OBA #12346
        Luke J. Wallace, OBA # 16070
        9202 S. Toledo Avenue
        Tulsa, Oklahoma 74137
        (918) 747-5300/(918) 747-5311 fax
        **PRO HAC VICE ATTORNEYS**
        **FOR PLAINTIFFS**