Balám O. Letona, Bar No. 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: 831-421-0200
Fax: 831-551-3114
Email: letonalaw@gmail.com

Ronald Wilcox, Bar No. 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
Email: ronaldwilcox@post.harvard.edu

Attorneys for Plaintiffs

# U.S. DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MANUEL G. FAUSTO and LUZ FAUSTO, | Case# 07-05658 JW RS |
| Plaintiffs, | [Proposed] ORDER DISMISSING CERTAIN CLAIMS |
| v. | |
| CREDIGY SERVICES CORP., CREDIGY RECEIVABLES INC., CREDIGYSOLUTIONS INC., RYAN MILLER, BRETT BOYDE, PAULO PERES, | |
| Defendants. | |

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

# [~~Proposed~~] ORDER

The Motion to Dismiss Certain Claims is hereby GRANTED.

**IT IS SO ORDERED.**

Date: May 5, 2009

_____
HON. JAMES WARE
U.S. DISTRICT COURT JUDGE