AO 133   (Rev. 11/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

## for the No. Dist. of CA, San Jose Div.

| | | |
|---|---|---|
| Manuel G. Fausto and Luz Fausto | ) | |
| v. | ) | Case No. C07-05658 JW-RS |
| Credigy Services Corp., et al | ) | |

### Bill of Costs

Judgment having been entered in the above entitled  05/05/2009  against  Credigy Services Corp.
<div align="center">Date</div>

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk **see itemized (Ex. A)** ........................................ | $     980.00 |
| Fees for service of summons and subpoena .**see itemized (Ex. B)**............. | 1,887.21 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ....... | |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses *(itemize on page two)* **see itemized (Ex. C)** ............ | 423.42 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................... | |
| Docket fees under 28 U.S.C. 1923 ................................................ | |
| Costs as shown on Mandate of Court of Appeals .................................... | |
| Compensation of court-appointed experts ........................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 (**Ex. D**) | 3,044.25 |
| Other costs *(please itemize)* **see itemized Deposition Costs (Ex. E)** .... | 17,813.88 |
| TOTAL | $ 24,148.76 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:  David Humphreys

Name of  David Humphreys

For:  Plaintiffs                                    Date: 05/19/2009
<div align="center">Name of Claiming Party</div>

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

<div align="center">Clerk of Court                    Deputy Clerk                    Date</div>

EXHIBIT A

## FEES OF THE COURT

| Date | Type of Fee | Total |
|---|---|---|
| Check dated 07/16/08 | Filing fee for Application for Attorney Pro Hac Vice for David Humphreys | $210.00 |
| Check dated 7/17/08 | Filing fee for Application for Attorney Pro Hac Vice for Luke Wallace | $210.00 |
| Check dated 09/25/08 | Filing fee for Application for Attorney Pro Hac Vice for Laura Frossard | $210.00 |
| | **HWH SUB TOTAL** | **$630.00** |
| | | |
| 11/6/07 | US District Court- Filing Fees | $350.00 |
| | **BALAM LETONA SUB TOTAL** | **$350.00** |
| | **TOTAL** | **$980.00** |



HUMPHREYS WALLACE HUMPHREYS, P.C.

11195

*7/16/08*

Clerk, US District Court        420.⁰⁰

Entered in Time slips
BY _____ 8-25-08 (date)

Fausto + Vasquez
Filing fees for Application
Atty Pro Hac Vice (210/ea)
(Dave)

HUMPHREYS WALLACE HUMPHREYS, P.C.

11195

Fausto  $210.⁰⁰

Vasquez  $210.⁰⁰

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



HUMPHREYS WALLACE HUMPHREYS, P.C.

11197

7/17/08

Clerk, US Dist Ct                    420.00

Entered in Time Slips
By _____ (date)

Fausto & Vasquez,
filing fees for Application
1 Pd Flad Visa (Duke) ($210.00/ea)

HREYS WALLACE HUMPHREYS, P.C.                    11197

Fausto   $ 210.00

Vasquez   $ 210.00

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

HUMPHREYS WALLACE HUMPHREYS, P.C.
OPERATING ACCOUNT
9202 S. TOLEDO AVE
TULSA, OK 74137
(918) 747-5300

ARVEST BANK
86:1297-1031

9/25/08

PAY TO THE
ORDER OF _U.S. District Court Northern District_    $ 210.00

_Two hundred ten + 00/100_    DOLLARS

MEMO _fee for Application_
_Pro Hac Vice - Laura_
_(Fausto)_

⑈01⑈336⑈ ⑆103112976⑆ 0900098139⑈

---

HPHREYS WALLACE HUMPHREYS, P.C.    9/25/08    11336

210.00

US Dist Ct No. Dist

fee for Application
Pro Hac Vice - Laura
(Fausto)

Entered in Time slips
By ____ 1-9-08 (date)

HREYS WALLACE HUMPHREYS, P.C.    11336

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

LAW OFFICE OF BALAM O. LETONA, INC.
United States District Court

Filing fees

11/6/2007

8434

350.00

Corporate Checking A    Fausto v. Crediogy Solutions Inc. et.al.

LAW OFFICE OF BALAM O. LETONA, INC.
United States District Court

Filing fees

11/6/2007

8434

350.00

350.00

Corporate Checking A    Fausto v. Crediogy Solutions Inc. et.al.

350.00

PRODUCT DLT104    USE WITH 9079 ENVELOPE    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.

EXHIBIT B

## SERVICE OF SUMMONS AND SUBPOENAS FEES

| Date | Provider | Witness | Summons/Subpoena | Cost |
|------|----------|---------|------------------|------|
| Ck dated 9/28/08 | American Process Service Easton, PA | Nicholas Bean and Stacy Bean | Subpoena | $95.00 |
| 7/30/08 | Special Services St. Louis, MO | Micah Rose | Subpoena | $115.00 |
| Inv. Dated 10/01/08 | Montgomery Process Service Pueblo, CO | Cindy Pacheco | Subpoena | $50.00 |
| Ck dated 8/27/08 | Get Served Duluth, GA | Corp. Rep of Credigy Ltd., Credigy USA Corp. & Credigy Acquisition Corp. | Subpoena | $175.00 |
| Inv. Dated 09/05/08 | Bullseye Protective Services Decatur, GA | Kimberly Ervin | Subpoena | $134.07 |
| Inv. Dated 09/12/08 | Bullseye Protective Services Decatur, GA | Letiticia Poston | Subpoena | $130.00 |
| | | | **HWH SUB TOTAL** | **$699.07** |
| | | | | |
| CK dated 2/27/08 | Attorney's Personal Services, Inc. | Brett Boyde | Service of Summons and Complaint of Brett Boyde | $73.00 |
| CK dated 2/27/08 | Attorney's Personal Services, Inc. | Brett Boyde | Service of Summons and Complaint on Brett Boyde | $10.00 |
| CK dated 2/27/08 | Attorney's Personal Services, Inc., | Ricardo Ventura | Service of Summons and Complaint on Ricardo Ventura | $73.00 |
| CK dated 2/27/08 | Attorney's Personal Services, Inc. | Ryan Miller | Service of Summons and Complaint on Ryan | $78.00 |

| | | | Miller | |
|---|---|---|---|---|
| Inv. dated 4/22/08 | 1st Nationwide Legal Services | UP Express Leasing | Subpoena | $101.00 |
| Inv. dated 5/23/08 | 1st Nationwide Legal Services | UP Express Leasing | Subpoena | $60.14 |
| Inv. dated 4/29/08 | Tri-State Subpoena Service | National Capital Management | Subpoena | $100.00 |
| Inv. dated 4/25/08 | Hester Attorney Services, Inc. | Portfolio Recovery Associates | Subpoena | $95.00 |
| Inv. dated 5/7/08 | Diversified Legal Services, Inc. | Deloitte Touche | Subpoena | $45.00 |
| Inv. dated 5/21/08 | Diversified Legal Services, Inc. | Deloitte Touche | Subpoena | $80.00 |
| Inv. dated 5/7/08 | Gotcha Attorney Services, Inc. | American Intl. Spec. Ins. Co. | Subpoena | $80.00 |
| Inv. dated 4/30/08 | One Legal | LiveVox, Inc. | Subpoena | $59.00 |
| Inv. dated 5/1/08 | One Legal | LiveVox, Inc. | Subpoena | $75.00 |
| Inv. dated 5/27/08 | One Legal | LiveVox, Inc. | Subpoena | $75.00 |
| Inv. dated 3/5/08 | Attorney's Diversified Services | Credigy Services Corp., Credigy Receivables, Inc., Credigy Solutions, Inc., & Jason Williams | Subpoena | $110.00 |
| | | | **RON WILCOX SUB TOTAL** | $1,114.14 |
| | | | | |

| 12/24/08 | One Legal, LLC | Credigy Receivables, Inc. | Summons, First Amendment Complaint, CMC, deadlines, ADR | $44.00 |
|---|---|---|---|---|
| | | | **BALAM LETONA SUB TOTAL** | **$44.00** |
| | | | **TOTAL** | **$1,887.21** |

American Process Service
4 $ 95.00

Puesto:
Service of Nicholas ? Stacy Bean

HUMPHREYS WALLACE HUMPHREYS, P.C.

Entered in Time slips
By ___11-10-08___
_____(date)

11359

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com



# SPECIAL SERVICES

## INVOICE

Humphreys Wallace Humphreys, P.C.  File#   81159
9202 S. Toledo Ave.                        **FEIN 43-1171783**
Tulsa, OK 74137
Lacey Bryant                   Cause#   C07-05658 JW

**Server:**
John McCarthy

**Style**
Manuel G Fausto et ux v. Credigy Services Corp. et al

| DATE | TIME | ACTION |
|------|------|--------|
| 7/30/2008 | 7:15 PM | Subpoena |

Person Served: Micah Rose
1119 Mississippi Ave., Apt.124
St. Louis, MO 63104

| | |
|---|---|
| **CHARGE** | $65.00 |
| **Pick up Fee** | |
| **Rush** | $50.00 |
| **Other Fee** | |
| **Mileage** | |
| **Pre-Payment** | $115.00 |
| **TOTAL DUE** | $0.00 |

---

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

| CLIENT | Humphreys Wallace Humphreys, P.C. |
|--------|-----------------------------------|
| | 81159 |
| STYLE | Manuel G Fausto et ux v. Credigy Services Corp. et al |

**FEIN 43-1171783**

| | | |
|---|---|---|
| | **DATE** | 7/30/2008 |
| | **TOTAL DUE** | $0.00 |

MONTGOMERY PROCESS SERVICE      <u>**INVOICE**</u>      Invoice #2008007995
2705 S. Prairie Ave.      5/11/2009
Pueblo, CO 81005-5105
Phone: (719) 542-7219      Original Date: 10/1/2008
Fax: (719) 542-0963
Tax Id#84-1323101

Humphreys Wallace Humphreys
9202 S. Toledo Ave.
Tulsa, OK 74137

**Case Number:** C07-05658 JW

Plaintiff:
Manuel G. Fausto & Luz Fausto

Defendant:
Credigy Services Corporation, et al

Received: 9/29/2008   Served: 10/1/2008 12:20 pm  INDIVIDUAL/PERSONAL
To be served on: Cindy Pacheco

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 50.00 | 50.00 |
| Mileage Fee | 0.37 | 0.00 | 0.00 |
| Bad Address | 1.00 | 0.00 | 0.00 |
| Filing Fees | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $50.00 |
| 09/29/2008     Check #11340     Pre-Payment | | | 50.00 |
| BALANCE DUE: | | | $0.00 |

Thank you for your business!

