MCGUIREWOODS LLP
Susan L. Germaise  SBN 176595
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:     (310) 315.8200
Facsimile:      (310) 315.8210
Email: sgermaise@mcguirewoods.com

Attorneys for Credigy Receivables, Inc., Credigy Solutions, Inc.,
Luis Renato Silva Nunes, Brett Boyd and Paulo Peres



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. FAUSTO, and LUZ FAUSTO,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIGY SERVICES CORPORATION, *et al*,,<br><br>Defendants. | CASE NO. 5:07-cv-05658-JW<br><br>**JOINT NOTICE AND STIPULATION TO WITHDRAWAL MOTION FOR ATTORNEYS' FEES AND MOTION FOR JUDGMENT AS A MATTER OF LAW**<br>**ORDER SETTING DEADLINE FOR FILING OF STIPULATED JUDGMENT** |

The parties to this action, through their respective counsel of record, have stipulated as follows:

1.  On May 19, 2009,  Plaintiffs Manuel and Luz Fausto filed a Motion for Attorneys' Fees (Docket No. 433), which was originally scheduled for hearing on June 29, 2009, which hearing was continued by the Court to June 30, 2009 at 1:30 p.m.

2.  On May 19, 2009,  Defendants Credigy Receivables, Inc., Credigy Solutions, Inc., Luis Renato Silva Nunes, Brett Boyd and Paulo Peresfiled a Motion for Judgment as a Matter of

9582975.1

1

Law, or in the Alternative, for a New Trial (Docket No. 438), which was originally scheduled for hearing on June 29, 2009, which hearing was continued by the Court to June 30, 2009 at 1:30 p.m.

      3.      The parties to the action have agreed to terms of settlement and are in the process of executing settlement documents which resolve all issues in the pending action, and has obviated the need for the hearings scheduled for June 30, 2009.

      4.      In light of the foregoing, counsel for Plaintiffs and Defendants hereby stipulate and agree, subject to Court approval, that the Motions pending before the Court by all parties are withdrawn, and the hearings scheduled for June 30, 2009 shall be taken off calendar.

DATED: June 30, 2009                    MCGUIREWOODS LLP
                                          By:

                                              /s/ Susan L. Germaise
                                                   Susan Germaise
                                            Attorneys for Credigy Receivables, Inc., Credigy Solutions, Inc., Luis Renato Silva Nunes, Brett Boyd and Paulo Peres.

DATED: June 30, 2009                    LAW OFFICE OF RONALD WILCOX
                                          By:

                                              /s/ Ronald Wilcox
                                                   Ronald Wilcox
                                            Attorneys for Manuel G. Fausto and Luz Fausto

[~~PROPOSED~~] ORDER

The Court hereby adopts the stipulation of the parties. The motion hearings set for June 30, 2009, are hereby vacated. The Clerk shall terminate all pending Motions as withdrawn.

On or before **July 30, 2009**, the parties shall file their Stipulated Judgment or another form of Judgment. If the parties require additional time, the parties shall file a Status Report in lieu of the Stipulated Judgment. The Status Report shall specifically declare the additional time required for the parties to finalize their settlement.

Dated: June 30, 2009                    _____
                                      JAMES WARE
                                        United States District Judge