

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. FAUSTO AND LUZ FAUSTO, <br><br> Plaintiffs, <br><br> vs. <br><br> CREDIGY SERVICES CORPORATION, *et al,* <br><br> Defendants. | CASE NO. 5:07-cv-05658-JW <br><br> **[PROPOSED] ORDER RE STIPULATION AND JOINT MOTION FOR DISMISSAL** |

Having read and considered the Stipulation and Joint Motion for Dismissal of Plaintiffs' Complaint with prejudice;

**IT IS ORDERED** that Plaintiffs' Complaint be dismissed with prejudice and that the parties shall bear their own fees and costs.

The Clerk shall close this file.

Dated: August 3, 2009

_____
The Honorable James Ware
Judge, United States District Court