Please include the invoice number or a copy of this invoice with your payment.

Thank you.

Copyright © 1992-2008 Database Services, Inc. • Process Server's Toolbox V6.3k

IMPHREYS WALLACE HUMPHREYS, P.C.

175.00

Get Served
Client Expenses-Advanced                    service



Bank Account-Operati    Fausto/service of corporate representative subp         175.00

## MPHREYS WALLACE HUMPHREYS, P.C.                                    11276

Get Served
Client Expenses-Advanced                    service        8/27/2008
                                                                    175.00

Bank Account-Operati    Fausto/service of corporate representative subp         175.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



# BULLSEYE PROTECTIVE SERVICES

2746 Rovena Ct.
Decatur, GA 30034
info@bullseyeps.com
Phone (404) 644-7414   Fax (404) 243-1572

**DATE:**   September 5, 2008

**INVOICE #** 82708

**BILL TO:**
Humphreys Wallace Humphreys, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
C/O Tammy Kelley

**FOR:**   Services of Process

| DESCRIPTION | HOURS | QUANTITY | MILEAGE | RATE | AMOUNT |
|---|---|---|---|---|---|
| Conduct Service of Process on *Kimberly Ervin* | | 1.00 | | 65.00 | $ 65.00 |
| Same day service (Double billing) | | 1.00 | | 65.00 | $ 65.00 |
| Skip Trace ( per/hr ) | | | | | |
| Courthouse Research | | | | | |
| Courthouse Document (File summons) | | | | | |
| Mileage for service (No Charge) | | | | | |
| Forms- Affidavit, Motion, Order | | | | | |
| Notary Fee (No Charge) | | | | | |
| Pay Pal Fee   2.9% + .30 | | 1.00 | | 4.07 | 4.07 |

**PAID**

| | | |
|---|---|---|
| SUBTOTAL | $ | 134.07 |
| TAX RATE | | |
| SALES TAX | | |
| OTHER | | |
| **TOTAL** | $ | 134.07 |

Billing Through Paypal to **Bullseye Protective Services**
Overdue accounts subject to a service charge of 1% per month.
**MAKE CHECKS PAYABLE TO BULLSEYE PROTECTIVE SERVICES**

**THANK YOU FOR YOUR BUSINESS!**



# BULLSEYE PROTECTIVE SERVICES

2746 Rovena Ct.
Decatur, GA 30034
info@bullseyeps.com
Phone (404) 644-7414   Fax (404) 243-1572

**DATE:**     September 12, 2008

**INVOICE #** 82708

**BILL TO:**
Humphreys Wallace Humphreys, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
C/O Tammy Kelley

**FOR:**     Services of Process

| DESCRIPTION | HOURS | QUANTITY | MILEAGE | RATE | AMOUNT |
|---|---|---|---|---|---|
| Conduct Service of Process on *Letiticia L. Poston* | | 1.00 | | 65.00 | $ 65.00 |
| Same day service (Double billing) | | 1.00 | | 65.00 | $ 65.00 |
| Skip Trace ( per/hr ) | | | | | |
| Courthouse Research | | | | | |
| Courthouse Document (File summons) | | | | | |
| Mileage for service (No Charge) | | | | | |
| Forms- Affidavit, Motion, Order | | | | | |
| Notary Fee (No Charge) | | | | | |
| Pay Pal Fee   2.9% + .30 | | | | | |

| | |
|---|---|
| SUBTOTAL | $ 130.00 |
| TAX RATE | |
| SALES TAX | |
| OTHER | |
| **TOTAL** | $ 130.00 |

Billing Through Paypal to **Bullseye Protective Services**
Overdue accounts subject to a service charge of 1% per month.
**MAKE CHECKS PAYABLE TO BULLSEYE PROTECTIVE SERVICES**

### THANK YOU FOR YOUR BUSINESS!

# *Attorneys' Personal Services,*   *Inc.*

Post Office Box 7710 • Atlanta, GA 30357-0710

404-872-1200 • fax: 404-872-4578 • 800-245-0122

EIN 58-1531733

*Already Paid w/ch # 5003  2/2/08   2/29/08*

RONALD WILCOX, ESQ.
2160 THE ALAMEDA STE F
SAN JOSE  CA  95126-1122



## STATEMENT

WILCO.R

| Date | Invoice | File No. | Category | Description | Advance | Svc Chg | Credit | Price |
|------|---------|----------|----------|-------------|---------|---------|--------|-------|
| 2/23/08 | 308089 | 0 | PROC-CS | BRETT BOYDE; SUMMONS/COMPLAINT | .00 | .00 | .00 | 73.00 |
| 2/23/08 | 308090 | 0 | PROC-CS | BRETT BOYDE; SUMMONS/COMPLAINT | .00 | .00 | .00 | 10.00 |
| 2/26/08 | 308091 | 0 | PROC-XX | RICARDO VENTURA; SUMMONS/COMPLAI | .00 | .00 | .00 | 73.00 |
| 2/23/08 | 308092 | 0 | PROC-CS | RYAN MILLER; SUMMONS/COMPLAINT | .00 | .00 | .00 | 78.00 |

## WE APPRECIATE YOUR CONTINUED CONFIDENCE IN OUR SERVICE!

| PREVIOUS BALANCE | $ 0.00 | TOTAL CREDITS | $ .00 |
| RETAINER | $ .00 | TOTAL ADVANCES | $ 0.00 |
| | | LATE CHARGE | $ .00 |

TOTAL CHARGES  $ 234.00

PAYMENT IS DUE ON RECEIPT. LATE CHARGE = 1.5% ON UNPAID
PRINCIPAL BALANCE.   MINIMUM LATE CHARGE OF $ .50.

BALANCE DUE    $234.00

| AMOUNT DELINQUENT: | TOTAL LATE CHARGES | $0.00 |

| OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | OVER 150 DAYS | OVER 180 DAYS |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $78.00 | $0.00 | $156.00 |

SKIP TRACE - ASSET SEARCHES - SURVEILLANCE - SERVICE OF PROCESS
MEMBER - NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS
MEMBER - GEORGIA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS
LICENSED PRIVATE INVESTIGATORS



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

Bill to:
Attention: Marion Ramel
Ronald  Wilcox, Esq.
Ronald Wilcox, Attorney at Law
2160 The Alameda, First Floor
Suite F
San Jose CA  95126

Work Completed For:
Ronald  Wilcox, Esq.
Ronald Wilcox, Attorney at Law
2160 The Alameda, Suite F
First Floor
San Jose CA  95126

| Friday April 25,  2008 | *INVOICE* | ronwil.92418 |
|---|---|---|

Case #:  C0705658JWRS
Court:  United States District Court - Eastern District Of California
Title:  Manuel G. Fausto and  Luz Fausto vs. Credigy Services Corporation, et al.
Documents:  Subpoena in a Civil Case; Proof of Service; Declaration of Custodian of Records

| Date | Description | Amount |
|---|---|---|
| 04/24/08 02:49PM | Personal Service  US Express Leasing, Inc., Custodian of Records, AT Business Corporation Service Company 2730  Gateway Oaks Drive, Suite 100 Sacramento CA  95833, by serving: Becky DeGeorge, Person Authorized to Accept Service , for Subject: US Express Leasing, Inc., Custodian of Records Credigy Services Corporation, Served By: J.  Marshall | |
| 04/24/08 | Prepayment of Service | -54.00 |
| 04/24/08 | Service of Process  - Zone 2 | 46.50 |
| 04/24/08 | Fuel Surcharge . | 2.50 |
| 04/24/08 | Advance Fee Charge, 10% of Advanced Amount, Or $2.00 Mininum | 2.00 |
| 04/24/08 | Witness Fee Advanced  Check # 5458 | 15.00 |

**PLEASE PAY FROM THIS INVOICE**                                    **12.00**

**RONALD WILCOX**
**ATTORNEY AT LAW**
2160 THE ALAMEDA STE F
SAN JOSE, CA 95126

5095
90-78/1211

DATE 4/22/2008

PAY TO THE ORDER OF 1st Nationwide Legal Services                    $ 89,00

Eighty nine and no/100 ————————— DOLLARS

BANK OF THE WEST
Santa Clara Office
1705 EL CAMINO REAL
SANTA CLARA, CA 95050
1-800-488-2265

9 2418 $39
(service of subpoena on US Express    9 2416 $54
Leasing, Inc.)

FOR Fausto v. Credigy et al.

⑆005095⑆                    ⑆0000008900⑆

---

**RONALD WILCOX**
**ATTORNEY AT LAW**
2160 THE ALAMEDA STE F
SAN JOSE, CA 95126

5148
90-78/1211

DATE 5/19/2008

PAY TO THE ORDER OF 1st Nationwide Legal Services                    $ 12.00

twelve and no/100 ————————— DOLLARS

BANK OF THE WEST
Santa Clara Office
1705 EL CAMINO REAL
SANTA CLARA, CA 95050
1-800-488-2265

FOR Fausto v. Credigy (Acc# W151

⑆005148⑆                    ⑆0000001200⑆

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
EVERETT, WA 98201

FOR DEPOSIT ONLY
ABC LEGAL SERVICES INC.
GENERAL ACCOUNT

WFB NA FREM 04252008
6857: 9 ESU 46

0050037625 04/28/2008
110 001

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
EVERETT, WA 98201

FOR DEPOSIT ONLY
ABC LEGAL SERVICES INC.
GENERAL ACCOUNT

WFB NA FREM 05232008
1998: 9 ESU 48

0020317255 05/27/2008
110 016

# INVOICE

**Tri-State Subpoena Service**
**328 N. Avalon St.**
**Memphis, TN 38112**
**Phone: (901) 383-3515**
**Tax I.D.#52-2381548**

Inv. # 2008000431
04-29-2008

Ronald Wilcox
2160 The Almeda
Ste. F, First Floor
San Jose CA 95126

**Case Number: Shelby C07-05658 JW RS**

Plaintiff:
**Manuel G. Fausto**

Defendant:
**Credigy Services Corp. et al**

Completed: 4/28/2008
To be served on: National Capital Management LLC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 100.00 | 100.00 |
| TOTAL CHARGED: | | | $100.00 |
| Pre-Payment  4/29/2008   Check # | | | 100.00 |
| BALANCE DUE: | | | $0.00 |

**Thank you for your business!**

Please enclose a copy of this invoice with your payment.
PAYMENT DUE UPON RECEIPT, or $3.00 CHARGE AFTER 30 DAYS

# H.A.S.I.
### HESTER ATTORNEY SERVICES, INC.
### LEGAL SUPPORT SERVICES

Post Office Box 2070, Poquoson, VA 23662-2070
Telephone: 757-868-5833          Fax: 757-868-5832

Visit us at www.hesterservices.com
Email: info@hesterservices.com

Our EIN: 31-1755379

## INVOICE # <u>156764</u>   Date: 4/25/2008

Services Billed To:

**RONALD WILCOX ESQ**
**RONALD WILCOX ATTORNEY AT LAW**
**2160 THE ALAMEDA 1ST FLOOR STEF**
**SAN JOSE, CA 95126**

Service
Requested By:
MARION RAMEL
RONALD WILCOX ATTORNEY AT LAW
2160 THE ALAMEDA 1ST FLOOR STEF
SAN JOSE, CA 95126
PRIORITY: ROUTINE

Requestor's File #:

Insured and claim no. if provided

| | |
|---|---|
| Style: | **MANUEL G FAUSTO et al v. CREDIGY SERVICES CORPORATION et al** |
| Court: | UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA |
| Case Number: | C07-05658 JW RS |
| Document(s) Served: | SUBPOENA IN A CIVIL CASE |

| Sub ID | Date Served: | Served / Attempted On (Name/Company) | Fee Per Doc | # Docs | Total Cost |
|---|---|---|---|---|---|
| 1 | 4/24/2008 | JUDITH S SCOTT, REG AGENT ; PORTFOLIO RECOVERY ASSOCIATES, LLC, NORFOLK, VA | $95.00 | 1 | $95.00 |

Member Commonwealth of Virginia Association of Professional Process Servers
Member National Association of Professional Process Servers
Member Process Servers International

| | |
|---|---|
| Total Fees: | $95.00 |
| Prepaid   chk #5094 | $95.00 |
| Payments | $0.00 |
| **Amount Due:** | **$0.00** |

Terms - Net10

# ORIGINAL INVOICE

*Thank you for giving us the opportunity to be of service to your firm.  Please call us again!*



**DLS**
1425 Benteen Ave SE
Atlanta, GA 30315
(404)627-7777 / (404)627-2130 Fax
contactus@diversifiedlegal.com

# INVOICE

| | |
|---|---|
| Ronald Wilcox<br>2160 The Alameda<br>1st Floor<br>San Jose, CA 95126 | Invoice Date    5/21/2008<br>Invoice No.    46280<br>Terms    Net 14 days<br>**DUE DATE**    6/4/2008 |

| REFERENCE | DESCRIPTION OF SERVICE | DATE | AMOUNT |
|---|---|---|---|
| TKT 214526<br>FAUSTE/DELOITTE | Perfected service on:<br>  Deloitte Touche, LLP<br>  191 Peachtree Street<br>  Atlanta, GA 30303 | | |
| | **Trip charge (2 trips )** | 5/15/08 | $40.00 |
| | **Service fee** | 5/15/08 | $25.00 |
| | **Cost** | 5/15/08 | $40.00 |
| | **Wait** | 5/15/05 | $20.00 |
| **PAYMENT** | **Payment received - Thank you** | | -$85.00 |

Past Due Invoices are subject to a $25 late fee     **AMOUNT DUE**     | $40.00 |

*Thank You for choosing DLS!*

**From:** Ronald Wilcox <ronaldwilcox@mac.com>
**Subject:**
**Date:** May 7, 2008 11:02:39 AM PDT



To:

**Diversified Legal Services, Inc.**
1425 Benteen Ave. SE
Atlanta, GA 30315
Att: Dennis

Dennis,

Enclosed is a $45 check for personal service of the subpoena on Deloitte Touche, LLP.

Thanks,

Ronald Wilcox
Attorney at Law
2160 The Alameda, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@mac.com

*Paid chk # 5123*

**Deloitte Touche, LLP**
**191 Peachtree St., NE**
**Atlanta, GA 30303**



RONALD WILCOX
ATTORNEY AT LAW
2160 THE ALAMEDA STE F
SAN JOSE, CA 95126

5162
90-78/1211

DATE 5/27/2008

PAY TO THE ORDER OF DLS                                                    $ 40.00

forty and no/100————————————————— DOLLARS

BANK of the WEST
Santa Clara Office
1765 EL CAMINO REAL
SANTA CLARA, CA 95406
1-800-488-2265

Inv # 46380                  016 - I

FOR Fausto v. Credigy (service on Deloitte Touche up)          Ronald Wilcox

⑈00 5 16 2⑈

Account:8140590 Check#:5162 Amount:$40.00 Sequence:500153615 Date:06/03/2008

For Deposit Only
DLS, Inc.

RONALD WILCOX
ATTORNEY AT LAW
2180 THE ALAMEDA STE F
SAN JOSE, CA 95126

5129

90-78/1211

DATE 5/11/2008

PAY TO THE ORDER OF Diversified Legal Services          $ 40.00

forty and no/100 _____ DOLLARS

BANK WEST
Santa Clara Office
1795 EL CAMINO REAL
SANTA CLARA, CA 95050
1-408-855-2240

Fausto v. Credigy          016 7
SPREAD SHEET (COSTS)

FOR Witness fee

⑈005129⑈

Account:8140590 Check#:5129 Amount:$40.00 Sequence:500170320 Date:05/20/2008

For Deposit Only
DLS, Inc.

RONALD WILCOX
ATTORNEY AT LAW
2160 THE ALAMEDA STE F
SAN JOSE, CA 95126

5140

90-78/1211

640107901 17 051908 CHARGE

DATE 5 / 15 / 2008

PAY TO THE ORDER OF  Gotcha Attorney Services, Inc.

$ 80.⁵⁰

Eighty and no/100 ————————————————— DOLLARS

BANK of the WEST®
Santa Clara Office
1705 EL CAMINO REAL
SANTA CLARA, CA 95050
1-800-488-2265

FOR  Fausto v. Credigy (American or International) et al.

⑈005140⑈    ⑆0000008000⑈

Account:8140590 Check#:5140 Amount:$80.00 Sequence:500096565 Date:05/22/2008

640107901 05192008 00000000060035182 07 RSN 00

021000089     821E    >0210-0008<
E.CC.PC.C    CHARGE    CITIBANK,NA
2219 640107901 051908 2012A22627

042000314
FIFTH THIRD 05.26.08
CINCINNATI, OHIO

07100305
05/28/08

3555392002 0225431854

PAY TO THE ORDER OF
CITIBANK, N.A. BR #368
RIVERHEAD, NY 11901
NOT FOR USE ONLY
GOTCH-A ATTORNEY
SERVICES, INC.
9994152464

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



RONALD WILCOX, ATTORNEY AT LAW
ATTN: Marion  ramel
2160 THE ALAMEDA STE F

SAN JOSE, CA  95126-1122

| INVOICE No. | |
|---|---|
| 6661817 | |
| Date: | 5/1/08 |
| Cust. No.: | . . |

| Cust. No.: | . . . |
|---|---|
| Invoice No.: | 6661817 |
| Inv. Date: | 5/1/08 |
| Due Date: | 5/16/08 |
| Total: | $117.80 |
| Terms: | Net 15 |

| Law Firm Contact: | Ronald Wilcox |
|---|---|
| Client File No.: | Fausto v. Credigy |
| Case Short Title: | Fausto V. Credigy Services Corporation, et al. |

| Documents: | Subpoena In A Civil Case |
|---|---|
| One Legal Branch: | Service of Process |
| Court: | United States District Court |
| Description: | Served: LiveVox, Inc., By Serving Paul J. Shaffer, Corpora |
| | 450 Sansome Street |
| | San Francisco, CA 94111 |

| TODAY SERVICE OF PROCESS | $75.00 |
|---|---|
| WITNESS FEES | $40.00 |
| FUNDS ADVANCED FEE | $2.80 |



| Due Date | 5/16/08 | Total This Invoice | $117.80 |
|---|---|---|---|

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

RONALD WILCOX, ATTORNEY AT LAW
ATTN: Marion ramel
2160 THE ALAMEDA STE F

SAN JOSE, CA  95126-1122

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



| Cust. No.: | |
| --- | --- |
| Invoice No.: | 6661655 |
| Inv. Date: | 4/30/08 |
| Due Date: | 5/15/08 |
| Total: | $59.00 |
| Terms: | Net 15 |

| INVOICE No. | |
| --- | --- |
| 6661655 | |
| Date: | 4/30/08 |
| Cust. No.: | |

| | |
| --- | --- |
| Law Firm Contact: | Ronald Wilcox |
| Client File No.: | Fausto v. Credigy |
| Case Short Title: | Fausto V. Credigy Services Corporation, et al. |
| Documents: | Subpoena In A Civil Case |
| One Legal Branch: | Service of Process |
| Court: | United States District Court |
| Description: | Served: LiveVox, Inc., By Serving Mike Leraris, CFO, Autho |
| | 450 Sansome Street |
| | San Francisco, CA 94111 |

| | |
| --- | --- |
| **RUSH SERVICE OF PROCESS** | $59.00 |



| Due Date | 5/15/08 | Total This Invoice | $59.00 |
| --- | --- | --- | --- |

# INVOICE

## RUSH!

**Attorney's Diversified Services**

**ATTORNEY'S DIVERSIFIED SERVICES**
1424 21st Street
Sacramento, CA 95811
(916) 441-4396 FAX: (916) 443-1162

Attorney's Diversified Services
www.attorneysdiversified.com
IRS NO. 20-0709641

| Customer | Date | Invoice |
|---|---|---|
| | 03/05/09 | 0T302430-01 |

**Ship To:**
RONALD WILCOX
ATTORNEY AT LAW
**ATTN: MARION RAMEL**
2160 ALAMEDA, FIRST FLOOR
SAN JOSE, CA 95126-1122

Phone: (408) 296-0400    Client Type: 01
Fax: (408) 296-0486

**Ordered By:**
RONALD WILCOX
ATTORNEY AT LAW
**ATTN: MARION RAMEL**
2160 ALAMEDA, FIRST FLOOR
SAN JOSE, CA 95126-1122
Phone: (408) 296-0400    Client Type: 01

## CASE INFORMATION
Court: UNITED STATES DISTRICT COURT
Depo Date:
Case #: C0705658JWRS
Case Name: MANUEL G. FAUSTO, ET AL
vs CREDIGY SERVICES CORP. ET A

## VITAL INFORMATION
SERVEE: *TOMIO NARITA, SIMMONDS*
ADDRESS: *44 MONTGOMERY ST., STE*
*SAN FRANCISCO, CA 94104*
FIRM'S FILE NUMBER: *FAUSTO V. CREDIGY SERVIC*
CLAIM NUMBER:
POLICY ID NUMBER:
INSURED:
DATE OF LOSS:

| Description | Units | Rate | Amount | Tax |
|---|---|---|---|---|
| Service Fee A | 1 | 75.00 | 75.00 | N |
| Rush Handling A | 1 | 35.00 | 35.00 | N |

*Paid ck#5064 3-27-08*

Regarding: TOMIO NARITA, SIMMONDS & NARITA LLP at 44 MONTGOMERY ST., STE
3010, SAN FRANCISCO CA 941040000. SUBPOENA IN A CIVIL CASE RE: CREDIGY
SERVICES CORPORATION; SUBPOENA IN A CIVIL CASE RE: CREDIGY RECEIVABLES, INC.;
SUBPOENA IN A CIVIL CASE RE: CREDIGY SOLUTIONS, INC.; SUBPOENA IN A CIVIL CASE
RE: JASON WILLIAMS, VICE PRESIDENT CREDIGY SOLUTIONS, INC.
REMARKS:

SUBTOTAL      $      110.00

TOTAL DUE      $      110.00

**Bill to:**   RONALD WILCOX
ATTORNEY AT LAW
**ATTN: MARION RAMEL**
2160 ALAMEDA, FIRST FLOOR
SAN JOSE, CA 95126-1122

| Customer | Date | Invoice |
|---|---|---|
| 4082960400 | 03/05/09 | 0T302430-01 |

**TOTAL DUE $     110.00**
**PAYMENT DUE DATE:  03/15/09**

**Remit Payment to:**
Attorney's Diversified Services
PO Box 2799
Sacramento, CA 95812

916 441-4396  FAX 916 443-1162.
IRS NO. 20-0709641

To pay by credit card, mail, fax or call (916) 441-4396

CARD NUMBER: _____

NAME ON CARD: _____

TYPE OF CARD:  VISA   MASTERCARD   AMERICAN EXPRESS
(CIRCLE ONE)
EXPIRATION DATE: _____/_____

TERMS: 10 DAYS NET OF INVOICE DATE - ACCOUNTS OVER 30 DAYS WILL BE SUBJECT TO 3.0% MONTHLY
INTEREST - IN THE EVENT OF DEFAULT, COLLECTION FEES AND/OR ATTORNEY FEES WILL BE ASSESSED.

EXHIBIT C

**WITNESS FEES**

| Name, City and State of Residence | Attendance Days/Total Cost | Subsistence Days/Total Cost | Mileage Miles/Total Cost | Total Cost of Each Witness |
|---|---|---|---|---|
| Corp. Rep of Credigy, Ltd. | 1 day | -0- | -0- | $70.00 |
| Corp. Rep. of Credigy USA Corp. | 1 day | -0- | -0- | $70.00 |
| Corp. Rep of Credigy Acquisition | 1 day | -0- | -0- | $70.00 |
| Cindy Pacheco | 10/08/08/ $10-wit. fee | 1 day/$10.00 | 11.50 mi/ $6.73 mileage | $16.73 |
| Stacy Bean | 10/08/08/ $10-wit. fee | 1 day/$10.00 | 3.93 mi/ $2.30 mileage | $12.30 |
| Nicholas Bean | 10/08/08/ $10-wit. fee | 1 day/$10.00 | 3.93 mi/ $2.30 mileage | $12.30 |
| Micah Rose | 10/08/08/ $10-wit. fee | 1 day/$10.00 | 3.57 mi/ $2.09 mileage | $12.09 |
| Kimberly Ervin | 9/24/08/ $10-wit. fee | 1 day/$10.00 | 26 mi/ $15.00/mileage | $25.00 |
| Letiticia Poston | 9/24/08/ $10-wit. Fee | 1 day/$10.00 | 68.37 mi/ $40.00/mileage | 50.00 |
|  |  |  | **HWH SUB TOTAL** | **$338.42** |
|  |  |  |  |  |
| LiveVox, Inc. San Francisco, CA 7/30/08 | 1 | 0 | 0 | $42.50 |
| LiveVox, Inc. San Francisco, CA | 1 | 0 | 0 | $42.50 |
|  |  |  | **RON WILCOX SUB TOTAL** | **$85.00** |
|  |  |  | **TOTAL** | **$423.42** |

**HUMPHREYS WALLACE HUMPHREYS, P.C.**                                          11273

Corporate Rep. of Credigy, Ltd.
Client Expenses-Advanced               witness fee and mileage          8/27/2008

70.00

Bank Account-Operati    Fausto witness fee and mileage                          70.00

**HUMPHREYS WALLACE HUMPHREYS, P.C.**                                          11273

Corporate Rep. of Credigy, Ltd.
Client Expenses-Advanced               witness fee and mileage          8/27/2008

70.00

Entered in Time slips
BY ___ 8-21-08 ___ JW (date)

Bank Account-Operati    Fausto witness fee and mileage                          70.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

HUMPHREYS WALLACE HUMPHREYS, P.C.                                            11274

    Corporate Rep. of Credigy USA Corp.
    Client Expenses-Advanced       witness fee and mileage      8/27/2008

                                                           70.00

Bank Account-Operati    Fausto witness fee and mileage           70.00

**HUMPHREYS WALLACE HUMPHREYS, P.C.**                                         11274

    Corporate Rep. of Credigy USA Corp.
    Client Expenses-Advanced       witness fee and mileage      8/27/2008        70.00



Entered In Time Slips
By _____ 8-27-08 (date)

Bank Account-Operati    Fausto witness fee and mileage           70.00

DELUXE BUSINESS FORMS   1+800-328-0304   www.deluxeforms.com

UMPHREYS WALLACE HUMPHREYS, P.C.                                    11275

Corporate Rep. of Credigy Acquistion
Client Expenses-Advanced          witness fee and mileage        8/27/2008

                                                                   70.00

Bank Account-Operati    Fausto witness fee and mileage             70.00

## UMPHREYS WALLACE HUMPHREYS, P.C.                                11275

Corporate Rep. of Credigy Acquistion                  8/27/2008
Client Expenses-Advanced          witness fee and mileage

                                                                   70.00



Entered in Time Slips
By_____8-2-08_____
                  (date)

Bank Account-Operati    Fausto witness fee and mileage             70.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Cindy Pacheco          $16.73
re: Fausto - witness fee + mileage

**MPHREYS WALLACE HUMPHREYS, P.C.**



Entered in Time Slips
1-10-08                    (date)
By

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

11354

Staley Bean

$12.30

re: Pans to

witness ? Mileage fee

Entered in Time Slips
By _11-10-08_
(date)

**MPHREYS WALLACE HUMPHREYS, P.C.**

11354

DELUXE BUSINESS FORMS   1+800-328-0304   www.deluxeforms.com

9/29/08

Nicholas Bean
$12.30
re: Fausto
witness: mileage fee

MPHREYS WALLACE HUMPHREYS, P.C.



11355

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

11358

$ 9/29/08

Micah Rose
$ 12.09
re: Fausto
witness + mileage fee

Entered in Time Slips
By _____ 11-10-08 (date)

HUMPHREYS WALLACE HUMPHREYS, P.C.

11358

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

**HUMPHREYS WALLACE HUMPHREYS, P.C.**
OPERATING ACCOUNT
9202 S. TOLEDO AVE.
TULSA, OK 74137
(918) 747-5300

ARVEST BANK
86-1297-1031

9/10/08

PAY TO THE
ORDER OF  Kimberly Ervin                              $ 25.00

Twenty five                                          no/100                          DOLLARS

MEMO  witness fee + mileage
(Fausto)

⑈011297⑈ ⑆103112976⑆ 0900098139⑈

---

HUMPHREYS WALLACE HUMPHREYS, P.C.                                    11297

9/10/08

Kimberly Ervin                                              25.00

Entered in Time slips
By ____11-4-08____ (date)

witness fee + mileage
(Fausto)

HUMPHREYS WALLACE HUMPHREYS, P.C.                                    11297

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



**HUMPHREYS WALLACE HUMPHREYS, P.C.**
OPERATING ACCOUNT
9202 S. TOLEDO AVE
TULSA, OK 74137
(918) 747-5300

ARVEST BANK
86-1297-1031

9/10/08

PAY TO THE
ORDER OF _Letiticia Poston_                    $ 50.

_Fifty_                                        DOLLARS

MEMO _witness fee + mileage_
_(Jaustos)_

⑆011298⑆ ⑉103112976⑈ 0900098139⑈

PHREYS WALLACE HUMPHREYS, P.C.                          11298

---

Letiticia Poston                        9/10/08
                                        50.⁰⁰

witness fee + mileage
(Jauste)

Entered in Time slips
By ____11-9-08____ (date)
        24

PHREYS WALLACE HUMPHREYS, P.C.                          11298

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

26-0259046

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815



RONALD WILCOX, ATTORNEY AT LAW
ATTN: Marion ramel
2160 THE ALAMEDA STE F

SAN JOSE, CA 95126-1122

| INVOICE No. | |
|---|---|
| 6661817 | |
| Date: | 5/1/08 |
| Cust. No.: | |

| | |
|---|---|
| Cust. No.: | |
| Invoice No.: | 6661817 |
| Inv. Date: | 5/1/08 |
| Due Date: | 5/16/08 |
| Total: | $117.80 |
| Terms: | Net 15 |

| Law Firm Contact: | Ronald Wilcox |
|---|---|
| Client File No.: | Fausto v. Credigy |
| Case Short Title: | Fausto V. Credigy Services Corporation, et al. |
| | |
| Documents: | Subpoena In A Civil Case |
| One Legal Branch: | Service of Process |
| Court: | United States District Court |
| Description: | Served: LiveVox, Inc., By Serving Paul J. Shaffer, Corpora |
| | 450 Sansome Street |
| | San Francisco, CA 94111 |

| TODAY SERVICE OF PROCESS | $75.00 |
|---|---|
| WITNESS FEES | $40.00 |
| FUNDS ADVANCED FEE | $2.80 |



| Due Date | 5/16/08 | Total This Invoice | $117.80 |
|---|---|---|---|

EXHIBIT D

## INTERPRETER COSTS AND COMPENSATION

| Date | Interpreter | Service | Cost |
|------|-------------|---------|------|
| 08/13/08 | M. Christina Knutzon | Portuguese Interpreter to Defendant Paulo Peres | $401.39 |
| | | **HWH SUB TOTAL** | **$401.39** |
| | | | |
| 1/29/09 | Anna-Marie Klimkova | Fausto v. Credigy transcription and translation, declaration translation and certification | $842.16 |
| 3/26/09 | Anna-Marie Klimkova | Fausto v. Credigy Witness Interpreting | $1,260.00 |
| 05/4/09 | Adele Negro | Translation Fausto v. Credigy | $540.70 |
| | | **BALAM LETONA SUB TOTAL** | **$2,642.86** |
| | | **TOTAL** | **$3,044.25** |

M. CRISTINA KNUTZON
ENGLISH-PORTUGUESE TRANSLATOR
CERTIFIED BY THE AMERICAN TRANSLATORS ASSOCIATION
CERTIFIED COURT INTERPRETER
TAX ID # 020664286

1080 ADMIRAL CROSSING
ALPHARETTA, GA 30005-3894
(770) 633-5826
E-MAIL: knutzon@bellsouth.net

---

INVOICE 136/08

August 13th, 2008

Humphreys Wallace Humphreys, P.C.

9202 S Toledo Avenue

Tulsa, Oklahoma 74137

Phone: (918) 747-5300

Attn.: Ms. Lacey Bryant

Re: Deposition: Case No. C07-05658 JW

| Date | Description | Cost |
|------|-------------|------|
| 08/13/08 | Portuguese interpretation for defendant, Mr. Paulo Peres, at Embassy Suites Hotel – Atlanta Airport - 7 hours @ $50 per hour (10:30 AM to 5:30 PM) | $ 350.00 |
| 08/13/08 | 81 miles @ 0.585 cents per mile | 47.39 |
| 08/13/08 | Parking (receipt attached) | 4.00 |
| | **TOTAL DUE UPON RECEIPT** | $ 401.39 |

Thank you,

M. Cristina Knutzon

RECEIPT

DATE 03/12/08

No. 397188

RECEIVED FROM

PARKING MANAGEMENT SERVICES, INC.
EMBASSY SUITES ATLANTA ARPT
4700 SOUTHPORT RD.

$ 4.00

DOLLARS

○ FOR RENT
○ FOR

○ CASH
○ MONEY ORDER
○ CHECK
○ CREDIT CARD

| ACCOUNT | |
| PAYMENT | |
| BAL. DUE | |

FROM

TO

BY

Rediform 2701

PARKING MANAGEMENT SERVICES

2352

CLAIM CHECK
NO CAR RELEASED WITHOUT THIS CLAIM CHECK
The management assumes no responsibility for
auto accessories or articles left in car. No liability is
assumed by management for loss or damage by
fire, theft or any other cause to, or by the vehicle
while in custody of the management.

THANK YOU - PARK AGAIN
MFG: FPI 1-866-227-2226



# INVOICE

## Anna-Marie Klimkova, MA

*Court Certified Translator and Interpreter*
*English, Spanish, Czech, Slovak*

357 South 16th Street
San Jose, CA 95112
831 601.9523
anna.klimkova@gmail.com

| | |
|---|---|
| INVOICE NO. | 090127_001 |
| DATE | January 29, 2009 |
| CUSTOMER ID | LetonaLaw |

TO    Balam Letona Law Offices
Letona Law
1347 Pacific Ave. # 203
Santa Cruz, CA 95060
831-818-6271

**FAX  831-515-3110**

| Your Company Representative | JOB NUMBER | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Balam Letona | | Due upon receipt | 2/15/09 |

| DATE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| December 30, 2009 | Fausto v. Credigy transcription and translation | | $ 400.00 |
| | payment received | | (400.00) |
| January 28, 2009 | Luz Fausto declaration translation - 1462 words | | 482.46 |
| January 28, 2009 | Manuel Fausto declaration translation - 1090 words | | 359.70 |
| | translator certification for 2 documents | | |
| | | SUBTOTAL | $ 842.16 |
| | | TOTAL | $ 842.16 |

Make all checks payable to Anna-Marie Klimkova.
**THANK YOU FOR YOUR BUSINESS!**

# Anna-Marie Klimkova, MA

Translator and Conference Interpreter

357 S. 16th St.
San Jose, CA 95112
Phone: 831-601-9523
Email: anna.klimkova@gmail.com

# INVOICE

| | |
|---|---|
| DATE: | 3/26/2009 |
| INVOICE # | 090324_001 |
| Customer ID | LetonaLaw |

**BILL TO:**
Balam Letona Law Offices, letonalaw@gmail.com
1347 Pacific Ave.
Santa Cruz, CA 95060-3940
P: 831 421 0200
F: 831 515 3110

| DESCRIPTION | AMOUNT |
|---|---|
| Manuel Fausto v. Credigy et. al.  Witness @ 120/hr, 3 hrs, Thurs. March 19, 2008 | 360.00 |
| Manuel Fausto v. Credigy et. al.  Consecutive Interpreting, Spanish, @ 150/hr | 900.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 1,260.00 |
| TAX RATE | | 0.000% |
| TAX | $ | - |
| OTHER | $ | - |
| **TOTAL** | **$** | **1,260.00** |

**OTHER COMMENTS**
1. Total payment due in 30 days
2. Please include the invoice number on your check

Make all checks payable to
**Anna-Marie Klimkova**

If you have any questions about this invoice, please contact
Anna-Marie Klimkova, 831 601 9523, anna.klimkova@gmail.com; andulka@vtext.com (text to cell)

*Thank You For Your Business!*



# ONE LEGAL LLC
## CONFIRMATION For Service of Process

Date: 12/24/2007

---

**ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6653955**

| | |
|---|---|
| Customer LAW OFFICES OF BALAM O. LETONA | Attorney Bal    m O Letona |
| Customer No. 0055291 | Attorney e-mail letonalaw@gmail.com |
| Address 1347 Pacific Ave | Contact Bal    m O Letona |
| Ste 203 | Contact e-mail letonalaw@gmail.com |
| Santa Cruz, CA  95060 | Contact Phone (831) 421-0200 Ext 6 |
| | Contact Fax (831) 621-9659 |
| | Law Firm File Number none |

---

**Case Information:**

Case Number C07-05658
County SANTA CLARA
Court Northern District of California
Case Short Title Fausto, et al. vs. Credigy Services Corporation, et al.

---

**Documents Received:**                                                No. Docs:  5  No. Pgs:  78

Summons, First Amended Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order Regarding Case Management in Civil Cases, ADR Information Packet

Party to Serve: Credigy Receivables Inc.          Service address: 914 S. Street
                                                   Sacramento, CA  95814

---

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | | |
| | Check No. | Total:  44.00 |

---

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.

**ADELE F. NEGRO**
**Certified Court & Conference Interpreter**
206 Cypress Avenue
Pacific Grove, CA 93950
(831) 333-9246 (office)
(831) 869-9654 (mobile)
afn@redshift.com

INVOICE

**TO:**   **Balám O. Letona**
Law Office of Balám O. Letona, Inc.
1347 Pacific Avenue, Suite 203
Santa Cruz, California 95060-3940
(831) 421-0200
letonalaw@gmail.com

**FROM:**   **Adele F. Negro**
**Certified Federal Court Interpreter # 95-052**
(Spanish/English)
Tax I.D.#: 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

**FOR:**   Interpreting services provided for 2 trial witnesses, Spanish-English,
in **Manuel G. Fausto and Luz Fausto v. Credigy Serivces**
**Corporation et al.,  Case No. C07-05658 JW RS**

**DATE**
**& SITE:**   Thursday, 03/26/09, 9 a.m. – 12 noon
Federal District Court, San Jose, California

**FEES:**   $ 450.00  (interpreting fee, @ $150/hr., 3 hours)
84.70   (mileage fee, @ $.55/mi, 154 miles, r-t.)
6.00  (parking lot fee)

**TOTAL**
**DUE:**   **$540.70**                (Due 30 days net)

**DATE OF**
**INVOICE:**   04/02/09

EXHIBIT E

**DEPOSITION COSTS**

| Date | Provider | Services Provided | Witness | Cost |
|------|----------|-------------------|---------|------|
| 08/13/08 | Atkinson Baker Glendale, CA | Stenographer | Paulo Peres | $906.20 |
| 09/15-16/08 | Tooker & Antz San Francisco, CA | Stenographer | Manuel Fausto and Luz Fausto | $752.30 |
| 9/24/08 | American Court Reporting Company, Inc. Atlanta, GA | Stenographer | 30(b)(6) witnesses Kimberly Ervin and Letiticia Poston | $1,254.15 |
| 10/06/08 | Tooker & Antz San Francisco, CA | Stenographer | Luz Fausto – Vol. II | $365.75 |
| 10/08/08 | Lorie A. Richmond, CSR, RMR, CRR Oak Forest, IL | Stenographer | Jill Robin Ostrowski | $255.75 |
| 10/08/08 | Esquire Deposition Services, LLC Chicago, IL | Videographer | Jill Ostrowski | $413.00 |
| 10/08/08 | Kendra Tellez Court Reporting, Inc. Albuquerque, NM | Stenographer | Gretchen A. Fox | $228.12 |
| 10/08/08 | Will Moir Video Productions Albuquerque, NM | Videographer | Gretchen A. Fox | $229.51 |
| 10/08/08 | Certified Legal Video of Colorado Colorado Springs, CO | Videographer | Cindy Pacheco | $250.00 |
| 10/08/08 | Rader Reporting Easton, PA | Stenographer | Stacey Bean | $148.50 |
| 10/08/08 | Bill Heilman Video Services, Inc. Easton, PA | Videographer | Stacey Bean | $350.00 |
| 3/6/09 | Bill Heilman Video Services, Inc. Easton, PA | Videographer (MPEG-1 disc) | Stacey Bean | $70.00 |
| 10/20/08 | Tooker & Antz San Francisco, CA | Stenographer | Manuel Fausto- Volume II | $118.00 |
| 10/28/08 | Talty Court Reporters, Inc. San Jose, CA | Stenographer | 30(b)(6) witnesses Ashley Johnson and Scott Loynd | $1,866.60 |
| 12/19/08 | Atkinson-Baker | Stenographer | Luis Renato Silva | $1,620.80 |

| Date | Provider | Services Provided | Witness | Cost |
|---|---|---|---|---|
| | Glendale, CA | | Nunes | |
| 12/19/08 | Atkinson-Baker Glendale, CA | Videographer | Luis Renato Silva Nunes | $481.63 |
| 04/01/09 | Atkinson-Baker Glendale, CA | DVD of Nunes depo | Luis Renato Silva Nunes | $500.00 |
| | | | **HWH SUB TOTAL** | **$10,509.38** |
| | | | | |
| CK dated 8/18/08 | Atkinson Baker | Videographer | Paulo Peres | $745.20 |
| CK dated 11/18/08 | Talty Court Reporters, Inc. | Stenographer | Brian Siler & Rodrigo Dalla Verde | $1,964.85 |
| CK dated 12/3/08 | Kendra Tellez Court Reporting | Stenographer | Gretchen A. Fox | $142.51 |
| Inv. dated 1/8/09 | Renee Brush & Assoc. | Stenographer | Jason Williams | $215.00 |
| Statement due 1/22/09 | Renee Brush & Assoc. | Stenographer | Jason Williams | $59.00 |
| CK dated 5/15/08 | Talty Court Reporters, Inc. | Stenographer | Jason Williams | $1,442.50 |
| | | | **RON WILCOX SUB TOTAL** | **$4,569.06** |
| | | | | |
| Inv. dated 10/16/08 | Tri-County Court Reporting | Stenographer | Christine Ponzio, M.D. | $338.50 |
| Inv. dated 11/3/08 | Talty Court Reporters, Inc. | Stenographer | Jose Guadalupe Fausto, Elizabeth Fausto, Dori Rose Inda, Victor Munoz, Alma Fausto-Valdez | $1,260.61 |
| Inv. dated 3/4/09 | Tooker & Antz | Videographer | Manuel Fausto, Luz Fausto | $1,087.50 |
| Inv. dated 3/6/09 | Impact Duplication | Videographer | Manuel Fausto Luz Fausto | $48.83 |
| | | | **BALAM LETONA SUB TOTAL** | **$2,735.44** |
| | | | **TOTAL** | **$17,813.88** |

# Atkinson·Baker
### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Luke Wallace
Humphreys Wallace Humphreys
9202 South Toledo Avenue
Tulsa, OK 74137-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Loretta Easter
leaster@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| | |
|---|---|
| Setting Firm: | Law Offices of Ronald Wilcox |
| Taking Attorney: | Ronald Wilcox |
| Case Name: | Fausto vs Credigy |
| Case No.: | C07-05658JW (RS) |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | A2072EC AA |
|---|---|
| FIRM NO. | 1200041 |
| INVOICE DATE | 09/03/2008 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Paulo Peres, taken 8/13/2008. | $   906.20 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $   906.20 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

TOOKER & ANTZ
COURT REPORTING & VIDEO SERVICES
350 Sansome Street, #700
San Francisco, CA  94104
Tel: (415) 392-0650
Fax: (415) 392-3897

INV#: 11131
DATE: 09/23/2008

FEDERAL ID NO: 94-3216579

LUKE WALLACE, ESQ.
HUMPHREYS WALLACE HUMPHREYS **
9202 South Toledo Avenue
Tulsa, OK  74137

CLARY/0825902

Fausto, Manuel & Luz                Reported 09/15 & 09/16/08
vs                                  NEED PAYMENT IN ADVANCE
Credigy Services Corp., et al
DATE TAKEN:  09/15/2008

    Deposition of Manuel Fausto
      One Copy of Transcript
        135 Pages                            303.75
    Deposition of Luz Fausto
      One Copy of Transcript
        137 Pages                            308.25

      Certification Fee                        4.00
      Exhibit Fee - 166 pages                 49.80
        Exhibit pages - 166 x  $ 0.30
      Postage & Handling                      36.50
      Ascii & Condensed Transcripts           50.00
                                          ----------

            TOTAL AMOUNT DUE:  $      752.30
                                   ==========


            ** I N V O I C E **





    PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT
    PAYMENT DUE WITHIN 30 DAYS OF INVOICE DATE

# AMERICAN COURT REPORTING COMPANY, INC.

Our IRS Number is
58-2429160

(404) 892-1331
(800) 445-2842

52 EXECUTIVE PARK SOUTH
SUITE 5201
ATLANTA, GEORGIA 30329

October 9, 2008

Certified Court Reporting

Atlanta's High-Tech
Court Reporting Company

Luke Wallace, Esquire
Humphreys, Wallace, Humphreys, PC
9202 South Toledo Avenue
Tulsa, Oklahoma 74137

**INVOICE NO:**   08-2018

Net: 30 DAYS

| | |
|---|---|
| IN RE: | Manuel G. Fausto, et al vs. Credigy Services Corp, et al |
| JURISDICTION: | USDC Nothern Dist of CA, San Jose Div |
| DEPOSITION OF: | Kimberly Ervin, Leticia Poston |
| TRANSCRIPTION OF: | |

CASE NO:   C-07-05658 JW (RS)
HEARD:
JOB NO:   9/24/08  8:30 AM
56626

| | | |
|---|---|---|
| **TRANSCRIPT COST** | Original + Copy (Ervin) | 734.35 |
| **TRANSCRIPT COST** | Original + Copy (Poston) | 356.30 |
| **TRANSCRIPT COST** | | |
| **REPORTER'S TAKE-DOWN** | | |
| **APPEARANCE FEE** | Full Day | 105.00 |
| **TRAVEL** | | |
| **DELIVERY AND HANDLING** | Includes filing prep | 28.50 |
| **OTHER** | Video Services billed separately | 0.00 |
| **OTHER** | Copying Exhibits | 30.00 |
| **OTHER** | Minuscript with Key-Word Index | 0.00 |
| **OTHER** | Etran, Ascii & Mini via Email | 0.00 |

NHG/01/169/66.80
NHG/01/82/32.40
NHG/AP/0.00

*Outstanding balances bear
interest at the rate of 1.5% per month*

**GRAND TOTAL** 1254.15

*If payment is received by* 11/08/08      *please remit* 1154.95

To Insure Proper Credit, Return PINK COPY With Remittance

TOOKER & ANTZ
COURT REPORTING & VIDEO SERVICES
350 Sansome Street, #700
San Francisco, CA  94104
Tel: (415) 392-0650
Fax: (415) 392-3897

INV#: 11379
DATE: 10/13/2008

FEDERAL ID NO: 94-3216579

LUKE WALLACE, ESQ.
HUMPHREYS WALLACE HUMPHREYS **
9202 South Toledo Avenue
Tulsa, OK  74137

CLARY/0828003

Fausto, Manuel & Luz                Trans delivered 10/06/08
vs                                  w/o payment in advance
Credigy Services Corp., et al       ** PAYMENT DUE NOW **
DATE TAKEN:  10/06/2008

    Deposition of Luz Fausto - v2
        One Copy of Transcript
        125 Pages                           281.25

        Certification Fee                     2.00
        Exhibit Fee - 70 pages               21.00
        Exhibit pages - 70 x  $ 0.30
        Postage & Handling                   36.50
        Ascii & Condensed Transcript         25.00
                                        ----------
                TOTAL AMOUNT DUE:  $      365.75
                                        ==========


            ** I N V O I C E **


            PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT
            PAYMENT DUE WITHIN 30 DAYS OF INVOICE DATE

# COURT REPORTING INVOICE

## INVOICE NO.:  2008-05
## INVOICE DATE:  10-24-2008

TO:       Humphreys Wallace Humphreys
          Mr. David Humphreys
          9202 S. Toledo Avenue
          Tulsa, Oklahoma  74137
          (918) 747-5300

FROM:     Lorie A. Richmond, CSR, RMR, CRR
          15450 Westview Drive
          Oak Forest, Illinois 60452-1563
          (708) 687-0731
          Taxpayer ID No:  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

CASE CAPTION:     Fausto vs. Credigy Services Corporation
PROCEEDINGS:      Deposition of JILL ROBIN OSTROWSKI
CASE NUMBER:      C07-05658JW
JOB DATE:         October 8, 2008

**ATTENDANCE**                                        **FEE**

-  2.5 hr. Minimum                                    125.00

-  38 pages, Original Transcript, Regular Delivery
   @ $3.25 per page                                   123.50

**LITIGATION SUPPORT**
-  Multipage Condensed Format Transcript              N/C
-  Photocopying of Exhibits (9 pages total @ $.25 pp.)  2.25
-  Shipping/Handling                                  5.00

**TOTAL CHARGES DUE:    $   255.75**

NOTE:  Payment terms - Net 30 days.  Late fees applied to all past-due statements.  If you have any questions regarding this invoice, please call me at (708) 687-0731.  Prompt payment is appreciated.  Thank you.

# ESQUIRE
### DEPOSITION SERVICES®

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          230965      CIRIJ01
311 West Monroe Street, Suite 1200
Chicago, IL 60606
(312)782-8087     Fax(312)704-4950

To:
Humphreys Wallace Humphreys
9202 S. Toledo Avenue
Tulsa, OK 74137

| INVOICE NUMBER | DATE |
|---|---|
| 295029ECG | 10/22/08 |

ATTN : DAVID HUMPHREYS, ESQ.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
    FAUSTO VS CREDIGY

    SERVICES PROVIDED ON 10/08/08:

    Jill Ostrowski
    Palos Hills, IL.

    Video 1st Hour Recording          310.00
    DVD Conversion                     75.00
    Archiving Fee                      20.00
    Delivery                            8.00

*Entered in Time slips*
*By ___ 3-6-09 (date)*
*DK*

BALANCE DUE                          TOTAL    413.00    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

# INVOICE

## Kendra Tellez Court Reporting, Inc.

*300 CENTRAL, SW*
*SUITE 1500-E*
*ALBUQUERQUE, NM 87102*
*PHONE (505)243-5691 FAX 242-0313*
*FEDERAL ID NO. 85-0373295*

DAVID HUMPHREYS
HUMPHREYS WALLACE HUMPREYS, P.C
9202 S. TOLEDOAVENUE
TULSA, OKLAHOMA 74137

October 20, 2008

**Invoice#** 08-02041

**Balance:**     $228.12

**Re:** MANUEL G. FAUSTO and LUZ FAUSTO v. CREDIGY SERVICES CORPORAT
GRETCHEN A. FOX
*on* 10/08/08 *by* AMY DRUM

| Charge Description | Amount |
|---|---|
| DEPOSITION OF GRETCHEN A. FOX: 41 PAGES | |
| ORIGINAL AND ONE COPY | 176.30 |
| 8 PAGES OF EXHBITS | 2.40 |
| ELECTRONIC COPY: NO CHARGE | |
| POSTAGE | 35.00 |
| 6.7500% Sales Tax: | 14.42 |

P l e a s e   R e m i t   - - - >   Total Due:   $228.12

# WILL MOIR VIDEO PRODUCTIONS

October 9, 2008

David Humphreys
HUMPHREYS WALLACE HUMPHREYS
9202 South Toledo Ave.
Tulsa, Oklahoma   74137

Bill for video service.

Videotaped depositions of **Gretchen A. Fox** on October 8 , 2008 at the offices of Tellez
Court Reporting, 300 Central Ave. S.W.,Suite 1500 E., Albuquerque, New Mexico.

Videotaped by Will Moir, CLVS in the presence of Amy Drum with Kendra Tellez Court
Reporters.

Concerning the _**Manuel G. Fausto and Luz Fausto versus Credigy Services Corp.,  et
al.**_ litigation
In the United States District Court For the Northern District of California
San Jose Division
Case No. C07-05658

<div align="right">

2 Hours total   (@$85.00 per hour) = $170.00
DVD copy ( @ 35.00 per) = $35.00
Shipping and Handling = $10.00
Sub total = $215.00
N.M. Sales Tax =    $14.51
_**Total bill of  $229.51**_

</div>

I will have the Master DVD at my office for safe keeping or until I receive further
instruction from you.

Thank you very much for your business and if you have any questions regarding this bill,
please contact me.

Sincerely,

Will Moir
**WILL MOIR VIDEO PRODUCTIONS**
   12 Monticello Drive
   Albuquerque, NM  87123
   (505) 292-7659

Entered in Time slips
By _____ 2-6-09 _____
_____ 2U _____ (date)



## CERTIFIED LEGAL VIDEO
## OF COLORADO
P.O. Box 62935
Colorado Springs, CO 80962
719-641-8782



INVOICE NO: 0387
DATE 15 OCTOBER 2008

*www.dayjobz.com*  *video@dayjobz.com*

**To:** HUMPHREYS, WALLACE & HUMPHREYS, PC
ATTN: DAVID HUMPHREYS
9202 S. TOLEDO AVE.
TULSA OK 74137

**Note:**    **Due upon Receipt**

Email:
Voice: 918-747-5300
Fax:   918-747-5311

| DATE | SERVICES | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 10/8/2008 | Video Deposition of CINDY PACHECO (NO SHOW) | | | |
| | 1st 2 hours of deposition (Base Charge) | 1 | $250.00 | $250.00 |
| | Additional Hours of Deposition | 0 | 75.00 | 0.00 |
| | Setup/Breakdown | 1 | 0.00 | 0.00 |
| | Original Recordings | 1 | 0.00 | 0.00 |
| | Duplicates | 0 | 35.00 | 0.00 |
| | Synchronization Fee (per Video hour) | 0 | 50.00 | 0.00 |
| | Travel Time | 0* | 25.00 | 0.00 |
| | Travel Mileage | | .51 | 0.00 |
| | **SUBTOTAL** | | | **250.00** |
| | Shipping | | | 0.00 |
| | *Case: FAUSTO vs. CREDIGY et al.* | | | |
| | *- Thank You For your Business -* | | | |
| | **TOTAL DUE:** | | | **$250.00** |

*Entered in Time slips By _____ (date)*

If you have any questions concerning this invoice, call: Gene Day, 719-641-8782.

* *No charge for travel if within a 90 mile radius of Colorado Springs Office*

## Let us edit your video for courtroom presentation!
**THANK YOU FOR YOUR BUSINESS!**

*RADER REPORTING*
*ROBIN L. RADER*
*P.O. Box 797*
*Easton, PA  18044-0797*
*610-588-8851*
*484-894-4003 (cell)*

*TO:*   *HUMPHREYS WALLACE HUMPHREYS*
*DAVID HUMPHREYS, ESQUIRE*
*LUKE J. WALLACE, ESQUIRE*
*9202 South Toledo Avenue*
*Tulsa, Oklahoma  74137*

*DATE: 10/22/08*
*INVOICE NO. JS108H*
*TAX I.D.# 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*

*FOR COURT REPORTING SERVICES*

*IN RE:*   *Manuel G. Fausto and Luz Fausto  vs. Credigy Services Corp., et al.*
*U.S. District Court – No. C07-05658 JW*
*Videotape deposition of Stacey Bean*
*Taken 10/8/08*

*21 pages @ $3.50 (0&1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 73.50*

*APPEARANCE FEE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 75.00*

*TOTAL DUE:*        *$148.50*

*PAYMENT IS APPRECIATED WITHIN FIFTEEN DAYS.*
*THANK YOU FOR YOUR BUSINESS.*
*WE LOOK FORWARD TO SERVING YOU AGAIN SOON.*

## Bill Heilman Video Services, Inc.  Digital Justice                Invoice

**Phone:  610.250.9930      Fax:  610.330.6929    FEDERAL TAX ID #:  25 1854141**

500 Philadelphia Road

Easton, PA  18042

| Invoice Date | Invoice # |
|---|---|
| Thursday, October 09, 2008 | 12303a |

David  Humphreys
Humphreys Wallace Humphreys
9202 South Toledo Avenue
Tulsa, OK 74137

Phone:     (918) 747-5300       Fax:      (918) 747-5311

| Witness: | Stacey Bean |
|---|---|
| **Case:** | Fausto vs. Credigy Services Corp, et al. |
| **Venue:** | |
| **Number:** | |
| **Date:** | 10/8/2008 |
| **Scheduled Start Time:** | 2:30 PM |

*7972a*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| Dep-1 | Attendance deposition | $320.00 | 1 | $320.00 |
| Duplication | Videotape Duplication DVD | $30.00 | 1 | $30.00 |
| | | Sub Total | | $350.00 |
| | | Payments | | $0.00 |
| | | Balance Due | | $350.00 |

*Bill Heilman Video Services has possession of original videotape.*

Please note invoice number on remittance to insure proper credit.

**Bill Heilman Video Services, Inc.** Digital Justice

**Invoice**

Phone: 610.250.9930    Fax: 610.330.6929    FEDERAL TAX ID #: 25 1854141

500 Philadelphia Road

Easton, PA 18042

| Invoice Date | Invoice # |
|---|---|
| Friday, March 06, 2009 | 12904a |

David Humphreys
Humphreys Wallace Humphreys
9202 South Toledo Avenue
Tulsa, OK 74137

Phone:    (918) 747-5300    Fax:    (918) 747-5311

**Witness:** Stacey Bean

**Case:** Fausto vs. Credigy Services Corp, et al.

**Venue:**

**Number:**

**Date:** 10/8/2008

**Scheduled Start Time:** 2:30 PM

7972a

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| MPEG | Digitize & synch video (w/ship) | $70.00 | 1 | $70.00 |
| | | Sub Total | | $70.00 |
| | | Payments | | $70.00 |
| | | Balance Due | | $0.00 |

*Bill Heilman Video Services has possession of original videotape.*

Please note invoice number on remittance to insure proper credit.

TOOKER & ANTZ
COURT REPORTING & VIDEO SERVICES
350 Sansome Street, #700
San Francisco, CA  94104
Tel: (415) 392-0650
Fax: (415) 392-3897


                                        INV#: 11484
FEDERAL ID NO: 94-3216579               DATE: 10/20/2008

---

LUKE WALLACE, ESQ.
HUMPHREYS WALLACE HUMPHREYS **
9202 South Toledo Avenue
Tulsa, OK  74137

---

CLARY/0828013

Fausto, Manuel & Luz              Trnscrpt delivered 10/17/
vs                                08 w/o pymnt in advance
Credigy Services Corp., et al     ** PAYMENT DUE NOW **
DATE TAKEN:  10/06/2008

     Deposition of Manuel Fausto - v2
          One Copy of Transcript
             26 Pages                         58.50

          Certification Fee                    2.00
          Postage & Handling                  32.50
          Ascii & Condensed Transcript        25.00
                                          ----------
             TOTAL AMOUNT DUE:  $           118.00
                                          ==========



               ** I N V O I C E **






          PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT
          PAYMENT DUE WITHIN 30 DAYS OF INVOICE DATE

TALTY COURT REPORTERS, INC.
2131 The Alameda, Suite D
San Jose, CA 95126
(408) 244-1900   Fax (408) 244-1374

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 152381 | 11/12/2008 | 01-78577 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/28/2008 | SALEPA | 07 05658JW (R |
| **CASE CAPTION** | | |
| Fausto vs. Credigy Services | | |
| **TERMS** | | |
| Due upon receipt | | |

David Humphreys
Humphreys, Wallace & Humphreys
9202 S. Toldeo Avenue
Tulsa, OK 74137

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Ashley Johnson                                           629.45
          Signature Letter (O&1)                            10.00
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Scott Loynd                                            1,217.15
          Signature Letter (O&1)                            10.00
                                                       _____
                      TOTAL  DUE   >>>>                  1,866.60

                      AFTER 12/12/2008 PAY              1,959.93
```

TAX ID NO. :  94-2232944                                    (918) 747-5300

*Please detach bottom portion and return with payment.*

David Humphreys
Humphreys, Wallace & Humphreys
9202 S. Toldeo Avenue
Tulsa, OK 74137

```
Invoice No.:  152381
Date      :  11/12/2008
TOTAL DUE :   1,866.60
AFTER 12/12/2008 PAY : 1,959.93


Job No.   :  01-78577
Case No.  :  07 05658JW (RS)
Fausto vs. Credigy Services
```

Remit To:    **TALTY COURT REPORTERS, INC.**
             **2131 The Alameda, Suite D**
             **San Jose, CA 95126**

ATKINSON-BAKER

# DEPO.COM

500 NORTH BRAND BOULEVARD
THIRD FLOOR
GLENDALE, CA 91203-4725

| PHONE: | 800-288-3376 |
| | 818-551-7300 |
| FACSIMILE: | 800-925-5910 |
| | 818-551-7330 |
| FEDERAL ID#: | 95-4189037 |

**STATEMENT OF ACCOUNT**

Your Account Representative: Loretta Easter

Humphreys Wallace Humphreys
9202 South Toledo Avenue
Tulsa, OK 74137-

ACCOUNT NUMBER: 1200041                 STATEMENT DATE: 4/2/2009

| INVOICE NUMBER | INVOICE DATE | FOR | CASE TITLE AND DESCRIPTION | CLAIM NO. INSURED NAME | INVOICE AMOUNT | SERVICE FEES | AMOUNT PAID | BALANCE DUE | DAYS DUE |
|---|---|---|---|---|---|---|---|---|---|
| A20A983 AA | 12/19/2008 | David Humphreys | Fausto vs Credigy Services Corp et al Reporter's transcript of the deposition of Luis Renato Silva Nunes, taken 12/16/2008. Expedited | | $ 1,620.80 | $ 48.99 | $ .00 | $ 1,669.79 | 104 days |
| 0506B A | 12/19/2008 | David Humphreys | Fausto vs Credigy Services Corp et al Video Time for the deposition of Luis Nunes taken 12/16/2008. | | $ 481.63 | $ .00 | $ .00 | $ 481.63 | 104 days |
| 0506B D | 04/01/2009 | David Humphreys | Fausto vs Credigy Services Corp et al DVD of the deposition of Luis Nunes taken 12/16/2008. | | $ 500.00 | $ .00 | $ .00 | $ 500.00 | 1 days |

| Total Balance Due: | $ 2,651.42 |
|---|---|

# *Invoice*

| Date | Invoice# |
|------|----------|
| 8/18/2008 | 04B11 A |

| From |
|------|
| Atkinson-Baker, Inc.<br>500 N. Brand Boulevard<br>Third Floor<br>Glendale, CA 91203-4725 |

| To |
|------|
| Ronald Wilcox<br>Law Offices of Ronald Wilcox<br>2160 The Alameda First Floor, Suite F<br>San Jose, CA 95126 |

| Setting Firm | Taking Attorney | Case Name | Case No |
|--------------|-----------------|-----------|---------|
| Law Offices of Ronald Wilcox | Ronald Wilcox | Fausto v Credigy | C07-05658JW |

Temporarily Unavailable. Unfortunately, this page is temporarily unavailable. Please call us at 800-288-3376 to get the information that you need, or try again later. Website Errors To report website errors, e-mail webmaster@depo.com.

| Item | Amount |
|------|--------|
| Video Time for the deposition of Paulo Peres taken 8/13/2008. | $745.20 |

TALTY COURT REPORTERS, INC.
2131 The Alameda, Suite D
San Jose, CA 95126
(408) 244-1900 · Fax (408) 244-1374

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| WILC21 | 12/01/2008 |

Ronald Wilcox
Law Office of Ronald Wilcox
2160 The Alameda, Suite F
San Jose, CA 95126

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| 1,964.85 | .00 | .00 |

| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
|---|---|---|
| .00 | .00 | 1,964.85 |

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 11/18/2008 | 152423 | 1,964.85 | 10/27/2008 | Brian Kenneth Gill S | Fausto vs. Credigy Services |

Paid
cu #5508
12/24/08

TAX ID NO. : 94-2222044

# Kendra Tellez Court Reporting, Inc.

*300 CENTRAL, SW*
*SUITE 1500-E*
*ALBUQUERQUE, NM 87102*
*PHONE (505)243-5691  FAX 242-0313*
*FEDERAL ID NO. 85-0373295*

RONALD WILCOX                                    December  3, 2008
LAW OFFICE OF RONALD WILCOX
2160 THE ALAMEDA, 1ST FLOOR, STE F               **Invoice#** 08-02042
SAN JOSE, CALIFORNIA 95126
                                                 **Balance:**    $142.51

**Re:** MANUEL G. FAUSTO and LUZ FAUSTO v. CREDIGY SERVICES CORPORAT
     GRETCHEN A. FOX
     *on* 10/08/08 *by* AMY DRUM
**Billed:** 10/20/08                             **<-- 43 Days Old!**

Charge Description                                                Amount
DEPOSITION OF GRETCHEN A. FOX: 41 PAGES
ONE COPY                                                           94.30
8  PAGES OF EXHIBITS                                                4.20
POSTAGE                                                            35.00

                                           6.7500% Sales Tax:       .01

        **P l e a s e   R e m i t   - - ->   Total Due:    $142.51**

        *KENDRA TELLEZ COURT REPORTING, INC.*

        **This invoice is   43  days past due, Please Remit - Thank You!**
        ****************************************************************

Kendra Tellez Court Reporting, Inc.            Invoice# 08-02042
300 CENTRAL, SW
SUITE 1500-E                                   Balance$     142.51
ALBUQUERQUE, NM 87102

**Renee Brush & Associates**
P.O. Box 3243
Modesto, CA 95353

*Invoice*

**Number:** 11196

**Date:** 1/15/2009

**Bill To:**

Ronald Wilcox
Attorney at Law
2160 The Alameda, First Floor
San Jose, CA 95126

**Ship To:**

Ronald Wilcox
Attorney at Law
2160 The Alameda, First Floor
San Jose, CA 95126

| Heading | | Reporter | Case Number | |
|---|---|---|---|---|
| | Credigy Receivables vs. Torres | RB | 381263 | |
| **Date** | **Witness** | **Pages** | **Rate** | **Amount** |
| 2/2/2007 | Deposition Copy of Jason Williams | | 195.00 | 195.00 |
| | Shipping & Handling | | 20.00 | 20.00 |

*pd per credit card*
*on 1/8/09*

```
        RENEE BRUSH & ASSOCIATES
           1230 13TH ST STE C
            MODESTO CA 95354
              209-544-1551
      Merchant ID: 000003834150
      Term ID: 00459310  Ref #: 0001

                    Sale

      XXXXXXXXX
      AMEX      Entry Method: Manual
      Total:        $     215.00
      01/08/09              09:50:51
      Inv #: 000001  Appr Code: 158386
      Apprvd: Online   Batch#: 000005
      AVS Code: ZIP MATCH Z

               Customer Copy
```

We also accept VISA, MASTER CARD, DISCOVER
AMERICAN EXPRESS

Thank you for choosing Renee Brush & Associates

209.544.1551 - office

TAX I.D. #77-0549745

**Total**        $215.00

RONALD WILCOX
RONALD WILCOX

**Due In Full continued**

| 01/22/09 | RENEE BRUSH & ASSOCIMODESTO | CA | 59.00 |

2095268659

| Description | Price |
| PROFESSIONAL SERVIC | 59.00 |

Continued on next page

RONALD WILCOX
ATTORNEY AT LAW
2160 THE ALAMEDA STE F
SAN JOSE, CA 95126

5142

90-78/1211

DATE 5|15| 2008

PAY
TO THE
ORDER OF Talty  Court Reporters                                     | $ 1,422. 50

One thousand four hundred twenty two r 50/100 ————————— DOLLARS

Santa Clara Office
1785 EL CAMINO REAL
SANTA CLARA, CA 95050
1-800-488-5343

BANK OF THE WEST

FOR Fausto v. Credigy (transcript of Jason Williams)

⑂005142⑂ ⑊121100782⑊ 008140590⑂

Account:8140590 Check#:5142 Amount:$1,422.50 Sequence:500292250 Date:05/23/2008

-COMERICA
SAN JOSE CA     1721>121137522<
614015832  05-22-08  04

TALTY COURT REPORTERS, LLC
FOR DEPOSIT

COUNTY OF THE CO
SAN JOSE, CA

# Tri-County Court Reporting

60 West Alisal Street, Suite 18
Salinas, California 93901
(831)757-6789*(888)380-6789

# Invoice

Number: **14205**

Date: **October 16, 2008**

**Bill To:**

LAW OFFICE OF BALAM O. LETONA, INC.
BALAM O. LETONA, ESQ.
1347 PACIFIC AVE., STE. 203
SANTA CRUZ, CA 95060-3940

**Ship To:**

MANJEL FAUSTO, & LUZ FAUSTO
vs. CREDIGY SERVICES CORPORATION.
CREDIGY SOLUTIONS INC., et al.
CASE NO: C 07 05658 JW (RS)

| Federal ID | Terms | Reporter |
|---|---|---|
| 77-0359980 | NET 30 | MELINDA NUNLEY |

| Date | Depo of | Description | Pages | Rate | Amount |
|---|---|---|---|---|---|
| 10/9/08 | CHRISTINE PONZIO, M.D. | 1 Certified Transcript | 94.00 | 3.25 | 305.50 |
| | | Exhibits | 45.00 | 0.40 | 18.00 |
| | | Postage & Handling | | 15.00 | 15.00 |
| | | Condensed Transcript | | 0.00 | 0.00 |
| | | | | **Total** | **$338.50** |

# Thank You For Your Business!

**Tri-County Court Reporting**
**PO Box 4834 Salinas, California 93912**
**Fax (831)757-2310**
**tricountycourt@sbcglobal.net**

TALTY COURT REPORTERS, INC.
*2131 The Alameda, Suite D*
San Jose, CA 95126
(408) 244-1900   Fax (408) 244-1374

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| LETO13 | 11/03/2008 |

Balam Letona
Law Office of Balam O. Letona, Inc.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| 1,260.61 | .00 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 1,260.61 |

PAGE  1  OF  1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 10/14/2008 | 152157 | 201.70 | 10/03/2008 | Jose Guadalupe Faust | Manuel G. Fausto vs. Credigy S |
| 10/16/2008 | 152182 | 535.28 | 10/10/2008 | Elizabeth Fausto | Manuel G. Fausto vs. Credigy S |
| 10/16/2008 | 152183 | 197.70 | 10/07/2008 | Dori Rose Inda | Manuel G. Fausto vs. Credigy S |
| 10/16/2008 | 152184 | 143.30 | 10/09/2008 | Victor Munoz | Manuel G. Fausto vs. Credigy S |
| 10/17/2008 | 152197 | 182.63 | 10/07/2008 | Alma Fausto-Valdez | Manuel G. Fausto vs. Credigy S |

TAX ID NO.:   94-2232944

*Please detach bottom portion and return with payment.*

Balam Letona
Law Office of Balam O. Letona, Inc.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940

Account No.:  LETO13
Date       :  11/03/2008

TOTAL DUE  :  1,260.61

Remit To:   **TALTY COURT REPORTERS, INC.**
            **2131 The Alameda, Suite D**
            **San Jose, CA 95126**

TOOKER & ANTZ
COURT REPORTING & VIDEO SERVICES
350 Sansome Street, #700
San Francisco, CA  94104
Tel: (415) 392-0650
Fax: (415) 392-3897

INV#: 13429
DATE: 03/04/2009

FEDERAL ID NO: 94-3216579

BALAM LETONA, ESQ.
LAW OFFICE OF BALAM O. LETONA *
1347 Pacific Avenue, #203
Santa Cruz, CA  95060

DEFRANK/0825909

Fausto, Manuel & Luz
vs
Credigy Services Corp., et al
DATE TAKEN:  09/15/2008

Reported 09/15 - 10/06/08
DVDs overnighted. Paid in
advance w/ credit card.

   Videotaped Deposition of Manuel Fausto

   Videotaped Deposition of Luz Fausto


      One Set of DVDs                        1051.00
      Postage & Handling                       36.50
                                          ----------

         TOTAL AMOUNT DUE:  $    1087.50
                                          ==========



              ** I N V O I C E **




         PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT
           PAYMENT DUE UPON RECEIPT OF INVOICE

**IMPACT DUPLICATION**
519 Seabright Ave., Suite 103
Santa Cruz, CA 95062
(831) 457-5800

| | |
|---|---|
| Date | 03/06/09 |
| Invoice No. | 1456 |
| P.O. Number | |
| Terms | Due on receipt |
| Project | |

**Bill To**
Balam Letona



# Invoice

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| FAUSTO VS. CREDIGY  Manuel & Luz Fausto  10 DVD masters | | | |
| DVD Duplication of above 1 each | 10 | 4.50 | 45.00T |
| Sales Tax | | 8.50% | 3.83 |

| Thank You! Your business is appreciated. | Total | $48.83 |
|---|---|---|